FILED
APR 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADA GONZALES,

900 North Stafford Street
No. 2005
Arlington, VA 22203

Plaintiff,

v.

ALBERTO GONZALES,
Attorney General of the United States,

950 Pennsylvania Avenue, N.W.,
Washington, DC 20530

Defendant.

Case: 1:07-cv-00676
Assigned To : Friedman, Paul L.
Assign. Date : 4/13/2007
Description: GONZALES v. GONZALES

**COMPLAINT**
(Retaliation in Federal Employment)

Ada Gonzales hereby sues Alberto Gonzales, Attorney General of the United States, for retaliation for engaging in protected equal employment opportunity activity in federal employment .

Jurisdiction

1. This Court has jurisdiction over this action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-16.

Venue

2. Venue properly lies in this Court under 28 U.S.C. § 1391(e)(2) and 42 U.S.C. § 2000e-5(f). The plaintiff was employed in this district, and the discriminatory and retaliatory acts occurred in this district.

Exhaustion of Administrative Remedies

3. Plaintiff has exhausted her administrative remedies prior to filing this law suit. Plaintiff filed an administrative formal complaint of discrimination with her agency and litigated that complaint before the Equal Employment Opportunity Commission. The Commission issued its final decision on January 10, 2007, and Plaintiff has filed this suit less than 90 days from her receipt of that decision..

Parties

4. Plaintiff Ada Gonzales, an Hispanic female, is a citizen of the United States and a resident of the Commonwealth of Virginia. At all times relevant to this suit, she was employed with the Office of the Comptroller, Office of Justice Programs, United States Department of Justice.

5. Defendant is the Attorney General of the United States. He is sued in his official capacity only.

Factual Basis of the Complaint

6. At the time of the events giving rise to this complaint, Plaintiff worked as a Branch Manager in the Office of the Comptroller. In February 2002, Plaintiff filed an EEO complaint

alleging, inter alia, that she had been subjected to a hostile work environment by her immediate supervisor because of her race and sex.

7. In June 2002, Plaintiff filed an application for promotion to the GS-15 position of Director or the Training and Policy Division within the Office of the Comptroller. Plaintiff was placed on the best-qualified list but was not selected for the position. Instead, the Comptroller, who was aware of Plaintiff's prior protected activity, selected a candidate with demonstrably lesser credentials, training and experience. Moreover, in violation of the Defendant's own guidelines, the Comptroller interviewed the selectee but did not interview Plaintiff.

8. Defendant's stated rationale for not selecting Plaintiff shifted over time. At one point, the Comptroller asserted that she preferred the selectee because over Plaintiff because the selectee had a Masters Degree in Business Administration. In fact, however, the selectee had no such degree. Rather, Plaintiff has an MBA. At another point, the Comptroller claims that she passed over Plaintiff because at one point she had denied a subordinate's request for annual leave. Finally, the Comptroller asserted vague and subjective claims that the selectee was more "coachable" than Plaintiff and that the selectee had received "good feedback from her supervisor." The selectee, however, had never filed a harassment and hostile work environmentclaim against her supervisor.

9. Defendant's stated reasons for not selecting Plaintiff are not the true reasons for its actions but instead are a pretext to hide its discriminatory animus. Plaintiff was demonstrably better qualified for the position than the selectee in terms of experience, training and education.

10. The Defendant's conduct, as specified above, violates Title VII in that Defendant retaliated against Plaintiff in the terms and conditions of her employment because of her previously having engaged in protected equal employment opportunity activity. Because of this

violation, Plaintiff has suffered economic injury in that she was denied a promotion and thus lost pay and other benefits. Because of this unlawful retaliation by the Defendant, Plaintiff has suffered and continues to suffer emotional and mental distress, anguish, humiliation, and loss of reputation, all of which have diminished her enjoyment of life and caused her other pain and suffering.

Count One
(Retaliation for Engaging in Protected Activity)

11. The foregoing paragraphs are realleged and incorporated by reference here.

12. Defendant's conduct as alleged above constitutes reprisal against Plaintiff because she engaged in activity protected by Title VII. The stated reasons for Plaintiff's non-selection were not the true reasons, but instead were pretexts to hide defendant's retaliatory animus.

Relief Requested.

WHEREFORE, Plaintiff requests that the Court award her:

1) A retroactive promotion to the GS-15 level, with all attendant back pay, interest, benefits and other emoluments of employment;

2) compensatory damages in an amount sufficient to compensate for the pecuniary and non-pecuniary injuries she has suffered such as but not limited to emotional distress and pain and suffering;

3) costs and reasonable attorneys' fees incurred in connection with this lawsuit and the underlying administrative proceedings, and

4) such other damages and relief as is deemed just.

**JURY DEMAND**

Plaintiff requests trial by jury.

Michael J. Kator
(Bar No. 366936)
Cathy A. Harris
(Bar No. 467206)
KATOR, PARKS & WEISER, PLLC
1020 19th Street, N.W.
Suite 350
Washington, D.C. 20036
(202) 898-4800

Attorneys for Plaintiff

07-676 H PLF

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

ADA GONZALES
900 North Stafford Street #2005, Arl., VA. 22203

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Arlington
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**DEFENDANTS**

ALBERTO GONZALES, Attorney General of the US,
950 Pennsylvania Avenue, NW, Wash, DC 20530

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Michael J. Kator, Bar No. 366936
Cathy A. Harris, Bar No. 467206
KATOR, PARKS & WEISER, PLLC
1020 19th Street, NW #350
Washington, DC 20036
(202) 898-4800

Case: 1:07-cv-00676
Assigned To : Friedman, Paul L.
Assign. Date : 4/13/2007
Description: GONZALES v. GONZALES

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ⊙ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ⊙ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

○ **A. *Antitrust***

○ **B. *Personal Injury/ Malpractice***

bility
ler
ability
lity
t Liability
ility

○ **C. *Administrative Agency Review***

- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. *Temporary Restraining Order/Preliminary Injunction***

**Any nature of suit from any category may be selected for this category of case assignment.**

***(If Antitrust, then A governs)***

Court Name: District of Columbia
Division: 1
Receipt Number: 4616003582
Cashier ID: dcallis
Transaction Date: 04/16/2007
Payer Name: KATOR PARKS WEISER PLLC

CIVIL FILING FEE
For: KATOR PARKS WEISER PLLC
Amount: $350.00

CHECK
Check/Money Order Num: 1845
Amt Tendered: $350.00

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

1845

Only when the bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $45 fee will be charged for a returned check.

**OR**

○ **F. *Pro Se General Civil***

peal 28 USC 158
hdrawal 28 USC 157

titions
ath Penalty
ndamus & Other
il Rights
son Condition

ghts
pyrights
ent
idemark

Suits
es (US plaintiff or
endant
-Third Party 26
C 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**G. *Habeas Corpus/ 2255***

- 530 Habeas Corpus-General
- 510 Motion/Vacate Sentence

**H. *Employment Discrimination*** (selected)

- 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)

*(If pro se, select this deck)*

**I. *FOIA/PRIVACY ACT***

- 895 Freedom of Information Act
- 890 Other Statutory Actions (if Privacy Act)

*(If pro se, select this deck)*

**J. *Student Loan***

- 152 Recovery of Defaulted Student Loans (excluding veterans)

**K. *Labor/ERISA (non-employment)***

- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt. Reporting & Disclosure Act
- 740 Labor Railway Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**L. *Other Civil Rights (non-employment)***

- 441 Voting (if not Voting Rights Act)
- 443 Housing/Accommodations
- 444 Welfare
- 440 Other Civil Rights
- 445 American w/Disabilities-Employment
- 446 Americans w/Disabilities-Other

**M. *Contract***

- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholder's Suits
- 190 Other Contracts
- 195 Contract Product Liability
- 196 Franchise

**N. *Three-Judge Court***

- 441 Civil Rights-Voting (if Voting Rights Act)

**V. ORIGIN**

- 1 Original Proceeding (selected)
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multi district Litigation
- 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 [ ]

**DEMAND $** 300,000 +  Check YES only if demanded in complaint

**JURY DEMAND:** YES [X] NO [ ]

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES [ ] NO [X] If yes, please complete related case form.

**DATE** April 12, 2007 **SIGNATURE OF ATTORNEY OF RECORD** [signature] JTC

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.