**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| ADA GONZALES, | ) | |
| 900 North Stafford Street | ) | |
| Arlington, Virginia 22203 | ) | |
| | ) | Civil Action No.  07–0676 (PLF) |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ALBERTO GONZALEZ | ) | |
| Attorney General of the United States | ) | |
| 950 Pennsylvania Avenue, N.W. | ) | |
| Washington, D.C. 20530 | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant

U.S. Attorney, as counsel for the Defendant.


Respectfully submitted,

_____/s/_____
WYNEVA JOHNSON,  D.C. BAR #278515
Assistant U.S. Attorney
555 Fourth St., N.W., E-4106
Washington, D.C. 20530