IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADA L. GONZALES,<br>    900 North Stafford Street<br>    Arlington, Virginia 22203<br><br>        Plaintiff,<br><br>            v.<br><br>ALBERTO GONZALES<br>    Attorney General of the United States<br>    950 Pennsylvania Avenue, N.W.<br>    Washington, D.C. 20530<br><br>        Defendant. | Civil Action No.  07–0676 (PLF) |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**
(Retaliation in Federal Employment)

Defendant, by and through its undersigned attorneys, hereby answers plaintiff's Complaint as follows:

**FIRST DEFENSE**

Defendant responds to the unnumbered and numbered paragraphs of plaintiff's Complaint as follows:

**JURISDICTION**

1. Paragraph 1 contains a statement of Jurisdiction to which no answer is required.

**VENUE**

2. The first sentence of paragraph 2 is admitted. The first clause of the second sentence is admitted.  Defendant denies the second clause of the second sentence in which plaintiff alleges

that discriminatory and retaliatory acts occurred in this district.

## EXHAUSTION OF ADMINISTRATIVE PROCEDURES

3. The first and second sentences of paragraph 3 are admitted. The first clause of the third sentence is admitted. Defendant lacks knowledge or information sufficient to form a belief as to the second clause of the third sentence.

## PARTIES

4. Defendant lacks knowledge or information sufficient to form a belief as to plaintiff's residence in the Commonwealth of Virginia except admit that plaintiff is a Hispanic female and a citizen of the United States. The second sentence of paragraph 4 is admitted.

5. Admitted.

## FACTUAL BASIS OF THE COMPLAINT

6. Defendant admits that at the time of the events giving rise to this complaint, plaintiff was a Branch Manager in the Office of the Comptroller. Defendant admits that plaintiff filed an EEO complaint in February, 2002, but deny the allegations of that complaint.

7. The first and second sentences of paragraph 7 are admitted. With regard to the third sentence, defendant admits that the Comptroller was aware of plaintiff's prior protected activity but denies the remainder of the third sentence. The fourth sentence of paragraph 7 is denied except admit that plaintiff was not interviewed.

8. Defendant denies the first sentence of paragraph 8. Defendant denies sentence two of paragraph 8 except admit that the Comptroller stated that she preferred the selectee over plaintiff because the selectee had a Masters Degree. Defendant admits the third sentence in paragraph 8. The fourth sentence of paragraph 8 is admitted. Defendant denies sentence five, except admit that

the Comptroller did not select plaintiff because she had unreasonably denied a subordinate's request for annual leave. The sixth sentence of paragraph 8 is admitted except deny the characterization of these statements as vague and subjective. Defendant lacks sufficient information or knowledge to respond to the allegation in the seventh sentence of paragraph 8.

9 - 10. Denied.

## COUNT ONE
(Retaliation for Engaging in Protected Activity)

11. Defendant incorporates by reference herein its answers to paragraphs 1 - 10.

12. Denied.

## RELIEF REQUESTED

The unnumbered paragraph beginning with "Wherefore" contains plaintiff's prayer for relief to which no answer is necessary, but insofar as an answer is deemed necessary, defendant denies that plaintiff is entitled to the relief requested herein or to any relief whatsoever.

## JURY DEMAND

This paragraph contains plaintiff's request for jury trial to which no answer is requested.

Defendant hereby specifically denies all of the allegations of plaintiff's Complaint not herein before otherwise answered.

Having fully answered, defendant respectfully requests that this action be dismissed with prejudice and that defendant be granted its costs and other such relief as this Court deems appropriate.

        Respectfully submitted,

        _____
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        Assistant United States Attorney

        _/s/_____
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        __/s/_____
        WYNEVA JOHNSON, DC Bar #278515
        Assistant United States Attorney
        555 4th Street, N.W., E-4106
        Washington, D.C. 20530

OF COUNSEL:

Jason P. Cooley
Senior Litigation Counsel
Marie E. Burke
Attorney Advisors
Office of the General Counsel
Office of Justice Programs

**CERTIFICATE OF SERVICE**

  I hereby certify that on this _____ day of September, 2007, I caused the foregoing to be served first class mail, postage prepaid, to plaintiff's counsel:

Michael J. Kator
Cathy A. Harris
Kator, Parks & Weiser, PLLC
1020 19th Street, N.W.
Suite 350
Washington, DC 20036