UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADA GONZALES, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) ) ) | |
| ALBERTO GONZALEZ Attorney General of the United States | ) ) ) | Civil Action No. 07–0676 (PLF) |
| Defendant | ) ) ) | |

## NOTICE OF APPEARANCE

Michael J. Kator and Adrienne M. Tranel, Kator, Parks, & Weiser, PLLC, hereby enter their appearance on behalf of Plaintiff Ada Gonzales.

                                      Respectfully submitted,

                                      /s/

Michael J. Kator
D.C. Bar No. 366936
Adrienne M. Tranel
D.C. Bar No. 502502
KATOR, PARKS & WEISER, PLLC
1020 19th Street, N.W., Suite 350
Washington, D.C. 20036
Telephone: (202) 898-4800
Facsimile: (202) 289-1389

October 29, 2007                    Attorneys for Plaintiff