UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADA GONZALES, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ALBERTO GONZALEZ ) | Civil Action No.  07–0676 (PLF) |
| Attorney General of the United States ) | |
| ) | |
| Defendant ) | |
| ) | |

**NOTICE OF APPEARANCE**

Michael J. Kator and Adrienne M. Tranel, Kator, Parks, & Weiser, PLLC, hereby enter their appearance on behalf of Plaintiff Ada Gonzales.

                                                  Respectfully submitted,

                                                  /s/

                                                  Michael J. Kator
                                                  D.C. Bar No. 366936
                                                  Adrienne M. Tranel
                                                  D.C. Bar No. 502502
                                                  KATOR, PARKS & WEISER, PLLC
                                                  1020 19th Street, N.W., Suite 350
                                                  Washington, D.C.  20036
                                                  Telephone: (202) 898-4800
                                                  Facsimile: (202) 289-1389

October 29, 2007                          Attorneys for Plaintiff