**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ADA GONZALES, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No.  07–0676 (PLF) |
| PETER KEISLER<br>    Acting Attorney General<br>    of the United States, | ) ) ) ) ) | |
| Defendant | ) ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Ada Gonzales and Defendant Peter Keisler, Acting Attorney General of the United States, hereby move for an enlargement of time within which to file their Joint Local Civil Rule 16.3 Statement.  The parties request one additional business day, up to and including October 30, 2007, to file the Rule 16.3 statement.

Pursuant to the Minute Order of October 10, 2007, the parties were to file their joint local rule 16.3 statement no later than October 29, 2007.  However, the parties were unable to meet and confer regarding the statement until October 29, 2007.  After discussing the statement and agreeing on its terms, the parties finalized their submission on October 30, 2007.  Therefore, the parties request one additional day to file their Rule 16.3 statement, up to and including October 30, 2007.

Respectfully submitted,

_____s/_____            _____s/_____
Michael J. Kator (366936)                Jeffrey A. Taylor (498610)
Adrienne Tranel (502502)                 United States Attorney
KATOR, PARKS & WEISER
1020 19th Street, NW, Suite 350
Washington, DC 20036                     _____s/_____
(202) 898-4800                           Rudolph Contreras (434122)
                                         Assistant United States Attorney


                                         _____s/_____
                                         Wyneva Johnson (278515)
                                         Assistant United States Attorney
                                         555 4th Street, N.W., E-4106
                                         Washington, D.C.  20530

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ADA GONZALES, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07–0676 (PLF) |
| | ) | |
| PETER KEISLER | ) | |
| Acting Attorney General | ) | |
| of the United States, | ) | |
| | ) | |
| Defendant | ) | |

**<u>ORDER</u>**

UPON CONSIDERATION OF the parties' Consent Motion for Enlargement of Time, it is hereby ordered that the parties be granted one additional day to file their joint local rule 16.3 statement, up to and including October 30, 2007.

SO ORDERED THIS _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

cc:
Attorney for Defendant          Attorneys for Plaintiff
Wyneva Johnson                  Michael J. Kator
                                Adrienne M. Tranel