UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADA GONZALES, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) ) | |
| PETER KEISLER[1]<br>Acting Attorney General<br>of the United States, | ) ) ) ) | Civil Action No. 07–0676 (PLF) |
| Defendant | ) ) ) | |

## JOINT LOCAL CIV. R. 16.3 STATEMENT

Pursuant to L.C.R. 16.3, the parties hereby jointly submit this initial conference statement:

1. Plaintiff alleges that she was retaliated against on the basis of prior protected activity when she was denied a promotion to the GS-15 level within the Office of the Comptroller of the Justice Management Division, United States Department of Justice. Defendant denies this allegation.

2. The parties recommend management of this case as set forth herein. Defendant believes that this case can be decided by dispositive motion.

3. The parties do not anticipate joining any parties.

4. Defendant does not agree to the assignment of this case to a Magistrate Judge except for settlement discussions.

---

[1] Mr. Keisler is substituted for Alberto Gonzales pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

5. Defendant cannot determine the possibility of settlement at this time.

6. Defendant believes that it would be premature to send the case to alternative dispute resolution at this time. Plaintiff would be amenable to ADR at any time.

7. Defendant believes that plaintiff's claims can be resolved by a dispositive motion.

8. The parties agree that the deadline for dispositive motions should be 45 days after the close of discovery, or by June 17, 2008, with oppositions due 30 days after service of the dispositive motion and reply briefs due 15 days after service of opposition.

9. The parties agree to stipulate that initial disclosures will be waived.

10. The parties agree that discovery should close 180 days after the date of the scheduling conference, or on May 3, 2008, with the presumptive limits of the local rules imposed upon the number of depositions and interrogatories.

11. The parties agree that plaintiff's Rule 26(a)(2) report be served 60 days before the close of discovery with defendant's report to be served 30 days thereafter. All expert depositions will be taken within the discovery period.

12. The provision for class actions is inapplicable in this case.

13. The parties agree that there is no need for bifurcation.

14. The parties agree that the Court should not set the date for the pretrial conference at this time.

15. The parties agree that the Court should not schedule a firm trial date at the scheduling conference.

Respectfully submitted,

_____s/_____   _____s/_____
Michael J. Kator (366936)           JEFFREY A. TAYLOR, D.C. BAR # 498610
Adrienne Tranel (502502)            United States Attorney
KATOR, PARKS & WEISER
1020 19th Street, NW, Suite 350
Washington, DC 20036                _____s/_____
(202) 898-4800                      RUDOLPH CONTRERAS, D.C. Bar # 434122
                                    Assistant United States Attorney


                                    _____s/_____
                                    WYNEVA JOHNSON, D.C. Bar #278515
                                    Assistant United States Attorney
                                    555 4th Street, N.W., E-4106
                                    Washington, D.C.  20530

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ADA GONZALES, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) ) | Civil Action No. 07–0676 (PLF) |
| PETER KEISLER<br>Acting Attorney General<br>of the United States, | ) ) ) ) | |
| Defendant | ) ) | |

## SCHEDULING ORDER

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

1. Discovery will close on May 3, 2008.

2. Plaintiff's 26(a)(2) report will be due on March 4, 2008. Defendant's 26(a)(2) report will be due April 3, 2008.

3. Dispositive motions must be filed by June 17, 2008. Oppositions are due July 17, 2008 and reply briefs are due July 2, 2008.

SO ORDERED THIS _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

cc:
Attorneys for Defendant          Attorneys for Plaintiff
Wyneva Johnson                   Michael J. Kator
                                 Adrienne M. Tranel