UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADA GONZALES, | ) |
|    Plaintiff, | ) |
|         v. | ) Civil Case No.: 07-676 (PLF) |
| MICHAEL MUKASEY, Attorney General of the United States, | ) |
|    Defendant. | ) |

**NOTICE OF CHANGE OF ADDRESS**

Plaintiff's counsel hereby submits notice of the following change of address, to be effective February 1, 2008. While the physical address for the law firm of Kator, Parks & Weiser, P.L.L.C. will change, the telephone and fax numbers will remain the same.

    Kator, Parks & Weiser, P.L.L.C.
    1200 18th Street, N.W., Tenth Floor
    Washington, DC 20036
    Telephone: (202) 898-4800
    Facsimile: (202) 289-1389

        Respectfully submitted,

        _____/s/_____
        Michael Kator (366936)
        Cathy Harris (467206)
        Adrienne M. Tranel (502502)
        KATOR, PARKS & WEISER, P.L.L.C.
        1200 18th Street, N.W., Tenth Floor
        Washington, D.C. 20036
        Phone: (202) 898-4800
        Fax: (202) 289-1389

January 30, 2008                Attorneys for Plaintiff