IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ADA L. GONZALES,                    )
                                    )
          Plaintiff,                )
                                    )
v.                                  )  Civil Action No. 07-0676(PLF)
                                    )
ALBERTO GONZALES                    )
Attorney General of the United States )
                                    )
          Defendant.                )
_____ )

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an enlargement of time up to and including June 16, 2008 to complete discovery. In addition, counsel moves to continue the status scheduled for May 13, 2008. Plaintiff's counsel does not oppose this request for enlargement of time.

The additional time is requested because, due to litigation in other matters, counsel has been unable to meet the May 2, 2008 discovery deadline.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

\_\_ /s/ _____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADA L. GONZALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0676(PLF) |
| | ) |
| ALBERTO GONZALES | ) |
| Attorney General of the United States | ) |
| | ) |
| Defendant. | ) |
| | ) |

**<u>ORDER</u>**

UPON CONSIDERATION OF Defendant's Unopposed Motion for Enlargement of Time, and for good cause shown, it is hereby

ORDERED that Defendant's Unopposed Motion for Enlargement of Time is GRANTED. It is

FURTHER ORDERED that the parties may continue discovery in this case up to and including June 16, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE