**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| ADA GONZALES, | ) |
| Plaintiff | ) |
| v. | ) |
| MICHAEL B. MUKASEY | ) Civil Action No. 07–0676 (PLF) |
| Attorney General of the United States | ) |
| Defendant | ) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

    Pursuant to Federal Rule 6(b) of Civil Procedure, Plaintiff Ada L. Gonzales hereby moves for an enlargement of time up to and including August 30, 2008, to complete discovery. In addition, counsel moves to continue the status conference currently scheduled for June 19, 2008. Defense counsel does not oppose this request for an enlargement of time.

    Irving Kator, the founder of Plaintiff counsel's firm, passed away on June 3, 2008. His son, Michael Kator, also of this firm and the lead attorney in this matter, will be out of the office for an unknown period of time in order to address the necessary arrangements. Other attorneys in the firm may also be out of the office within coming weeks to attend services and other related matters. As such, Plaintiff respectfully requests an extension of time.

Respectfully submitted,


_____s/_____
Michael J. Kator (366936)
Adrienne Tranel (502502)
KATOR, PARKS & WEISER
1200 18th Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 898-4800
Facsimile: (202) 289-1389

Case 1:07-cv-00676-PLF    Document 11    Filed 06/05/2008    Page 2 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADA GONZALES, | ) |
| Plaintiff | ) |
| 5. | ) |
| MICHAEL B. MUKASEY | ) Civil Action No. 07–0676 (PLF) |
| Attorney General of the United States | ) |
| Defendant | ) |

**ORDER**

UPON CONSIDERATION OF the Plaintiff's Unopposed Motion for Enlargement of Time, it is hereby ordered that the motion be GRANTED and the parties be permitted up to and including August 30, 2008, to complete discovery in this matter.

SO ORDERED THIS _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc:
Attorney for Defendant            Attorneys for Plaintiff
Wyneva Johnson                    Michael J. Kator
                                  Adrienne M. Tranel