UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADA L. GONZALES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-0676 (PLF) |
| MICHAEL B. MUKASEY, | ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for an enlargement of time until November 7, 2008, to file its Motion for Summary Judgment. Defendant's dispostive motion is currently due October 15, 2008.

In addition, the parties request that the briefing schedule be modified in the following manner: Plaintiff's Opposition is due by December 1, 2008; Defendant's Reply is due by December 16, 2008.

The additional time is needed because counsel and Agency Counsel have been unable to complete the discussion and coordination necessary for the filing of Defendant's dispositive motion. In addition, counsel will be on family medical leave from October 16-20, 2008.

Accordingly, it is respectfully requested that Defendant shall have up to and including November 7, 2008, to file its Motion for Summary Judgment.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
Assistant United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_ /s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224