UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADA L. GONZALES, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 07-0676 (PLF) |
| MICHAEL B. MUKASEY, | ) |
|       Defendant. | ) |

### ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion for Enlargement of Time, any Opposition thereto, and for good cause shown, it this _____ day of _____, 2008

ORDERED that Defendant's Motion should be, and it hereby is, granted; it is further

ORDERED that defendant shall file its Motion for Summary Judgment by November 7, 2008, with Plaintiff's Opposition being due by December 1, 2008, and Defendant's Reply due by December 16, 2008.

_____                     _____
DATE                                                   UNITED STATES DISTRICT JUDGE

Copies to:

Counsel via ECF