**APPENDIX**

Exhibit 1      Affidavit of Plaintiff

Exhibit 2      Cynthia Schwimer's Responses to the Investigator's Questions

Exhibit 3      EEO Report of Counseling

Exhibit 4      Transcript of April 11, 2005 EEO Hearing

Exhibit 5      Vacancy Announcement JP-02-034-LS

Exhibit 6      Deposition of Cynthia Schwimer on July 17, 2008

Exhibit 7      Deposition of Cynthia Schwimer on March 16, 2005 in EEO matter

Exhibit 8      Deposition of Plaintiff on June 2, 2008

Exhibit 9      Promotion Candidate List

Exhibit 10     Deposition of Plaintiff on February 10, 2004 in EEO matter

Exhibit 11     Joanne Suttington's Application for Vacancy Announcement JP-02-034-LS

Exhibit 12     Deposition of Michael Williams

Exhibit 13     Deposition of Larry Hailes

Exhibit 14     James McKay's Responses to the Investigator's Questions

Exhibit 15     Deposition of James McKay

Exhibit 16     Collective Bargaining Agreement dated May 1984, as supplemented through December 1991

Exhibit 17     Copy of June 5, 2002 e-mail message from Maureen Smythe to Plaintiff

Exhibit 18     Plaintiff's June 14, 2002 EEO Complaint