# Exhibit 1

# Affidavit of Plaintiff

Ada Gonzales

Page 1

```
1    IN THE MATTER OF:

2    _____

3         ADA GONZALES

4            Complainant,

5                                    COMPLAINT NO.

6                                    JP C203

7    vs.

8

9    US DEPARTMENT OF JUSTICE

10   OFFICE OF JUSTICE PROGRAMS

11           Respondent.

12   _____

13

14

15

16

17                AFFIDAVIT

18

19        TRANSCRIPT OF PROCEEDINGS in the above-entitled

20   cause of the examination of ADA GONZALES, before the EEO

21   Investigator, EDDIE NEAL, on the 22nd day of November, 2002,

22   beginning at the hour of 12:40 p.m.

23

24   Reported By: Sarah James

25                                        EXHIBIT Tab D-1
                                          PAGE 1 OF 29
```

202.955.6110                The Training Center                    202.955.6370
                         www.training-center.com

Ada Gonzales

Page 4

1  Q.      Okay. When we proceed we will talk about your
2  disability as well. Before we proceed any further, let me
3  allow you an opportunity to identify yourself for the record
4  and spell your name as well?
5  A.      My name is Ada, A D A, middle initial L, as in Larry,
6  last name is Gonzales, G as in good, O N Z as in zebra, A L E
7  S, as in Sam. I'm a female, age 57 now. My birthday is
8  September 14th, 1945. And I'm of Mexican American origin.
9  Q.      Okay. Now, Ms. Gonzales, do you -- I need to swear you
10 in.
11         Do you swear or affirm that the testimony you are
12 about to give in this matter will be the truth, the whole truth
13 and nothing but the truth to the best of your ability or
14 recollection?
15 A.      I do.
16 Q.      Now, what is your official title series and grade?
17 A.      My title is manager training and policy branch. I'm in
18 the training and policy division of the office of the
19 comptroller. I'm a staff accountant -- a supervisory staff
20 accountant GS-510 grade 14. Actually, the business cards I was
21 provided when I came to work in this division said manager,
22 training and policy division and the plate on the door on my
23 cubicle says manager training and policy division.
24 Q.      And how long have you been in your current position?
25 A.      Since March of 2000. March 13th of 2000, to be exact.

EXHIBIT Tab D-1
PAGE 1 OF 69

Ada Gonzales

Page 28

*[handwritten: and: The comptroller's open door]*

1   decisions he made. *[handwritten: Policy also needs an open mind.]*

2   Q.      Now, let's -- I'm going to fast forward a little to

3   your amended claim. The supervisory staff accounting GS-15

4   position. Did you apply for the position?

5   A.      Yes, I applied for the position.

6   Q.      Were you interviewed for the position?

7   A.      No, I was not interviewed for the position. I applied

8   for the position. My application was received in the office of

9   personnel on June 17th. The closing deadline was June 18th and

10  I might add here I think it's important because I question the

11  rush. It was not easy for me to prepare an application. I was

12  out of town, I was in Minnesota to attend my daughter's

13  emergency open heart surgery and recovery while I was still

14  myself recovering from back surgery, and the vacancy

15  announcement was dated June 7th and then by the time it was

16  posted on the web, but, you know, I was sort a little bit out

17  of the loop in terms of focusing on my recovery and my

18  daughters and the position was, the period -- the opening was

*[handwritten: announcement posted on Web 6/7/02]*

19  June fourth and the closing was June 18th. That's just two

20  weeks and I was scheduled to return to Washington on June 24th.

21  I didn't have all my materials with me to prepare KSA's and all

22  the documentation I needed to attach. It was through the help

23  of some colleagues and co-workers and I even contacted the

24  office of personnel to get my SSC *[handwritten: SF50]* and then I fed-Ex'd my

25  application to personnel.

EXHIBIT
PAGE