# Exhibit 2

# Cynthia Schwimer's Responses to the Investigator's Questions

IN THE MATTER OF:

ADA GONZALES
    Complainant

COMPLAINT NO.
JP 0203

v.

U.S. DEPARTMENT OF JUSTICE,
OFFICE OF JUSTICE PROGRAMS
    Respondent

## Responses to Investigator's Questions

1. Please state your name, sex, age, date of birth, and national origin.

    Name: Cynthia J. Schwimer
    Age: 47
    DOB: 3/3/55
    Origin: Hispanic

2. Please state your position, series, and grade, during the time of the incidents. Please state your current position, series, and grade, if different.

    Position: Comptroller, Office of Justice Programs
    Series & Grade: SES-3
    Current: Same

3. Please state your place of employment during the time of the incidents. Also indicate how long you have been at your place of employment. Please state your current place of employment if different.

    Place of employment: Office of Justice Programs
    810 Seventh Street, N.W.
    Washington, D.C. 20531

    Length of time: 18 years

    Current: Same

1

EXHIBIT D-4
PAGE 1 OF 32

4. **Are you familiar with the Complainant? If so, please explain.**

   Yes, Ms. Gonzales is a member of my staff.

5. **When and how did you become aware that the Complainant filed an EEO complaint? Please explain in detail.**

   On April 16, 2002, I received an e-mail from Lori Bledsoe, EEO Officer for OJP, notifying me that Ms. Gonzales had contacted her office and that the matter had been accepted for counseling by the JMD/EEOS (see attachment 1). On August 14, 2002, I received an e-mail from Scarlet E. Parham, EEO Specialist, DOJ informing me that she was "in the process of preparing documents partially accepting Ada Gonzeles' EEO Complaint" (see attachment #2).

6. **Please explain in detail what you know about the incidents that occurred in February 2002 when the Division Director was assigned to serve as the Branch Manager. Indicate what your involvement was in the employment action and whether the Complainant was affected by this change in any way.**

   Knowledge of February 2002 incidents
   If you are referring to the e-mail from former Director McCrory to Ms. Gonzales during that time frame relating to his assumption of certain duties so that she could work on special projects. I believe this issue was discussed with me on or about the time the e-mail was sent to Ms. Gonzales.

   Involvement in the employment action
   I do not recall approving an SF-52, "Request for Personnel Action" which is required whenever an employment action is taken. If you are referring to the issue above, as stated, I believe the issue was discussed with me on or about the time the e-mail was sent to Ms. Gonzales and I agreed with Director McCrory's decision to exercise his managerial discretion. There was, however, no formal assignment of these duties.

7. **Please explain in detail what you know about the Complainant's allegation that management failed to provide her with adequate office space. Indicate what your involvement was in this matter.**

   It is OJP policy, to the extent possible, that supervisors be provided a private office. It is unfortunate that Ms. Gonzales is one of several supervisors in the Office of the Comptroller (OC) for whom private office space is not available. During this period we worked with representatives from the Office of Administration to ascertain whether enclosing existing work spaces create offices for all of the supervisors within OC was

2



EXHIBIT D-4
PAGE 2 OF 32

feasible. It is my understanding that we were not successful in this endeavor because of budget issues and other space considerations at the 810 building. Therefore, OJP's Office of Administration was not given approval to construct additional private offices in OC for any of the supervisors currently in work spaces.

8. **Please explain in detail what you know about the Complainant's allegation that management provided her with an untimely yearly evaluation on March 20, 2002, which did not reflect the quality of her work. Indicate what your involvement was in this matter.**

   Although Ms. Gonzales has never discussed this issue with me, I believe I was told that she did not sign her evaluation because it did not contain language that she deemed appropriate. I also believe that she was provided an opportunity to contribute to the wording of the evaluation, but she did not avail herself of that opportunity.

   As the Comptroller, I remind OC's supervisors about OJP's policy to provide their employees with timely performance evaluations. Additionally, my special assistant, Maureen Smythe, works with the Division Directors to ensure compliance with this directive.

9. **Did the Complainant's sex, age, or national origin play a role in how she was treated?**

   No.

10. **Please explain in detail what you know about the non-selection of the Complainant for the position of Supervisory Staff Accountant, GS-15. Also explain your role in the selection process.**

    The Supervisory Staff Accountant, GS-15 position (i.e. Director, Training and Policy Division) has been announced a couple of times during the past several years. If you are referring to the most recent advertisement that resulted in the selection of Ms. Suttington, the Office of Personnel provided me with a "cert" that contained the best qualified candidates for that position. The "cert" consisted of four names of internal candidates (Maureen Smythe, Joanne Suttington, Ada Gonzales, and Jerry Conty). During my tenure as Comptroller, I have had the opportunity to work with each of these individuals, and I selected Ms. Suttington because I believed she was the best candidate for this position.

11. **Did the filing of an EEO complaint by the Complainant play a role in her non-selection?**

    No.

3


EXHIBIT D-4
PAGE 3 OF 32

she mentions in her affidavit pertaining to the translation of the Financial Guide, Ms Gonzales cc'd me on an e-mail dated July 29, 2002 where she discusses one of the proposals she received for translation services. (See attachment #3). In 2001, I approved a "Special Act/Spot Award" for Ms. Gonzales for her work on the initial translation of the Financial Guide (see attachment #5). As I understand from former Director McCrory, it is because of her good work in 2001 plus her willingness to do more in this area, that he believed she was the best person to reformat the Guide  Again in 2002, I approved another "Special Act/Spot Award" for Ms. Gonzales' work on the reformatting project (see attachment #4). It is unfortunate she did not discuss her discontent with me about being given these assignments

I have also received complimentary e-mails during the past year from Ms. Gonzales (refer to a sample of 2002 e-mails, attachments #6 and #7)

_Cynthia J Schwimer_  2/3/03
Cynthia J Schwimer        Date

6

EXHIBIT D-4
PAGE 6 OF 32

Attachment #1

| | |
|---|---|
| From: | Lori Bledsoe |
| To: | McCrory, Travis |
| Date: | Tue, Apr 16, 2002 9:26 AM |
| Subject: | Notification of EEO Counselor Contact |

Good Morning Travis (and Cindy),

Ada Gonzales has contacted the EEO Office regarding an allegation of discrimination based on her age, sex and national origin in regard to work duties and assignments and office location, within the Office of the Comptroller. (I believe you're aware of this based on her Feb 26, 2002 memo to you)

Ms. Gonzales requested assignment of this matter to JMD/EEO Staff (EEOS), because she believed there was a conflict of interest for my office to handle this matter. JMD/EEOS has accepted the matter for counseling. You will be contacted shortly, as her direct supervisor, by the assigned EEO Counselor, Ms. Scarlet Parham, to set up a meeting to discuss the matter in detail.

Ms. Parham will cover with you, the EEO Process (including the goal of the informal counseling stage), as well as her role and address any questions you may have.

Please let us know if we can be of further assistance to you.

Lori

Lori J. Bledsoe
EEO Officer
Department of Justice/Office of Justice Programs
(202) 307-6013
(202) 616-5963 (Fax)
email: lori@ojp.usdoj.gov

CC:     Parham, Scarlet; Schwimer, Cynthia; Smythe, Maureen

EXHIBIT D-4
PAGE 16 OF 32



| U.S. Department of Justice<br>Office of Justice Programs | **Monetary Award Approval** COPY |
|---|---|

Performance award nominations contain privileged information and should be made available only to those involved in the decision process and certain other officials on a need-to-know basis.

### PART I: BACKGROUND

| EMPLOYEE'S NAME<br>Ada L. Gonzales | SOCIAL SECURITY NUMBER |
|---|---|
| EMPLOYING ORGANIZATION<br>Office of the Comptroller | PRESENT TITLE, SERIES, GRADE:<br>Supervisory Staff Accountant<br>GS- 510-14 Step 3 |
| PAYROLL CODE (11 digit):<br>42210360000 | |

Official use only:    NOA Code _____    Authority Code _____    Date Keyed _____

### PART II: TYPE OF AWARD

JPAI3656

**PERFORMANCE AWARDS**

( ) SUSTAINED SUPERIOR PERFORMANCE AWARD (SSP)    AMOUNT [    ]

( ) QUALITY STEP INCREASE (QSI)    AMOUNT [    ]

a) Current Performance Rating    ( ) Excellent    ( ) Outstanding

b) Based on performance form (date) _____ to _____ (must be at least 6 months)

c) Date Reviewing Official signed 1) Work Plan _____ and 2) Performance Appraisal _____

d) Type of last Performance Award    ( ) SSP    ( ) QSI    ( ) None    Date of Award _____

e) If requesting QSI, current Step _____ and date of last Within-Grade Increase _____

**SPECIAL ACT AWARD**    AMOUNT  $2,000.00

a) Based on achievements from (date) October 1, 2001 - April 8, 2002

b) Benefit to the government is (See DOJ Order 1451 1A, Appendix 1, Scales #2 and #3)

( ) Tangible: Cost Savings to the Government _____

( X ) Intangible: Value of Benefit  High    Extent of Application  Broad

Based upon (lease include a complete written justification)
( ) Performance which involved overcoming unusual difficulties
( ) Creative efforts that made important contributions
( X ) Performance of assigned duties with special effort or innovation that resulted in increased productivity or economy
( ) Exemplary or courageous handling of an emergency situation related to official employment
( ) Other: (specify here in one concise statement)

OJP Form 1533/2 (2-94)    EXHIBIT D-1    PAGE 20 OF 32

**PART II**
**JUSTIFICATION OF RECOMMENDATION**

( ) Performance Appraisal Attached for SSP or QSI.

I recommend Ada Gonzales for a monetary award as a result of her outstanding management of the project to reformat and re-issue the OC Financial Guide. While managing other high profile projects, Ms. Gonzales ensured that significant decisions were made timely in order to keep the project on track. She worked closely with the contractor to improve both the look and utility of the Financial Guide. Ms. Gonzales ensured that relevant changes were incorporated, including updating the legislative authority section by including new or previously omitted programs. This update resulted in doubling the number of pages in the legislative authority section. Ms. Gonzales reviewed all 219 pages of the revised guide to ensure consistency with the previous guide, as well as to ensure that changes were made appropriately. Once the guide was printed and distributed to approximately 12,000 grantees and 800 OJP staff, the Comptroller noted that she "was very pleased with the [current edition of the Financial Guide]" and "believe[s] this edition is the best thus far!!" For the reasons stated above, I recommend Ms. Gonzales for this monetary award.

**IV: RECOMMENDATION, APPROVAL, AND FUND AVAILABILITY**

THIS AWARD IS MADE IN CONFORMANCE WITH THE PROVISIONS OF TITLE III OF PUBLIC LAW 83-763 AND THE REGULATIONS ISSUED THEREUNDER

| ACTION | SIGNATURE | TITLE | DATE | AMOUNT |
|---|---|---|---|---|
| SUPERVISORY RECOMMENDATION | [signature] | Director, Training & Policy Division | 6/26/02 | $2,000.00 |
| BUREAU/OFFICE REGULATORY REVIEW | [signature] | Administrative Officer | 6/26/02 | $2,000.00 |
| BUREAU/OFFICE HEAD APPROVAL | [signature] | Comptroller | 6-26-02 | $2,000.00 |
| REGULATORY REVIEW FOR AAG | | | | |
| OAAG APPROVAL | | | | |
| FUNDS AVAILABLE FOR PAYMENT | | BUDGET OFFICER | | |

OJP Form 1533/2 (2-94)

EXHIBIT D4
PAGE 21 OF 32