Exhibit 3

EEO Report of Counseling

REPORT OF COUNSELING

U.S. Department of Justice
Offices, Boards, and Divisions

In the Matter Complained of by:    ADA L. GONZALES

Organizational Unit:

        U. S. Department of Justice
        Office of the Comptroller
        Office of Justice Programs
        810 7th Street, N.W.
        Washington, D.C.  20531
        Telephone No.: 202/616-1619

Submitted by:   Scarlet Parham, EEO Counselor

Address:   Equal Employment Opportunity Staff
        Justice Management Division
        950 Pennsylvania Avenue, NW
        Washington, D.C.  20530

EXHIBIT Tab B
PAGE 1 OF 51

PART A

1) Initial Contact: **February 27, 2002**
   (Date aggrieved person contacted an EEO Official)

2) Initial Interview: **April 4, 2002**[1]
   (Date)

3) 30-Day Notice: _____
   (Date)

4) Counseling Extension(s): _____
   (Up to Additional 60 days)   (Date)

5) Notice of Rights and Responsibilities (NRR): **April 4, 2002**
   (Date)

6) Notice of Final Interview (NFI): **May 15, 2002**
   (Date)

7) Most Recent Action Identified as Discriminatory by Complainant:   Action and Date of Occurrence

   **On or about February 20, 2002 management notified the complainant that her day-to-day supervisory duties would be handled by the Division Director.**

8) Report Submitted: **June 20, 2002**
   (Date)

9) Date ADR Requested: **N/A** _____ Was It Successful? _____

10) Date ADR Occurred: _____

11) Was complaint timely filed? If untimely filed, provide explanation from the complainant.

   [X] yes        [ ] no

---

[1] The complainant originally contacted the EEO Office at OJP. On March 12, 2002 the complainant requested that her counseling be provided by EEO Justice Management Division due to conflict of interest.

EXHIBIT Tab B
PAGE 2 OF 51

## PART B

1)   Alleged Discrimination:   Ms. Gonzales alleges that due to her national origin (Hispanic), age (56), sex (Female), and reprisal management has discriminated against her at the workplace.

2)   ~~Issue(s)/Matter(s):~~

Specifically, the complainant states that she is a GS-14 Branch Manager in the Office of the Comptroller (OC) and alleges that management has decreased her responsibilities as a Manager. Also, she states that management has proposed a restructure of her unit, denied her training, did not provide her performance evaluation on time, did not provide her an office, and has subjected her to a hostile work environment.

Specifically, she states that management has directed her staff to report directly to the Branch Director. Also, she states that management presented to her a proposal to restructure her unit in two branches which would remove approximately four or five staff from her supervision. She requested training however, management denied the training allegedly because it was not part of the OC core curriculum. When she was reassigned to the OC she was assigned a cubicle not an office. Also, she states that management has subjected her to a hostile work environment by humiliating her in front of staff.

3)   Corrective Action Sought:

- All remedies that are available to me by law.

## PART C

1)   Review of Records:   (Indicate names of records, date of each review, and data disclosed by respective document)

3/26/02   EEO Counselor received faxed documents to Dori Freudiger, Deputy Director, EEOS dated 3/20/02; and a memo dated 3/22/02 from Ted McBurrows,

EXHIBIT Tab B
PAGE 3 OF 5

|  |  |
|---|---|
|  | Director, EEOS to Marcus Williams, Acting Complaints Manager re: Designation of Acting EEO Officer Re: Ada Gonzales vs. Office of Justice Programs (OJP). |
| 4/4/02 | EEO reviewed several documents submitted by the complainant (i.e. performance ratings, copies of accommodations, training requests, etc.). |
| 4/23/02 | EEO received from management a copy of unsigned performance rating for 6/25/00 - 6/24/01; position description for Supervisory Staff Accountant GS-14; and Standard Form 50 (SF 50) dated 9/12/01 for a Special Act or Service Award for $1,000. |

2) Personal Interviews: (Include date, name, title, and matter(s) discussed in detail)

|  |  |
|---|---|
| 4/23/02 | The EEO Counselor met with Travis McCory, Division Director, and Maureen Smythe, Administrative Officer to discuss the allegations of the complainant. According to Management, she had been assigned a number of special projects. These special projects had been given a higher priority than some of the day-to-day functions within her ususal scope of responsibility. Management stated that to maintain a balance in her duties and responsibilities, the Director had been giving job assignments directly to her staff members. Management also stated that this temporary change in the standard office policy of assigning work was necessary to meet the needs of the office and at the same time prevent her from being overtaxed. Management states that no job functions have been taken away from her, and she still has supervisory responsibility for her staff.

Management indicates that the discussion of restructure was a proposal, training was denied due to cost, and she received a "Pass" evaluation with a cash award of $1,000. In reference to office space, management states that when she was reassigned to the OC there were no offices available and there are several GS-14s that work in cubicles. Management concluded affirming the fact that all employment decisions are based on merit and that the work place is free from discrimination. |

EXHIBIT Tab B
PAGE 4 OF 51

## PART D

1) Summarize Findings in Detail:

   The complainant alleges that management has taken away her supervisory responsibilities, denied her training, denied her an office, and has subjected her to a hostile work environment due to her national origin (Hispanic), sex (Female), age and reprisal.

## PART E

1) Did the employee retain counsel or representative?

   [X] yes          [ ] no

Kator, Parks, and Williams
Suite 350
1020 19th Street, N.W.
Washington, D.C.  20036-6101



EXHIBIT Tab B
PAGE 5 OF 51