# Exhibit 5

# Vacancy Announcement JP-02-034-LS

**TITLE, SERIES, GRADE:** Supervisory Staff Accountant, GS-510-15
**SALARY RANGE:** $92,060 to $119,682 per annum
**PROMOTION POTENTIAL:** None
**VACANCY ANNOUNCEMENT:** JP-02-034-LS
**AREA OF CONSIDERATION:** OJP-Wide Status Candidates Only, plus CTAP Eligibles in the local commuting area.
**OPENING DATE:** 06/04/02
**CLOSING DATE:** 06/18/02 at 4:30 pm eastern
**DUTY LOCATION:** Department of Justice, Office of Justice Programs (OJP), Office of the Comptroller (OC), Training and Policy Division, Washington, DC
**NUMBER OF VACANCIES:** One (1) Position

**DUTIES:** The Office of the Comptroller (OC) ensures the integrity of fund recipients' financial and grants management systems and internal OJP accounting services. This position is that of Director, Training and Policy Division, Office of the Comptroller, Office of Justice Programs. The incumbent in this position is responsible for (1) directing nation-wide financial management training programs for OJP and DOJ grantees, as well as providing training and technical assistance for other OJP offices and bureaus; (2) directing the operations of the OC Customer Service Center, which provides technical assistance, financial management policy guidance, problem-solving, and information distribution services to OJP and DOJ grantees nation-wide; and (3) the integration of internal OJP and external financial management policy, including the development of financial management policies and procedures relating to government-wide financial requirements.

**QUALIFICATIONS:** Degree: Accounting, or a degree in a related field such as business administration, finance or public administration that included or was supplemented by 24 semester hours in accounting, 6 of which may be in business law or a combination of college-level education, and training that provided professional accounting knowledge. The applicant's background must include 24 semester hours in accounting. (See the Office of Personnel Management's Qualification Standards Handbook for a complete description of requirements). Applicants desiring consideration at the GS-15 level, must possess one (1) year of specialized experience at the GS-14 level.

**SPECIALIZED EXPERIENCE:** Specialized experience is experience which has equipped the applicant with the particular knowledge, skills, and abilities to perform successfully the duties of the position, and that is typically in or related to the work of the position to be filled. To be creditable, specialized experience must have been equivalent to at least the next lower grade in the normal line of progression for the occupation in the organization. Such experience includes experience in conducting training, developing accounting/financial policies and procedures, and/or interpreting applicable Federal financial and grants management rules, regulations, policies and procedures.

**TIME-IN-GRADE REQUIREMENTS:** Applicants for promotion must also meet OPM's time-in-grade requirements and time after competitive requirements by the closing date of the vacancy announcement.

**KNOWLEDGE, SKILLS, AND ABILITIES:** (Applicants who meet the basic qualification/experience requirements will then be rated on their possession of the following KSAs): 1) Expert technical knowledge of the grant-making rules and regulations employed by DOJ/OJP, as well as grant-related practices of state and local governments, in order to develop policy and interpret financial requirement. 2) Professional knowledge of accounting practices, principles, concepts, and theories, plus the ability to apply such knowledge in administering a wide variety of complex accounting and administrative controls. 3) Ability to express complex technical financial concepts in simple, easy to understand terms. 4) Demonstrated ability to communicate effectively, both orally and in writing. 5) Ability to supervise, motivate, develop, and work effectively with assigned staff and with supervisors.

**HOW TO APPLY:** A) Applicants must submit all of the following documents to be considered. Failure to submit the required documents by the closing date may invalidate your application or adversely affect your rating. The responsibility for demonstrating eligibility and qualifications by the closing date rests upon the applicant. The Federal Government's application process can be lengthy, and assessment periods of 30 to 90 days before a decision is made is common. 1) A Resume, SF-171 (Application for Federal Employment), or OF-612 (Optional Application for Federal Employment). 2) A separate statement which clearly demonstrates how you meet each of the stated KSAs. 3) For current Federal employees, a performance appraisal within the last 18 months or, if none exists, a statement to that effect. 4) A copy of the college transcript(s) or a list of college courses or equivalent documentation to receive consideration for positions which have a positive education requirement. B) For individuals other than Office of Justice Programs employees, a copy of your latest SF-50 to establish reinstatement eligibility, confirmation of status, confirmation of current grade, or confirmation of current pay. C) Your resume or application must contain the following as described in OF-610, Applying for a Federal Job. Failure to include this information may disqualify you from further consideration. Announcement number, title, and grade of position for which you are applying. When a vacancy announcement lists more than one grade level, you must indicate the lowest grade level you will accept. Personal information: full name, mailing address, day and evening phone numbers. Social security number. Country of citizenship. Veteran's preference.

EXHIBIT E-6d
PAGE 1 OF 2

Reinstatement eligibility Highest Federal civilian grade held. Education: name, city, and state of high school. Date of diploma or GED. Name, city, and state of colleges and universities. Major. Type and year of any degree(s) received. Work Experience: Provide the following information for your paid and nonpaid work experience related to the job for which you are applying: Job title; duties and accomplishments; Employer's name and address; Supervisor's name and phone number; Starting and ending dates; Hours per week; and Salary. Indicate whether we may contact your current supervisor. Other Qualifications, Job-related training courses, skills, certificates and licenses, and honors, awards, and special accomplishments. D) Mail your application package to: Office of Justice Programs, Office of Personnel, 810 Seventh Street, NW, Room 3300, Washington, DC 20531. All required documents must be received in the Office of Personnel no later than 4:30 PM EST on the closing date of the vacancy announcement.

Relocation expenses will not be authorized. Applications submitted in franked or metered envelopes will not be considered.

**CAREER AND INTERAGENCY CAREER TRANSITION ASSISTANCE PROGRAM (CTAP/ICTAP):** First consideration will be given to CTAP eligibles in the commuting area. In addition to meeting minimum qualification requirements, CTAP/ICTAP eligibles must be determined to be well-qualified. In order to be well-qualified, applicants must meet at least the mid-level of the crediting plan for all factors. CTAP/ICTAP applicants who are applying for selection priority to a position with promotion potential, must provide evidence that the position for which you have received a separation notice from or from which you were separated has the same promotion potential as the position for which you are applying. Applicants applying for special selection priority under 5 CFR Part 330 Subparts C or G (ICTAP), must be well qualified and submit proof of eligibility (i.e., RIF separation notice, certificate of expected separation or other Agency certification that you are in a surplus position); submit the last or current performance rating of record of at least fully successful or equivalent; apply for vacancy at or below the grade level from which separated; file an application for a specific vacancy within the time-frames indicated in the announcement, and be well qualified for the position. If separated through compensable injury or disability, no performance rating is required.

**CONDITIONS OF EMPLOYMENT:** For employees newly hired in OJP, enrollment in a direct deposit/electronic funds transfer is required as a condition of employment. Selectee will be subject to a suitability determination/security investigation. Selectee must submit to urinalysis for use of illegal drugs prior to the appointment. Male applicants between the ages of 18 and 25 are eligible for appointment only after registering for the Selective Service System. Since this is a supervisory position, a one (1) year supervisory/managerial probationary period is required unless the requirement has already been met. An initial one (1) year probationary period is required if this is your first Federal appointment.

**EQUAL EMPLOYMENT OPPORTUNITY POLICY:** Except where otherwise provided by law, there will be no discrimination because of color, race, religion, national origin, politics, marital status, disability, age, sex, sexual orientation, membership or nonmembership in an employee organization, or on the basis of personal favoritism. The Department of Justice welcomes and encourages applications from persons with physical and mental disabilities and will reasonably accommodate the needs of those persons. The Office of Justice Programs provides reasonable accommodations to applicants with disabilities. The Department is firmly committed to satisfying its affirmative obligations under the Rehabilitation Act of 1973, to ensure that persons with disabilities have every opportunity to be hired and advanced on the basis of merit within the Department of Justice. Competitive status is not required if the person selected is an individual with a disability who is eligible for appointment under Schedule A of the excepted service, or is a veteran who is eligible for appointment under the Veterans Benefit Improvement Act of 1984 (as amended), or the direct-hire authority to appoint veterans with service-connected disabilities of 30 percent or more. Appropriate documentation to support this claim for eligibility will be required. If you need a reasonable accommodation for any part of the application and hiring process, please notify the servicing personnel specialist.

**POINT OF CONTACT:** Lisa E. Shipe
**INTERNET ADDRESS:** www.ojp.usdoj.gov\op
**CONTACT PHONE:** (202) 616-3249 OR (202) 307-0730
**CONTACT E-MAIL:** none
**TDD:** (202) 307-1393

EXHIBIT E-6d
PAGE 2 OF 2