# Exhibit 7

Deposition of Cynthia Schwimer on March 16, 2005 in EEO matter

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

- - - - - - - - - - - - - - - - - x
ADA L. GONZALES, :
 :
    Complainant, : EEOC No.
 : 100-2003-08223X
v. :
 : Agency No.
U.S. DEPARTMENT OF JUSTICE, : JP-0203
 :
    Agency. :
 :
- - - - - - - - - - - - - - - - - x

Washington, D.C.

Wednesday, March 16, 2005

Deposition of

CYNTHIA SCHWIMER,

a witness of lawful age, taken on behalf of the Complainant in the above-entitled action, before Susan Jelen, Notary Public in and for the District of Columbia, at the law office of Kator, Parks & Weiser, PLLC, 1020 19th Street, N.W., Suite 350, Washington, D.C. 20036, commencing at 10:15 a.m.

1   A   Generally not.

2   Q   Did you conduct interviews for the TPD
3   position that we're talking about with Ada?

4   A   No, I did not.

5   Q   Why did you not conduct interviews?

6   A   Because I knew all the candidates. I'd known
7   Jerry Conty for 15, 20 years; Maureen Smythe for 20
8   years; Ada and Joanne for about 10 years.

9   Q   And why did you select Ms. Suttington over Ms.
10  Gonzales?

11  A   I considered many factors in making that
12  selection. My experience with each of those candidates
13  certainly was one. Their credentials were another,
14  staffing issues that may have come up during my
15  experience with them, whether or not they were
16  coachable and accountable and responsive to my
17  requests.

18      And in comparing the two, Ada and Joanne, in
19  terms of credentials, both of them have master's
20  degrees. Joanne has also a CPA -- is also a CPA. In
21  terms of staffing issues, I was aware of issues with
22  Ada's staff where they had some problems with Ada that

1  were brought to my attention. I knew of no such issues
2  with Joanne.
3      Joanne is definitely very coachable. I did
4  not believe, with my experience with Ada, that she was
5  coachable -- is coachable. Joanne is very accountable.
6  Anything that goes on in her office, she holds herself
7  accountable for. When Ada was acting director for
8  Training and Policy for about a three-month period, she
9  did not hold herself accountable for things that went
10 on in her office. She blamed her staff, which is not -
11 - that's not what I'm looking for.
12     And in terms of being responsive, Ada is great
13 at special projects and being focused on a particular
14 project and working under clear guidelines. The
15 director position for the Training and Policy Division
16 requires someone who can multi-task and respond to lots
17 of different requests in a timely fashion with little
18 guidance. I believe Joanne could do that, and I
19 believe that Joanne was the best-qualified candidate
20 for that position.
21     Q    Starting with the master's degree, was it your
22 understanding that Suttington had an MBA?