# Exhibit 8

# Deposition of Plaintiff on June 2, 2008

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - -x
                      :
ADA GONZALES,         :
                      :
        Plaintiff,    :
                      :
        v.            :  Civil Action No. 07-0676 (PLF)
                      :
MICHAEL B. MUKASEY,   :
Attorney General of   :
the United States,    :
                      :
        Defendant.    :
                      :
- - - - - - - - - - - -x

Washington, D.C.

Monday, June 2, 2008

Deposition of

ADA GONZALES

Plaintiff, taken on behalf of the Defendant in the above-entitled action, before Jennifer M. O'Connor, Notary Public in and for the District of Columbia, in the offices of the United States Attorney's Office, 501 3rd Street, N.W., commencing at 12:33 p.m.

Diversified Reporting Services, Inc.

(202) 467-9200

1   A   I did.

2   Q   And who did you communicate that to?

3   A   I told Mike Williams.

4   Q   Oh, you told Mr. Williams himself?

5   A   Yeah. I'm trying to remember if I told Mike
6   Williams directly or if I told Cynthia and she told him
7   or if I even told both of them directly. But those
8   were -- those were the words, because that was
9   how -- so we were concerned about pressing deadlines
10  and the projects that were ongoing.

11      And as a matter of fact, Cynthia Gaines came
12  to me the day Mike Williams left, or that day, Cynthia
13  came to me and she said, you know, Mike really should
14  not have gone. I didn't say a word. I just looked at
15  her.

16  Q   Did you have -- since you're not sure whether
17  you communicated that to Ms. Williams or Ms. Gaines,
18  did you have any subsequent conversations with Mr.
19  Williams about the issue?

20  A   I don't recall.

21  Q   Do you -- did you have any discussion with Ms.
22  Schwimer about the leave issue?

1   A   Yes.

2   Q   **What was that discussion?**

3   A   I was called to her office and when I arrived at her office, Maureen Smyte and Jim McKay were in her office. As soon as I walked in, both Mr. McKay and Ms. Smyte nearly ran out the door, just looked out as I was coming in. Cindy proceeded as she started to talk and then they made their exit.

9   Q   **There's just the two of you in the room then?**

10  A   No, there was another gentleman, Elliot Brown, that stayed. And I think Cindy -- Cindy Schwimer started to talk and told me that I should approve the leave. They left. They never said a word. I was crushed. I was so disappointed because I felt I was doing -- following procedure. I was supporting a lower-level supervisor and I had made it a point to ask Jim McKay and Maureen Smyte and everyone agreed. And yet when Cindy Schwimer came down hard on me on the position, I was the only one that was left to take the responsibility.

21  Q   **Did you indicate to her that Mr. McKay and Ms. Smyte had verbally communicated to you that in their**

1 view the regulations required that the leave not be
2 taken?

3    A    I was not given an opportunity. Ms. Schwimer
4 was standing up. She had her purse and her appointment
5 something, a folder under her arm, and she literally
6 said, I don't have time. I have to go to a meeting.
7 And she left. I left without even being able to
8 explain.

9    Q    What did she say?

10   A    She told me that I needed to approve the leave
11 request, that Michael had come to her and I don't know
12 what Michael said to her, she didn't tell me, but that
13 I was to approve his leave.

14   Q    Do you have any recollections whether Mr.
15 Williams had ever asked for leave before?

16   A    Well --

17   Q    If you know?

18   A    Cynthia Schwimer, as his immediate supervisor,
19 would approve his leave, but we -- you know, she and I
20 talked about it and he -- I'm sure he took leave at
21 different times. I don't have all the dates. All the
22 staff took leave at different times.

1   Q   Which colleague was that?

2   A   I'm trying to remember. I think it was Tita
3   Santiago.

4   Q   And so what action did you take in terms of
5   the process; did you take your application to a
6   specific location or can you tell me what you did once
7   you learned about it from your colleague?

8   A   I, subsequent to learning that the position
9   was being announced, I learned that Ms. Smyte had left
10  a voicemail, a message of some sort which I didn't get
11  until I believe I first heard it from Tita, and I was
12  in Minnesota and my daughter had had a stroke and open
13  heart surgery and I myself was still on leave and
14  recovering from back surgery. I just had the surgery
15  in March and my daughter had this terrible thing happen
16  in April.

17          I had nothing. I had no paperwork. I had
18  nothing with me to even try to put anything together.
19  And it was a colleague that helped me really sort of
20  coordinate, try to get the package together, and I Fed
21  Ex'd it and it arrived by the deadline.

22  Q   Were you in Minnesota at the time that you

Page 61

1  that Ms. Suttington was -- I don't know the words that
2  were used -- the job.
3     **Q   I'd like for you to tell me what is the basis**
4  **for your assertion that Ms. Schwimer retaliated against**
5  **you?**
6     A   The fact that I was performing in the position
7  and I had done it successfully and effectively and I
8  had had no complaints, and I met all the requirements.
9  I put together -- in spite of the obstacles, I put
10 together a good application.
11          There were a number of things, the timing of
12 the announcement. I was returning on June 24. The
13 vacancy was announced for a very brief period and I
14 think was expiring on the 18th of June, while I was
15 still on leave, even though they knew I was returning
16 on June 24.
17          I also believe that Ms. Cindy -- Ms.
18 Schwimer's attitude and behavior and body language
19 towards me changed after I filed initially in February
20 of 2002.
21    **Q   I need for you to be more specific with regard**
22 **to that assertion?**

1   A   I believe that she was angry because I filed.
2   She changed with me in terms of any interaction. Her
3   behavior was different.
4   **Q   I believe earlier when I asked you about your**
5   **interactions with her, I believe, at least I thought**
6   **you said that you had not had any interactions with**
7   **her?**
8   A   Well, I can't point to any specific. In
9   general, any and all of us who worked under her in the
10  Office of Comptroller would have had some in the course
11  of conducting our business, some interaction with her;
12  I just can't point with specificity as to dates and
13  details.
14  But even -- even meeting her down the hall or
15  in the elevator or any -- it's just very palpable, very
16  telling that she was angry.
17  **Q   How are you characterizing anger, I mean,**
18  **your -- what you perceived to be anger; I mean, what**
19  **was the person doing?**
20  A   Sometimes when you go from one type of
21  behavior to downright not talking to me at times, even
22  meeting her in the hallway or the elevators.

1   Q   Did she ever say anything specifically to you
2   about the complaint?
3   A   I don't recall.
4   Q   When you say you don't recall -- let me
5   rephrase that question. When I say did she ever speak
6   to you about the -- your EEO complaint, your answers
7   you don't recall; is that right, in terms of a verbal
8   communication?
9   A   Yes.
10  Q   And what about any type of electronic or
11  written communication with you?
12      MS. TRANEL: I'm going to object to the extent
13  that this has been asked and answered, but you can
14  answer.
15      THE WITNESS: I will have to check the record
16  as to whether or not there was any written
17  communication.
18      BY MS. JOHNSON:
19  Q   I guess I'm following up again because I
20  thought earlier she said that there was no -- she had
21  no interaction with her and this line of inquiry where
22  she says she seems to be different --

1   A   If I did -- if I did say that there was no

2   interaction --

3          MS. TRANEL: One second. What is the time

4   frame of your question, because I'm not sure that

5   we -- are we on the same page?

6          BY MS. JOHNSON:

7   Q   Between February of 2002 and June of 2002, my

8   earlier question was, did she have any interaction with

9   her? My recollection was that you said that you did

10  not.

11  A   Well --

12         MS. TRANEL: I don't think that that's a

13  perfect characterization of her testimony, but you may

14  answer.

15         THE WITNESS: I have --

16         MS. TRANEL: Well actually, if there's

17  not -- hold on. Because she actually didn't ask you a

18  question, so why don't you ask her a question and then

19  you answer?

20         BY MS. JOHNSON:

21  Q   What is your -- I'm just trying to -- I don't

22  want you to have to repeat yourself, but I'm a little

1 confused, because I thought earlier when I asked you a
2 question, did you have any interaction with her between
3 June -- February of 2002 and June 2002, my
4 recollection, and I stand corrected, is that there was
5 no interaction that you had with her?
6     A    Well, okay, and if I did, it should not have
7 been a definite no, because in general, as I said, in
8 the course of handling business, working under her,
9 anyone of us could have had interaction with her. To
10 tell you details or dates, I can't recall.
11     Q    Now I'd like for you to be more specific in
12 terms of you said her attitude changed. I'm just
13 trying to see what about her behavior specifically that
14 you felt had changed towards you?
15     A    Well, I believe that you can tell when a
16 person is treating you in one way and suddenly
17 it -- you feel the chill, almost a hostile attitude or
18 something towards you.
19     Q    You told me earlier today that you filed a
20 complaint in February of 2002. You went on leave March
21 13. So what period of time between February of 2002
22 and March 13, that you felt that there was a change, if

1   A    It's not for glamour, more for lubrication, if

2   you will.

3        MS. TRANEL:  Well, you didn't have a question

4   pending.  Go ahead.

5        BY MS. JOHNSON:

6   Q    Are you done?  Are you done?

7   A    Yes.

8   Q    Do you have any additional information that

9   you can provide me which you believe indicate or show

10  or demonstrate that Ms. Schwimer retaliated against you

11  for filing your EEO complaint in two

12  thousand -- February 2002, that you haven't already

13  given me?

14  A    Throughout my tenure there, I had been given

15  various opportunities to participate in training and

16  other activities and I just felt that Ms. Schwimer's

17  treatment of me changed.

18  Q    Well, I need for you to be specific in terms

19  of your statement here.  You say you had been given

20  opportunities and her treatment changed.  Specifically

21  what training opportunities were you not provided?

22  A    I was -- it seemed to me that I was being

1 treated differently. I was systematically, if you
2 will, almost wanted to eliminate me. I felt different
3 treatment.
4     MS. TRANEL: Can we take a break before you
5 ask your next question? I just need to take one break
6 here, and you need to freshen up and get a drink of
7 water.
8     THE WITNESS: Yes, thank you.
9     MS. TRANEL: Thanks.
10     (Recess)
11     BY MS. JOHNSON:
12     Q    With regard to the leave request for Mr.
13 Williams, why did you feel that it was important or
14 necessary to contact the additional two persons prior
15 to making a decision on the leave request?
16     A    Probably because I wanted to confirm with
17 higher levels and get the support. I was supporting a
18 lower level supervisor and what I needed to be the
19 course of action according to the procedures and the
20 needs of the office.
21     Q    Had you consulted with the two of them before
22 on any request for leave of an employee with regard to

1  it was Maureen Smyte.

2  Q    And what was Ms. Smyte's position at the time?

3  A    I want to say something assistant. I don't
4  know if it was administrative assistant or executive
5  assistant or something to the comptroller.

6  Q    She worked with Ms. Schwimer?

7  A    Yes.

8  Q    Do you know how long she had worked with her?

9  A    I do not.

10 Q    Do you have any other information that you
11 haven't given me with regard to your claim that Ms.
12 Schwimer retaliated against you that you haven't
13 already told me?

14 A    Well, I believe that the timing, from the time
15 I filed to the time of the application, that I applied,
16 and the time that the decision was made, also Ms.
17 Schwimer interviewed Ms. Suttington and she didn't
18 interview me. Clearly I was better qualified than Ms.
19 Suttington. That's on the record, all the credentials
20 and all the documentation; both hers and mine are on
21 the record.

22      Additionally, there were a lot of people -- I

1 don't have all the names -- there were comments made to
2 me by various people throughout the office both before
3 and after the selection was made that I was the better
4 candidate, the more qualified candidate for the
5 position.

6 **Q  Who made those comments to you?**

7 A    Different people. I cannot tell you
8 specifically names.

9 **Q  What did you mean about the timing; what was**
10 **your comment about timing?**

11 A    Well when I filed the EEO action in February
12 and then the position was announced and I applied and
13 then the selection was made, I did not learn of the
14 selection until I think it was July and I learned
15 indirectly.

16        Mr. -- Ms. Suttington, who was the branch
17 manager, Financial Services Branch, had a meeting with
18 her staff and Mr. Hailes, Larry Hailes, was in
19 attendance and they announced to Ms. Suttington's staff
20 that Ms. Suttington was -- had been selected for the
21 position and would be going to Training and Policy
22 Division as director.

1            When the staff came out of that meeting, they
2    started talking to people, and I don't remember
3    specifically who came to me and told me. That was the
4    first time I learned of it, that Joanne had been
5    selected, when no one had talked to me about it.
6        **Q   You said this was announced at a staff**
7    **meeting?**
8        A   Yes, Ms. Suttington's staff.
9        **Q   Is there any other information that you wish**
10   **to share with regard to your assertion that Ms.**
11   **Schwimer retaliated against you?**
12       A   Well, you know, Ms. Schwimer selected Joanne
13   Suttington. I had filed an EEO complaint. Ms.
14   Suttington had not. And I mentioned the timing from
15   the way things developed.
16       **Q   I know you're talking about timing. I need**
17   **for you to be a little more specific in regard to that**
18   **assertion; what do you mean by timing?**
19       A   From the time I filed the action in February
20   and I applied in June by the closing deadline. And
21   then the selection was made. I mean, I was not
22   interviewed. She interviewed Ms. Suttington. Ms.

1    Suttington had not filed an EEO action.

2            I was the better qualified -- the best

3    qualified or better qualified applicant.

4    **Q    How do you know that Ms. Suttington had not**

5    **filed an EEO complaint?**

6    A    I have never known that she -- to my

7    knowledge, according to the record, it appears that she

8    had not.

9    **Q    What information do you have that Ms. Schwimer**

10   **had information that she had not filed an EEO**

11   **complaint?**

12   A    Well, as the comptroller, the officer in Human

13   Resources would have notified her if she had been named

14   in an action of the Office of the Comptroller or

15   someone reporting to Cindy Schwimer would

16   have -- someone would have filed against --

17   **Q    But my question is, how would Ms. Schwimer be**

18   **aware if Ms. Suttington had filed an EEO complaint?**

19           MS. TRANEL:  I object.  If you know.  She's

20   not going to know what Ms. Schwimer would know --

21           MS. JOHNSON:  Well she said earlier that she

22   had not filed an EEO complaint, so I'm just trying to