# Exhibit 9

# Promotion Candidate List

U.S. DEPARTMENT OF JUSTICE

OFFICE OF JUSTICE PROGRAMS

# PROMOTION CANDIDATE LIST

| Title, Series and Grade of Position | Organization | Date |
|---|---|---|
| Supervisory Staff Accountant GS-510-15, TEMPORARY NTE 2 YEARS | OGC | 7/16/02 |

| Number of Vacancies | Announcement Number |
|---|---|
| One (1) | JP-02-034-LS |

TO: Cynthia Schwimer, Comptroller
Office of Justice Programs

Pursuant to the provisions of the Negotiated Agreement, Article 12, Merit Staffing, Section 7 (e), with AFSCME Local 2830, dated May 1984, the Merit Staffing Panel is waived. The following competitive candidates are being referred for your position. You may interview the candidates to further determine their qualification, however, if you interview one in at category, you must interview all in that category. Please place an (S) Select or (NS) Non-select next to the candidates name (s).

**COMPETITIVE GS-14:**

NS CONTY, Angel G.        Hispanic/Male
NS GONZALES, Ada L.       Hispanic/Female
NS SMYTHE, Maureen L.     White/Female
S  SUTTINGTON, JoAnn M. — Accepted   Black/Female
                          7/25/02

Office of Personnel Representative: Lisa E. Shipe    Extension 6-3249

Please sign and date this certificate below and return it to the Office of Personnel by no later than October 14, 2002 to obtain an effective date and begin the prerequisite clearances.

Title and Signature of Selecting Official: Cynthia Schwimer, Comptroller    Date: 7-16-02

EXHIBIT E-6f
PAGE 1 OF 1