# Exhibit 10

## Deposition of Plaintiff on February 10, 2004 in EEO matter

1 (Pages 1 to 4)

### Page 1

1  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
2  WASHINGTON FIELD OFFICE
3  - - - - - - - - - - - - - - - - - x
4  ADA L. GONZALES,
5     Plaintiff,          :
6     v                   : EEOC CASE NO.
7  JOHN ASHCROFT, U.S. ATTORNEY GENERAL
8  U.S. DEPARTMENT OF JUSTICE,   100-2003-08223X
9     Defendants.
10 - - - - - - - - - - - - - - - - - x
11
12
13     Deposition of ADA L. GONZALES
14            Washington, D.C
15        Tuesday, February 10, 2004
16            10:00 a.m
17
18  Job No.: 1-29798
19  Pages 1 through 168
20  Reported by: Cassandra E. Ellis, RPR
21
22

### Page 2

1        Deposition of ADA L. GONZALES, held at the
2  offices of:
3
4  US DEPARTMENT OF JUSTICE
5  Room 5400
6  810 7th Street, Northwest
7  Washington, D.C. 20531
8  (202) 307-6235
9
10
11
12   Pursuant to agreement, before Cassandra E. Ellis,
13  Registered Professional Reporter and Notary Public of
14  The District of Columbia.
15
16
17
18
19
20
21
22

### Page 3

1              APPEARANCES
2  ON BEHALF OF PLAINTIFF GONZALES:
3     MICHAEL J. KATOR, ESQUIRE
4     KATOR, PARKS & WEISER, P.L.L.C.
5     Suite 350
6     1020 19th Street, Northwest
7     Washington, D.C. 20036
8     (202) 898-4800
9
10
11
12
13  ON BEHALF OF DEFENDANT ASHCROFT:
14     MARIA E. BURKE, ESQUIRE
15     KRISTEN BUCHER, ESQUIRE
16     U.S. DEPARTMENT OF JUSTICE
17     OFFICE OF THE GENERAL COUNSEL
18     Room 5425
19     810 7th Street, Northwest
20     Washington, D.C. 20531
21     (202) 514-5952
22

### Page 4

1              CONTENTS
2  EXAMINATION OF ADA L. GONZALES    PAGE
3     By Ms. Burke           5
4     By Ms. Bucher          92
5
6
7
8              EXHIBITS
9                (None.)
10
11
12
13
14
15
16
17
18
19
20
21
22

```
                                                     69
 1      MS. BURKE: Yeah, we can go off the record.
 2      (Recess.)
 3   BY MS. BURKE:
 4      Q  Ms. Gonzales, how did you become aware that
 5   the position of director of TPD was open following
 6   Travis's departure in -- in the summer of 2002?
 7      A  I was on medical leave from my back
 8   surgery, and I was actually out of town, in Minnesota.
 9   My daughter had to have emergency open heart surgery,
10   and I had to go. I had a phone call from a colleague
11   that the -- that Travis was leaving and the position
12   was going to be open.
13      Q  Who -- who was that colleague?
14      A  Tita Santiago.
15      Q  Do you remember, roughly, when that was?
16      A  I don't, it was, I think, in June, sometime
17   in June of 2002.
18      Q  Did you receive any other communications
19   from TPD employees letting you know that the position
20   was open?
21      A  Subsequently, I did. Actually, when I came
22   back to work, June 24th, I -- I -- I had tons of
```

```
                                                     70
 1   e-mails. And there was an e-mail, I don't remember
 2   when I actually opened it, but it was sometime after I
 3   returned from medical leave.
 4      Q  And who was that from?
 5      A  Maureen Smythe.
 6      Q  And who's Maureen Smythe?
 7      A  She's some assistant to the controller. I
 8   don't remember, an administrative assistant or
 9   something assistant to the controller.
10      Q  Is that special assistant to the
11   controller?
12      A  She has several assistants, and I'm not
13   sure how the titles are, exactly.
14      Q  And did you apply for the position of
15   director of TPD?
16      A  I did.
17      Q  Were you selected?
18      A  No.
19      Q  Who was selected for that position?
20      A  Joanne Suttington.
21      Q  And is that individual over the age of 40?
22      A  I don't know.
```

```
                                                     71
 1      Q  Do you know that person's ethnicity?
 2      A  I believe she's African American.
 3      Q  Who was the selecting official for that
 4   position?
 5      A  I believe Cindy Schwimer, the Comptroller.
 6      Q  Are you aware of the fact that Cindy
 7   Schwimer is a Hispanic female?
 8      A  I haven't always been. There's -- there
 9   have been comments and jokes in OC, very publicly,
10   actually, over the years, in terms of the Comptroller
11   declaring Spanish, Hispanic ethnicity, and something
12   to the effect that she declared "white female," over
13   the years, in documents, employment documents, I
14   believe, and at some point she became Hispanic.
15      I did not know that she was Hispanic, you
16   know, until some long time after I became employed
17   here.
18      Q  And do you believe those to be mutually
19   exclusively categories, white and Hispanic?
20      A  I'm sorry?
21      Q  Do you believe those to be mutually
22   exclusive categories?
```

```
                                                     72
 1      A  I don't know. I don't know. Over the
 2   years they've gone through all kinds of
 3   transformations, you know, with Hispanics it's been
 4   Latinos and Chicanos.
 5      I'm a Mexican-American. I have never been
 6   anything other than a Mexican-American. You know,
 7   they lump us all into one category Hispanic,
 8   Latin-American, Central-Americans, and so forth, so I
 9   --
10      Q  Had you applied for the position of TPD
11   before, when Stacy Worthington left in September,
12   2000?
13      A  Yes.
14      Q  Were you interviewed at that time?
15      A  Was I interviewed? Yes.
16      Q  Were you selected for the position?
17      A  No.
18      Q  And who was the selecting official at that
19   time?
20      A  I believe Cindy Schwimer, the Comptroller.
21      Q  Do you think it is appropriate for people
22   to be making jokes about someone's national origin?
```

**Page 85**

1 some encouragements from the comments.
2   Q  But, again, I just want to be clear, I'm
3 sorry if I'm repeating this, but these are individuals
4 who expressed that they thought you were better
5 qualified than Joanne Sullington?
6   A  Well, again, the comments were that I was
7 the best qualified; that I was the top candidate; that
8 the job was mine; that I would be the one selected,
9 and on and on along those lines.
10   Q  Are there additional names that you would
11 have?
12   A  Clarissa Valdez; Zelda Ferrell; Anita
13 Hines, you know, I actually recall someone saying,
14 "oh, God, I hope they select you." And -- and I know
15 the comments, particularly from my staff, told me that
16 at least I must have been doing something right.
17   Q  And do you know specific individuals who
18 said that?
19   A  No. I think Anita Hines may have been one
20 of them, that's what triggered the thought, I think.
21   Q  Were any of these people who made comments
22 were they management or supervisory employees?

**Page 86**

1   A  Cynthia Gaines was a team supervisor. Oh,
2 excuse me, by that time, yeah, she was a team
3 supervisor. She had already been promoted to 14, but
4 the title was still team supervisor.
5   Q  Okay. And any of the others who made
6 comments to you, were they management or supervisors?
7   A  I don't think so.
8   Q  Okay. Did the Comptroller ever say
9 anything to you at all about the fact that you had
10 filed an EEO complaint at any -- at any time?
11   A  No. I mean, I don't remember exactly what
12 point the conversations that took place with the
13 Comptroller, actually, where we discussed anything
14 having to do with the EEO complaint. We did discuss
15 it, but I don't remember exactly when.
16   Q  And what -- what were those conversations
17 about?
18   A  I know one conversation we had last year in
19 terms of a detail, and in the context of the EEO. I
20 think that was back in August.
21   Q  Did she ever make comments, though,
22 specifically about your having filed an EEO complaint,

**Page 87**

1 as opposed to your general situation, where you wanted
2 to try to get a detail? I mean, did she comment on
3 you having filed an EEO complaint?
4   A  Not to me.
5   Q  Okay. Are you aware of her making
6 comments, especially negative comments, to anyone else
7 about your having filed an EEO complaint?
8   A  No.
9   Q  Okay. Has anyone told you that they heard
10 her say anything about your having filed an EEO
11 complaint?
12   A  No.
13   Q  Has anyone told you directly that you were
14 not selected or they thought you were not selected
15 because you had filed an EEO complaint?
16   A  No.
17   Q  Before you filed your EEO complaint did the
18 Comptroller ever say anything to you or did you ever
19 hear her saying anything indicating what might happen
20 to someone or to you if you filed an EEO complaint?
21   A  No.
22   Q  Okay. Do you have any evidence that the

**Page 88**

1 Comptroller has ever failed to hire someone or promote
2 someone because of prior EEO activity?
3   A  I do not.
4   Q  Okay. I would like to go back to just a
5 couple of topics that we touched on earlier. You said
6 earlier in your deposition that you thought your
7 evaluation was -- didn't fairly accurate -- fairly
8 represent the quality of your work. And you indicated
9 that you thought there should have been more
10 commentary on the kinds of tasks that you had done.
11     You also said that you thought that your
12 evaluation was not as fair as it could have been
13 because of your age, gender, or national origin. Do
14 you know for a fact that other employees were provided
15 with more commentary, that Travis typically provided
16 more commentary for other employees?
17   A  Those forms are confidential, I don't have
18 access to someone else's evaluations.
19   Q  Okay. So the answer's no, you don't
20 actually know whether Travis typically provided more
21 commentary to employees?
22   A  I do not.