# Exhibit 11

## Joanne Suttington's Application for Vacancy Announcement JP-02-034-LS



Joanne Suttington, CPA

June 18, 2002

Comptroller Cynthia Schwimer
Department of Justice
Office of Justice Programs
Office of the Comptroller
Washington, DC

Dear Comptroller Schwimer:

Attached is my application for the Supervisory Staff Accountant, GS-15 position. As reflected in the application, my background, education, and experience substantiate my qualifications for the Division Director's position.

Specifically, I have over ten years of experience in applying accounting and auditing techniques, managing and directing departmental operations, and reviewing indirect cost allocation plans. Additionally, I am a Certified Public Accountant with a Master of Accountancy and five years of public accounting experience in performing financial, compliance, internal control, and performance audits.

During my six years tenure with OJP, I have had the opportunity to spearhead many special projects including the development of our in-house indirect cost training section. Also, I have assisted the monitoring division with the performance of on-site technical assistance and the responses to audit follow-up queries. As an accomplished Manager in FMD, I have directed my staff in meeting critical deadlines and fulfilling the demands of our program offices.

I appreciate the opportunities and advancements that you have previously granted to me with the Office of the Comptroller. I believe that the Division Director's position is the next level of progression in my professional career with OJP. Having the opportunity to serve as "Acting Director" in the absence of my Director has prepared me for this position. I look forward to utilizing my expertise in this capacity. My office phone number is (202) 305-2122.

Sincerely,

Joanne Suttington, CPA
FMD Manager

attachment 3 - KSAs
other attachments

EXHIBIT E-6h
PAGE 1 OF 30

Form Approved
OMB No 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| Supervisory Staff Accountant | GS-510- 5 | JP-02-034-LS |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| Suttinglon | Joanne Marie | |

| 6 Mailing address | | 7 Phone number (include area code) |
|---|---|---|
| City | State    ZIP Code | Daytime  (202)305-2122 |
| | | Evening |

## WORK EXPERIENCE

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

1) Job title (if Federal, include series and grade)

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| | | | | |

Employer's name and address

Supervisor's name and phone number

Describe your duties and accomplishments

See attachment.

2) Job title (if Federal, include series and grade)

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| | | | | |

Employer's name and address

Supervisor's name and phone number

Describe your duties and accomplishments

See attachment.

EXHIBIT E-6h
PAGE 2 OF 30

This form was electronically produced by Elite Federal Forms, Inc.

Optional Form 612 (September 1994)
U.S. Office of Personnel Management

9 May we contact your current supervisor?

YES [ X ]   NO [   ] ► If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

10 Mark highest level completed.   Some HS [   ]   HS/GED [   ]   Associate [   ]   Bachelor [   ]   Master [ X ]   Doctoral [   ]

11 Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.

Sumner High, Kansas City, KS  66101 Diploma, 1976

12 Colleges and universities attended. Do not attach a copy of your transcript unless requested.

| Name | | | Total Credits Earned | | Major(s) | Degree | Year |
| | City | State | ZIP Code | Semester | Quarter | | (if any) | Received |
|---|---|---|---|---|---|---|---|---|
| 1) Benedictine College | | | | | | Math & Accounting | | |
| Atchison | | KS | 66002 | 125 | | | BA | 1979 |
| 2) University of Missouri - Kansas City | | | | | | Accounting | | |
| Kansas City | | MO | 64110 | 45 | | | Master | 1986 |
| 3) Strayer | | | | | | Programming | | |
| Washington, D.C. | | | | 36 | | | Dipl. | 1997 |

## OTHER QUALIFICATIONS

13 Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.). Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards). Give dates, but do not send documents unless requested.

See attachment.

## GENERAL

14 Are you a U.S. citizen?   YES [ X ]   NO [   ] ► Give the country of your citizensh p. _____

15 Do you claim veterans' preference? NO [ X ] YES [   ] ► Mark your claim of 5 or 10 points below.
  5 points [   ] ► Attach your DD 214 or other proof.   10 points [   ] ► Attach an Application for 10-Point Veterans' Preference (SF 15) and proof required.

16 Were you ever a Federal civilian employee?   NO [   ] YES [ X ] ► For highest civilian grade give:

| | Series | Grade | From (MM/YY) | To (MM/YY) |
|---|---|---|---|---|
| | 510 | 14 | 10/99 | 08/01 |

17 Are you eligible for reinstatement based on career or career-conditional Federal status?
  NO [   ]   YES [ X ] ► If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

18 I certify that, to the best of my knowledge and belief, all of the information on and attached o this application is true, correct, complete and made in good faith.  I understand that false or fraudulent information on or at ached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment.  I understand that any information I give may be investigated.

SIGNATURE _____   DATE SIGNED  6/18/02

EXHIBIT E 6h
PAGE 3 OF 30

Joanne M. Suttington, CPA
Supervisory Staff Accountant
Attachment 1 (page 1 of 4)

#JP-02-034-LS
06/18/02

8.    WORK EXPERIENCE

1)    Supervisory Staff Accountant/Manager
      From: 10/99 To:    Present      $82,000
      Supervisory Staff Accountant
      From: 01/98 To:    10/99 t      $67,000
      Supervisor:   Larry Hailes

      Staff Accountant
      From: 07/96 To:    01/98         $59,000
      Supervisor:   Jim McKay

      Department of Justice Office Programs
      Office of Justice Programs

Grade: GS 510-14-4
40 hours per week
Grade: GS 510-13.6
40 hours per week
(202) 514-7925

Grade: GS 510-12.10
40 hours per week
(202) 616-2687

810 7th N.W.
Washington, D.C.

Supervisory Staff Accountant/Manager
Provide leadership and guidance to supervisors and staff accountants in performing financial
reviews of grant applications, in reviewing and approving indirect cost allocations, and in
performing their overall duties and responsibilities.  Develop policies and procedures in
implementing our departmental goals and objectives.  Encourage employees to seek
improvements in customer satisfaction, reduced costs, improved quality, and faster response
time.  Coordinate with OJP Bureaus/Offices, the Department of Justice, and other Federal
agencies in the development financial and grant management policies and procedures.
Provide technical assistance and expert advice to grantees and program offices.  Draft
responses to audit follow-up queries, program office solicitations, grantee's questions.
Periodically, serve as "Acting Director."

Supervisory Staff Accountant:
Reviewed staff work for accuracy prior to final approval, ensuring that staff work is not
returned for correction.  Trained and guided new staff in developing their skills to analyze
budgets and negotiate indirect cost agreements.  Prepared status reports for management to
keep them abreast of the daily activities and progress of the department.  Frequently, made
recommendations to improve performances of the department, as well as the individual
analyst.  Occasionally, served as "Acting Manager."

EXHIBIT E-6h
PAGE 4 OF 30

Joanne M. Suttington, CPA
Supervisory Staff Accountant
Attachment I (page 2 of 4)

#JP-02-034-LS
06/18/02

8.    WORK EXPERIENCE *(continued)*

Staff Accountant:

Analyzed, reviewed, and approved budget proposals for discretionary grants.  Researched
complex technical issues and implemented recommendations for improvement.  Assisted in
facilitating seminars for grantees.  Served as "Acting Supervisor."  Trained new staff.
Prepared written reports to the Comptroller, Program Directors, and grantee management.
Developed office policies and procedures.

Accomplishments:
*    Developed a combined financial report, incorporating elements from the SF
     269A, SF 269, SF 272A and SF 272.
*    Drafted revisions of various cost principles in the OMB Circulars A-122, 87
     and 21, in fulfilling the requirements of Public Law 106/107.
*    Received a Cash Award for the revision of the OC Financial Guide, 1998.
*    Received Cash Awards for "Outstanding Performances" in 1997, 2000, 2001,
     and 2002.
*    Developed and presented training curriculum for new staff accountants.
*    Revised the OC Financial guide for the grantees.
*    Developed audit programs for on-site and desk reviews.
*    Participated in seminars for grantees and program offices.
*    Prepared a financial fact sheet for distribution to the grantees.
*    Created operating procedures.

2)    Unemployed
      From:  1/96    To: 7/96

      Federal Agency Closed.

3)    Accountant-Oversight Manager
      From: 02/93    To: 12/95    $66,737 per year

      Grade: LG 510-13.2
      40 hours per week

Resolution Trust Corporation (RTC)
808 17th NW, Washington, D.C.  20006

Supervisor: James Newcomb
Phone number: (202) 416-2750

Supervised and managed Certified Public Accounting (CPA) firms in performing audits of property
managers, asset managers, and special projects.  Coordinated and conducted meetings with RTC
management, CPA firms, attorneys, and contractors.  Analyzed and approved audit reports, audit
programs, and contract proposals.  Reviewed and analyzed budget variances.  Coordinated large
aspects of the reviews, including interviewing contractors, gathering data, reviewing records,
analyzing data, identifying deficiencies, and evaluating contractors' operations.  Prepared "Scoping
Review" reports and summaries.

EXHIBIT E(c)h
PAGE 5 OF 30

Joanne M. Suttington, CPA
Supervisory Staff Accountant
Attachment 1 (page 3 of 4)

#JP-02-034-LS
06/18/02

8.    WORK EXPERIENCE (*continued*)

Accomplishments:
* Received Special Achievement Award for sustained superior performance.
* Reported over $500,000 in questioned costs.
* Managed nine engagements simultaneously, with the national norm being three.
* Trained and assisted five new staff members.
* Recognized as "Employee of the Month" for a textbook documentation of a review.
* Established quality control program for internal files.

4)    Senior Auditor
      From: 04/88    To: 02/93

                                              40 hours per week

Ralph C. Johnson & Co., CPAs
106 W. 11th, Kansas City, MO 64105

                                              Supervisor: Effie Clay
                                              Phone number: (816) 472-8900

Performed audits in accordance with generally accepted auditing standards, generally accepted government auditing standards, and the Office of Management and Budget Circulars A-128 and A-133. Supervised three staff auditors. Trained staff to operate various computer software programs, including Lotus, WordPerfect, Peachtree, Preaudit, and Accountants' Trial Balance. Prepared tax returns for corporations, non-profit entities, partnerships, and individuals. Compiled financial projections and analyses. Drafted and issued audit reports on financial statements, internal control, and compliance with federal laws and regulations.

Accomplishments:
* Resolved outstanding conflict, resulting in $89,000 savings for client.
* Developed audit program that increased productivity by 50%
* Projected water-study evaluation for Black & Vetch, Engineering Firm.
* Assisted KPMG Peat Marwick, CPAs and Cochran & Head, CPAs in performing audits.

EXHIBIT E-(6h)
PAGE 6 OF 30

Joanne M. Suttington, CPA
Supervisory Staff Accountant
Attachment 1 (page 4 of 4)

#JP-02-034-LS
06/18/02

8.    **WORK EXPERIENCE** (*continued*)

5)    Summary of positions held more than 10 years ago and various part-time jobs.

a)    **Budget Facilitator** (*part-time*)          From: 10/94 To: 05/95
      City Mission Vision                           Kansas City, KS

      Facilitated budget seminars for potential homeowners. Created, designed, and prepared all materials for the workshops. Provided participants with financial guidance and assisted them with personal budget preparations.

b)    **Accounting Team Leader**                     From: 06/86   To: 04/88
      System Telephone Services                      Kansas City, MO

      Designated as National Account Representative for international and domestic clients. Resolved and researched billing discrepancies. Communicated with National Office about the final resolution of invoice discrepancies. Supervised eight employees.

c)    Completed graduate studies.                    From: 08/85   To: 05/86

d)    **Chief Accountant**                           From: 05/85   To: 08/85
      C. L. Fairley Construction Co.                 Kansas City, KS

      Managed accounting operations with gross receipts in excess of $10 million. Prepared federal, state, local and payroll tax returns. Supervised bookkeeper in maintaining records of subsidiary company.

e)    **TEFRA Coordinator**                          From: 05/83   To: 03/85
      DST, Inc.                                      Kansas City, MO

      Supervised eight staff in tax return preparation. Coordinated with the Internal Revenue Services in implementing policies and procedures. Reconciled and managed money market funds, stocks, and bonds. Facilitated seminars to train management and staff in tax laws and regulations.

f)    Positions held several years ago;              From: 09/71   To: 05/83
      And during college and high school

      Cashier, Special Service Engineer Manager, Library Aide, Meter Reader Clerk, Waitress, Tutor, Switchboard Operator.

EXHIBIT E(6h)
PAGE 7 OF 30

Joanne M. Suttington, CPA
Supervisory Staff Accountant
Attachment 2 (page 1 of 2)

#JP-02-034-LS
06/18/02

13.   OTHER QUALIFICATIONS

TRAINING:

| | |
|---|---|
| Providing Superior Customer Service | 1999 |
| Performance Management | 1999 |
| Supervisory Training | 1998 |
| OMB A-133 Revised | 1997 |
| UNIX | 1997 |
| C++ & C Programing | 1997 |
| Powerpoint | 1997 |
| Microsoft Access | 1997 |
| Financial Management | 1996 |
| Effective Writing | 1996 |
| Audit Supervision | 1995 |
| Contract: Claims and Dispute | 1995 |
| Audit Follow-Up | 1995 |
| Fraud, Detection, & Response | 1994 |
| Contract Oversight Management | 1993 |
| Freelance | 1993 |
| Paradox | 1993 |
| Contract Administration | 1993 |
| Fundamentals of Contracting | 1993 |
| Audits for receivership | 1993 |

SKILLS:

Current managerial experience and occasional acting director experience.
Familiar with Spanish.
Proficient in operating computers and knowledgeable in Lotus 123, WordPerfect, Oracle, FINCAP, and other software programs.
Trained in developing and designing computer programs for UNIX, C, and Oracle.
Know 10 key by touch.
Type 50 wpm.

LICENSES:                                         Certified Public Accountant

EXHIBIT E(a)
PAGE 8 OF 30

Joanne M. Suttington, CPA
Supervisory Staff Accountant
Attachment 2 (page 2 of 2)

#JP-02-034-LS
06/18/02

## HONORS, AWARDS AND SPECIAL ACHIEVEMENTS:

| | | |
|---|---|---|
| Cash Awards - Overall Performances | OJP | 09/00, 10/01 & 05/02 |
| Cash Award - Sustained Superior Performance | OJP | 10/99 |
| Cash Award - Special Project | OJP | 02/98 |
| Cash Award - Performance | OJP | 10/97 |
| Employee of the Month | RTC | 09/94 |
| Special Achievement Award | RTC | 03/94 |
| Most Outstanding Accounting Student | Benedictine College | 09/79 |
| Who's Who Among Outstanding American High School Students | | 05/76 |
| National Honor Society | | 05/70 - 05/76 |
| Miss All Around Junior | | 05/75 |

**Volunteer Work**

Financial Assistant for the District of Columbia Bible Institute
Member of the Principal Advisory Committee
Church Financial Secretary
PTA - City Council member, former
American Institute of Certified Public Accountants - former member
National Association of Black Accountants - former Vice President, Treasurer, and Community Development Chairperson
March of Dimes WalkAmerica - former Team Captain
Junior Achievement - former Teacher/Consultant
YMCA Youth Services - former member of the Board of Directors

EXHIBIT E-6h
PAGE 9 OF 30

Joanne M. Suttington, CPA
Supervisory Staff Accountant
Attachment 3 (page 1 of 5)

#JP-02-034-LS
06/18/02

## KNOWLEDGE, SKILLS AND ABILITIES

1)    **Expert technical knowledge of the grant-making rules and regulations employed by DOJ/OJP, as well as grant-related practices of state and local governments, in order to develop policy and interpret financial requirement.**

I have over ten years of experience in implementing grant management practices, principles, concepts, and theories. In my position as Supervisory Staff Accountant/Manager with the Office of Justice Programs (OJP), Office of the Comptroller (OC), I am cognizance of the overall rules and regulations that govern the financial grant environment. In managing grants, I am familiar with the Office of Management and Budget (OMB) Circulars, the Department of Justice Code of Federal Regulations, and program offices solicitations. Often, I research technical issues and provide resolution to the program offices or grantees. Currently, I'm serving on a task force with other Federal agencies in collaborating with our state and local governments and other Federal grant recipients to develop policies and procedures that will provide uniformity among the Federal agencies. One of our specific tasks includes the revision of the cost principles, OMB Circulars A-122, A-87 and A-21.

As Accountant-Oversight Manager with the Resolution Trust Corp. (RTC), I managed Certified Public Accountant (CPA) firms in performing financial, performance, compliance and internal control reviews of RTC loan servicers, asset managers, property managers, and other contractors. In providing directions to the CPA firms, I had to be conversant in financial management statues, initiatives, policies, and RTC's contracts. I reviewed the financial statements of various contractors and determined compliance in accordance with RTC's policies and procedures.

As Senior Auditor for Ralph C. Johnson & Co.,CPA, I performed financial and compliance audits of Federal grant recipients including nonprofit entities, state and local governments, and educational institutions. I made recommendations to the management of those entities to improve the internal controls and administrative requirements. I reviewed the administrative requirements in accordance with OMB Circular A-110 and A-102 for recipients of federal grants.

EXHIBIT E-6h
PAGE 10 OF 30

Joanne M. Suttington, CPA
Supervisory Staff Accountant
Attachment 3 (page 2 of 5)

#JP-02-034-LS
06/18/02

## KNOWLEDGE, SKILLS AND ABILITIES

2) Professional knowledge of accounting practices, principles, concepts and theories.

I have over ten years of experience in implementing accounting practices, principles, concepts, and theories. Additionally, I have attained a Master of Accountancy and successfully passed the CPA examination.

I have conducted financial, compliance, operational and internal control audits. These audits were performed in accordance with generally accepted auditing standards, generally accepted government auditing standards (the Yellow Book), the OMB Circulars A-128 and A-133, and various federal auditing compliance standards. In order to perform these audits, I was cognizant of generally accepted accounting principles as well as accounting principles and standards applicable to the particular industry, e.g., nonprofit entities, commercial entities, state and local government, etc.

In my current position, Supervisory Staff Accountant, with OJP, I assist my staff in analyzing Dun & Bradstreet reports, grantees' budgets, grantees' audit reports, and grantees' accounting and internal control systems. The grantees' budgets are analyzed to determine accuracy, allowability, necessity, and reasonableness of expenditures in accordance with OMB Circulars A-21, A-87 and A-122 (cost principles) and the OC Financial Guide.

In my position as Accountant-Oversight Manager for the RTC, I supervised and managed CPA firms in performing financial, compliance, performance and internal control audits of entities who managed and disposed of assets from troubled financial institutions. These audits were performed in accordance with generally accepted auditing standards and generally accepted government auditing standards. As a result of the audits, I made recommendations that improved the overall accounting operations of the entities and reduced the risk of fraud, waste, abuse, and mismanagement occurring.

For nearly five years, I served as Senior Auditor for RCJ, CPA. During my tenure with RCJ, I developed and implemented accounting operations and systems for various clients. For instance, I installed the accounting software for a nonprofit entity and provided assistance to the client's staff in operating the program. The system enabled the nonprofit agency to accurately track federal expenditures, to prepare federal financial assistance schedules, to identify federal funds, and to record pass-through funding received from the Federal Government to the State Government to the non-profit entity. I corresponded with the Federal Cognizant Agency of the Major Federal Grantor in resolving any audit findings. Additionally, I analyzed the internal controls of various clients and made recommendations for improvement.

EXHIBIT E-10h
PAGE 11 OF 30

Joanne M. Suttington, CPA
Supervisory Staff Accountant
Attachment 3 (page 3 of 5)

#JP-02-034-LS
06/18/02

## KNOWLEDGE, SKILLS AND ABILITIES

3)    Ability to express complex technical financial concepts in simple, easy to understand
terms.

In my current position with OJP, I prepare written communication to our grantees,
management, staff, and program offices.   Often, I must convey technical information to
our grant recipients by presenting information in the simplest manner possible.  I develop
training materials for new staff members.  I have drafted audit programs, financial fact
sheets, and operating procedures.  I have issued written budget clearances and assisted
with the revisions of the OC Financial Guide.

In my position as Accountant-Oversight Manager for the RTC, written correspondence
was prepared in providing official comments to the CPA firms, RTC management,
attorneys, and RTC contractors.  In my annual evaluation, the following comments were
expressed by the Director of the RTC Kansas City OCOS:

"...Often controversial matters regarding an audit must be addressed and
discussed in depth.  Written supporting documentation must also be prepared.
Joanne possesses the skills and attributes necessary to successfully work through
controversy and confrontational issues.  Adapt easily and readily to the listener;
flexible; willing to consider other's point and view and effect changes to her
personal recommendations.  When assigned management of eight (8)
engagements, her workload demanded exceptional organization and
communication skills.  Her efforts to constantly improve her communication and
writing skills are exemplary.  Written products are directed to internal OCOS
field staff and management, HQ OCOS staff and liaisons, RTC program office
staff, contractors and staff of engaged public accounting firms.  Writing is clear
and correct, well organized, complete and appropriate in style and language..."

As Senior Auditor for Ralph C. Johnson & Co., I drafted audit reports in accordance with
generally accepted auditing standards and generally accepted government auditing
standards.  I prepared written documentation of audit procedures and test results as
evidence in the work papers.

Additionally, all previous positions included written correspondences with major clients,
Internal Revenue Agents, attorneys, top management officials, and contractors.

EXHIBIT E (oh)
PAGE 12 OF 30

Joanne M. Suttington, CPA
Supervisory Staff Accountant
Attachment 3 (page 4 of 5)

#JP-02-034-LS
06/18/02

## KNOWLEDGE, SKILLS AND ABILITIES

4)      Demonstrated ability to communicate effectively, both orally and in writing.

In my current position with OJP-OC, I communicate daily both orally and in writing with grantees, management, staff, program offices, and other Federal agencies.   I prepare performance evaluations and counsel staff on daily responsibilities.    I develop training materials for new staff members, as well as facilitate the training. I represent management in meetings with program office managers and staff. I have performed on-site monitoring visits and drafted responses to audit follow-up queries. I have drafted audit programs, financial fact sheets, and operating procedures. I have issued written budget clearances and assisted with the revisions of the OC Financial Guide.

In my position as Accountant-Oversight Manager for the RTC, my job responsibilities included direct, daily interaction and communication with Partners and Managers of CPA firms, RTC management, attorneys, and RTC contractors   I conducted and facilitated meetings for Kick-Off, Entrance and Exit conferences. Written correspondence was prepared in providing official comments to the CPA firms, RTC management, attorneys, and RTC contractors.

As Senior Auditor for Ralph C. Johnson & Co., I drafted audit reports in accordance with generally accepted auditing standards and generally accepted government auditing standards. I prepared written documentation of audit procedures and test results as evidence in the work papers. I presented the auditees' findings to the Board of Directors in their board meetings.

Additionally, all previous positions included oral and written correspondences with major clients, Internal Revenue Agents, attorneys, top management officials, and contractors.

Joanne M. Suttington, CPA
Supervisory Staff Accountant
Attachment 3 (page 5 of 5)                                        #JP-02-034-LS
                                                                 06/18/02

## KNOWLEDGE, SKILLS AND ABILITIES

5)    **Ability to supervise, motivate, develop, and work effectively with assigned staff and with supervisors.**

I have over ten years of experience in supervision and team building. Currently, I manage over twenty employees and provide constant feedback to the employees to enhance their development and growth. Additionally, I have served as "Acting Director" in the absence of the Director. I have successfully directed many group projects. Previously, I was co-team leader for the Rapid Response Team. Our overall mission was to provide expedient and excellent service to our program offices and grantees. Additionally, I strive to maintain unity between the financial analysts, OJP management, program offices, and grantees.

In my Oversight Manager capacity with RTC, I managed CPA firms in performing reviews of RTC's contractors. I provided guidance to the partners and managers of the CPA firms in performing the reviews. Additionally, I trained five new Oversight Managers in performing their duties. The Director of the OCOS department made the following assertions:

*"...Possess a congenial and outgoing personality; makes friends easily; always willing to contribute to group effort. Joanne conducts herself in a professional manner and is respected by her peers. She is an excellent group worker and interacts well w/her co-workers. Joanne was one of two OCOS audit/review staff with knowledge and experience of policies and procedures at a time during this evaluation period when four (4) new audit staff reported for duty to this office. Joanne assisted these individuals w/an informal department orientation, and rendered information routinely while accomplishing her own overwhelming workload. Her efforts to train and direct the new staff, of her own initiative, greatly assisted her manager in expediting utilization of the new resources."*

Additionally, I served as in-charge auditor with Ralph C. Johnson & Co., for nearly five years; supervising junior accountants in the performance of financial, compliance and internal control audits.

EXHIBIT E-6h
PAGE 14 OF 30



# A Kit for Achievement and Progress

Because the work that each of us does is important to the organization and to our individual lives, the Assistant Attorney General and the heads of OJP components have charged supervisors and employees to create and then use a means of evaluating our work that --

- emphasizes communication
- focuses on future excellence
- promotes fairness.

Each employee has a kit, but not every feature in that kit will be used  The development plan, for example, may not be useful for all employees and may not be used.  These are the tools available to help us assess our work.

- A *work progress report* that both employee and supervisor can use for mid-term talk about the job and skills, assignments, and related topics

- A *statement of work achievement* to summarize the performance during the previous 12 months

- A *self-assessment* for the employee

- A *development plan* to identify how current work weaves into a productive career.

OJP FORM 1534/1 (5-97)

EXHIBIT E-oh
PAGE 15 OF 30



U.S. DEPARTMENT OF JUSTICE
OFFICE OF JUSTICE PROGRAMS
WASHINGTON, D.C. 20531

**Statement of Work Achievement**

| Prepared for the work of | Joanne Suttington | from (date) 9-12-2000 | to (date) 9-11-2001 | PAGE 1 OF 7 |
|---|---|---|---|---|

| WORK OBJECTIVE(S) | CRITICAL? (Y or N) | RESULTS | RATING (RA or U) |
|---|---|---|---|
| 1 Organization Planning. Determines goals and objectives, develops policies and procedures, assigns priorities.<br><br>a) Sets long and short term program objectives that are realistic and are responsive to agency goals and priorities.<br><br>b) Develops effective approaches for meeting agency objectives<br><br>c) Financial and technical aspects of program plans include analysis of costs to achieve goals. Uses costs control techniques effectively.<br><br>d) Plans specific milestones to permit successful monitoring and control of program activities. | Y | As Branch Manager, Ms Suttington consistently provides advice to the Director on all aspects of Financial Management Division operations. Ms. Suttington establishes standards for performance, monitors the flow of work through monthly status reports, and ensures that goals for completion of work products are met. Ms. Suttington fully supports the goals and objectives of the Office of the Comptroller, and has proved to be an invaluable member of the management team. Her efforts have exceeded the standard for this work objective and she has performed in an outstanding manner. | RA |
| 2. Program Direction and Communication<br>a) Maintains system to ensure that grant applicants have the financial capability to administer grant funds.<br><br>b) Supervises reviews of Financial Status Reports and reports the appearance of excess cash on hand.<br><br>c) Vulnerability assessments of the functions are performed on a biennial basis and are completed within the established due dates.<br><br>d) Incumbent is particularly sensitive to internal control situations and takes or suggests corrective measures as appropriate. | Y | Ms. Suttington has provided outstanding management of the daily operations of the division, continually evaluates the effectiveness of current processes, and takes the appropriate corrective actions where necessary. Ms. Suttington communicates issues to upper management in a timely manner. She also meets regularly with supervisors and staff to communicate priorities and provide direction. During the past year Ms. Suttington was instrumental in guiding staff through the implementation of a new computer based grants management system. | RA |

**Results Achieved:**

The employee meets the standards below for each work objective. Any shortcomings are occasional and do not adversely affect the overall accomplishment of the objectives. The employee is not held responsible for factors outside his/her control.

- Demonstrates sound technical knowledge at a level that fits the grade of the position.
- Accurately and promptly answers questions from supervisors, colleagues, peers, customers, and others.
- Meets appropriate deadlines.
- Arranges priorities so that the most important assignments related to the work objective are done first, allocating time wisely and following a plan to complete assignments.

- Works with thoroughness and attention to detail, completing assignments with few errors.
- Approaches and completes assignments willingly and responsibly, as an individual or as a team member.
- Communicates clearly and correctly in speech and writing.

**Unacceptable:**

Ninety or more days before the current assessment, the supervisor notified the employee that his or her work did not meet the Results Achieved standard for the work objective. The work continues to fall short of the established standard.

OJP FORM 1536/1 (5-97)

(continued on the reverse)

EXHIBIT B-10h
PAGE 16 OF 30

| Prepared for the work of | Joanne Suttington | from (date) 9-12-2000 | to (date) 9-11-2001 | PAGE 2 OF 7 |

| WORK OBJECTIVE(S) | CRITICAL? (Y or N) | RESULTS | RATING (RA or U) |
|---|---|---|---|
| e) Develops and maintains good working relationships with other organizations. Keeps staff and other organizations informed about significant matters in a timely manner. | | | |
| 3. Program Monitoring and Evaluation.<br><br>Continuously improves programs and operations through the implementation of the provisions of the Federal Managers Financial Integrity Act; the Government Management Reform Act, the Chief Financial Officers' Act; the Government Performance & Results Act; and E.O. 12862, Setting Customer Service Standards | Y | Ms. Suttington has represented the Office of the Comptroller on various interagency working groups involved in establishing new or revising existing federal regulations. She has provided expert consultation to management on a variety of financial and grants management issues. She currently sits on an interagency working group charged with the implementation of Public Law 106-107 | RA |
| a)Takes action to ensure that government resources are used effectively to achieve intended program results as well as ensure that resources are used consistent with agency mission, in compliance with applicable laws and regulations and with minimal potential for waste, fraud, and mismanagement. | | Ms. Suttington has recommended the use of resources for overtime, and conducted daily monitoring of the effort to complete all required work ahead of the fiscal year end deadline. Continually kept management abreast of progress and impediments, and managed this effort to a 100% completion rate. | |
| b) Establishes management controls to prevent fraud, waste, abuse, and mismanagement of government funds and programs. Utilizes risk assessment and other appropriate tools to identify program, administrative, and financial problems and potential high risk areas. Develops cost-effective actions to correct the problems and prevent the risks. Works to improve the efficiency and effectiveness of programs and operations by removing impediments to the effective and efficient operation of a program, consistent with the need to improve customer service and protect Government resources. | | A major function of the Branch is to ensure that agency funds are awarded only to eligible applicants. Ms. Suttington ensures that staff review potential award recipient capability in the area of safeguarding and reporting on federal funds and has established procedures for identifying high risk applicants.<br><br>Ms. Suttington has continued to provide outstanding customer service to agency components as well as our customers and has been noted for such service. | |
| c) Demonstrates a commitment to customer service. Uses customer surveys, focus groups, and other appropriate means to continually reform programs and management practices and operations to provide service to the public that matches or exceeds the best service available in the private sector. Encourages employees to seek improvements in customer satisfaction, reduced costs, improved quality, and faster response times. | | | |
| d) Supports results-oriented management by developing strategic plans, setting performance goals, and reporting annually on actual performance compared to goals. Promotes accountability reporting to the public on performance results and on the integrity, efficiency, and effectiveness with which they are achieved. | | | |

OJP FORM 1538/1 (5-97)

EXHIBIT E-6h
PAGE 17 OF 30
(continued on next page)

| Prepared for the work of | Joanne Suttington | | from (date) 9-12-2000 | to (date) 9-11-2001 | PAGE 3 OF 7 |

| WORK OBJECTIVE(S) | CRITICAL? (Y or N) | RESULTS | RATING (RA or U) |
|---|---|---|---|
| 4. Human Resources Management. Develops a work force that represents a diverse racial, ethnic, and gender mix. Displays familiarity with and sensitivity to EEO and affirmative action plans and policies. Initiates career development opportunities for minorities, women, and employees with disabilities and tries to recruit and fill vacancies in accordance with such plans and policies. | Y | Ms. Suttington has been instrumental in establishing a diverse work force in her branch. She is sensitive to EEO issues and has developed career paths for women, minorities, and staff with disabilities. | RA |
| 5. Performs Management System Responsibilities. a) After consultation with the employee, established meaningful work objectives and assures they are designated either critical or non critical. b) Continuously observes and documents employee performance against objectives. c) Frequently communicates with employees about work performance and identifies, discusses, and addresses any matter which could enhance employee performance or accomplishment of agency mission. d) Holds at least one work-in-progress discussion with each employee after preparing the work-in-progress form and actively discusses all issues which could lead to greater accomplishments. e) Effectively promotes employee involvement in the completion of work-in-progress forms; active communications regarding performance enhancement; and active participation in the development plan. f) Jointly works with employees to create meaningful development plans which can be accomplished during the rating cycle and assess progress toward development goals. g) Conducts a thorough review of employee accomplishments, appropriately considering the employee's self assessment. Prepares honest, meaningful narratives to describe accomplishments and assigns individual objective and summary ratings. Obtains reviewing official concurrence prior to discussion with the employee. Discusses accomplishments with the employee in detail. h) Provides at least 90 days notice to employees of performance deficiencies prior to rating the unacceptable level on individual work objectives | Y | Ms. Suttington has successfully met the objectives of the Performance Management System. She has established and/or revised work objectives for supervisors and staff. She provides feedback to employees frequently and holds progress discussions to encourage greater accomplishments and career development. | RA |

OJP FORM 1538/1 (5-97)

EXHIBIT E (b)
PAGE 18 OF 30

(continued on next page)

Prepared
for the
work of _____ Joanne Suttington _____ from (date) __9-12-2000__ to (date) __9-11-2001__ | PAGE _4_ OF _7_

SOCIAL SECURITY NUMBER.

POSITION TITLE,
SERIES, AND GRADE   Supervisory Staff Accountant, GS-0510-14

We have discussed the work objectives and agree they well represent the work of the position:

DATE _12-22-00_   SIGNATURE _____   SIGNATURE _____

Mid-term work progress discussions

DATE _5/25/01_   SIGNATURE _____   DATE _5/25/01_   SIGNATURE _____

FROM (date) _9-12-00_   TO (date) _7-11-01_

Summary Rating        ☑ Results Achieved
                      ☐ Unacceptable        RATING OFFICIAL _____ DATE _3/15/02_

**Results Achieved**: Given for the work of an employee
who had *results achieved* for all critical work objectives.        REVIEWING OFFICIAL _____ DATE _3/15/02_

**Unacceptable**: Must be given for the work of an
employee who receives an *unacceptable* for any critical
work objective.

Employee's Comments

SIGNATURE OF RATED EMPLOYEE
_____

DATE OF SIGNATURE

OJP FORM 1538/1 (5-97)

EXHIBIT E-6h
PAGE 19 OF 30



**U.S. DEPARTMENT OF JUSTICE**
**OFFICE OF JUSTICE PROGRAMS**
**WASHINGTON, D.C. 20531**

**Work in Progress Discussion:**
**Supervisor**

Discussion about work, skills, and contributions of

Joanne Suttington

PAGE __6__ OF __7__

DATE: 5/25/01

COVERS THE PERIOD:
9-12-00 to 9-11-01

EMPLOYEE'S INITIALS

SUPERVISORS INITIALS

☑ The employee needs improvement on the following job element(s):

NONE. MS SUTTINGTON IS CURRENTLY PERFORMING ALL JOB ELEMENTS IN AN EXEMPLARY MANNER.

---

Leading to talk about successful work and careers . . .

1  In which specific areas can the employee improve performance? (Take into consideration such aspects as flexibility, dependability, interpersonal skills, customer service, attendance, punctuality, initiative, etc.)

NONE. MS SUTTINGTON EASILY ADAPTS TO CHANGING PRIORITIES, IS DEPENDABLE, RESPONDS PROMPTLY TO INQUIRIES AND SPECIAL ASSIGNMENTS AND PROVIDES QUALITY CUSTOMER SERVICE.

2  What changes in work assignments, work processes, and training, if any, would increase the employee's effectiveness?

NO CHANGES ARE NECESSARY. MS SUTTINGTON CONTINUES TO PURSUE TRAINING OPPORTUNITIES, AND MODIFIES WORK PROCESSES TO IMPROVE STAFF PRODUCTIVITY.

3  How can I help the employee do the job more effectively?

CONTINUE TO COMMUNICATE REGULARLY THE GOALS, PRIORITIES, AND EXPECTATIONS OF THE DIVISION.

4  What specific steps would I recommend the employee take to become more valuable to the organization?

CONTINUE TO IMPROVE MANAGERIAL SKILLS AND MAKE RECOMMENDATIONS FOR OVERALL DIVISION OPERATIONS.

OJP FORM 1538/1 (5-97)



**U.S. DEPARTMENT OF JUSTICE**
**OFFICE OF JUSTICE PROGRAMS**
WASHINGTON, D.C. 20531

## Work in Progress Discussion:
### Employee

Discussion about work, skills, and contributions of

Joanne Suttington

PAGE _____ OF _____

| DATE: | COVERS THE PERIOD: | EMPLOYEE'S INITIALS | SUPERVISOR'S INITIALS |
|-------|--------------------|--------------------|----------------------|
| 5-25-2001 | 9/12/00 to 9/11/01 | | |

Leading to talk about successful work and careers . . .

1. In which specific areas can I improve performance? *(Take into consideration aspects such as flexibility, dependability, interpersonal skills, customer service, attendance, punctuality, initiative, etc.)*

> Expanding my knowledge in reference to all Federal Government Rules and Regulations

I have a desire to learn more about the Federal environment in reference to budgetary requirements, appropriations, and regulations and their impact upon OJP.

2. What changes in work assignments, work processes, and training would increase my effectiveness?

The continual interaction with other Federal agencies enables me to stay abreast of various Federal requirements.  Additionally, various training courses can provide me some valuable information in this area.

3. How can my supervisor help me do my job more effectively?

My Director has been very supportive in allowing me the opportunity to represent our agency in various interagency meetings.  His continual support in this area is appreciated.

4. What specific steps will I take to become a more valuable employee to the organization?

I would continue to review policies and procedures to assist OJP and our grantees in complying with Federal rules and regulations.

NOTES:

OJP FORM 1538/1 (5-97)

EXHIBIT 5-6h
PAGE 20 OF 30

U.S. DEPARTMENT OF JUSTICE
OFFICE OF JUSTICE PROGRAMS
WASHINGTON, D.C. 20531

# Development Plan

Joanne Suttington
EMPLOYEE NAME

Does not wish to create a development plan at present. _____ concurs.

SUPERVISOR'S NAME

PAGE __7__ OF __7__

Goal(s):

What the employee will do:

What the supervisor will do:

DATE(S) TO ASSESS ACCOMPLISHMENT.

Did the plan result in increased effectiveness? Why or why not? *(Continue comments on back as necessary)*

EMPLOYEE _____   DATE _____   SUPERVISOR _____   DATE _____

OJP FORM 1538/1 (5-97)

EXHIBIT: E (h)
PAGE 22 OF 30

# INSTRUCTIONS

## When to complete:

After the employee and supervisor answer the questions for a Work in Progress Discussion --

After the employee and supervisor discuss the employee's work and skills --

After the employee and supervisor identify which additional or sharpened skills would increase the employee's contribution to the Department of Justice and would move the employee toward long-term career goals --

The employee and the supervisor may create a plan. The plan may include the goal, what the employee will do, what the supervisor will do, and the date by which these actions will be done. At the end, both employee and supervisor will assess the actions taken. Both the employee and the supervisor recognize that improved skills may not lead to direct promotion or a higher position but will often advance the employee toward success at his/her current job or increase his/her potential to successfully compete for other positions.

The development plan may include one or more of the following:

[ ] A training course or an accredited class

[ ] A detail to another component or to a different unit in the same component

[ ] Self development activities such as readings, videotapes, participation in associations, etc.

[ ] A mentoring relationship

[ ] Commitment to use of time management or organizational effectiveness technique

[ ] Other provisions for developing effectiveness

[ ] A special assignment with intensive guidance to obtain hands-on experience

[ ] Correspondence course

[ ] Other appropriate developmental activities

EXHIBIT E-6h
PAGE 23 OF 30



Benedictine College

Educational College of
Benedict's and Mount St. Scholastica

Student's Permanent Record

Atchison, Kansas 66002

ISSUED TO STUDENT          800037

BROCKMAN, Joanne M.
Name

Social Security Number

Address

City, State, Zip

Degree and Major                    Date of Degree          Honors

| | UNITS ATTEMPT | UNITS PASSED | POINTS | AVERAGE | RANK IN CLASS |
|---|---|---|---|---|---|
| PRESENT | 15.00 | 15.00 | 42.00 | 2.800 | 123/ 295 |
| CUMULATIVE | 15.00 | 15.00 | 42.00 | 2.800 | 124/ 295 |

1/21/76                                         80   FR   FA

| COURSE | DESCRIPTION | POINTS | GRADE | UNITS OF CREDIT |
|---|---|---|---|---|
| 109 | PRIN OF FIN ACCOUNTING | 9.00 | | 3.00 |
| 101 | ENGLISH COMPOSITION | 6.00 | | 3.00 |
| 131 | CALCULUS I | 8.00 | | 4.00 |
| 122 | PHYSICAL FITNESS/SOCCER | 3.00 | | 1.00 |
| 101 | ELEMENTARY SPANISH | 16.00 | | 4.00 |
| 77W | Elem Mathematical Logic | 6.0 | B | 2.00 |

Winterterm – Jan 1977

| | UNITS ATTEMPT | UNITS PASSED | POINTS | AVERAGE | RANK IN CLASS |
|---|---|---|---|---|---|
| PRESENT | 14.00 | 14.00 | 31.00 | 2.214 | 196/ 277 |
| CUMULATIVE | 31.00 | 31.00 | 79.00 | 2.548 | 151/ 277 |

1/77                                            80   FR   SP

| COURSE | DESCRIPTION | POINTS | GRADE | UNITS OF CREDIT |
|---|---|---|---|---|
| 110 | PRIN OF MANAGERIAL ACCT | 6.00 | | 3.00 |
| 102 | INTRO TO LITERATURE | | M | 3.00 |
| 132 | CALCULUS II | 4.00 | * | 4.00 |
| 101 | INTRO LOGICAL ANALYSIS | 9.00 | | 3.00 |
| 102 | SECOND SEM SPANISH | 12.00 | | 4.00 |

DONNELLY COLLEGE - K.C. Ks.
Summer 1977

CH 101  General Chemistry I       20.0  A   5.0

| | UNITS ATTEMPT | UNITS PASSED | POINTS | AVERAGE | RANK IN CLASS |
|---|---|---|---|---|---|
| CURRENT | 17.00 | 17.00 | 40.00 | 2.353 | 133 / 202 |
| CUMULATIVE | 53.00 | 53.00 | 139.00 | 2.623 | 116 / 202 |

2/15/77                                         80   SO   FA

| COURSE | DESCRIPTION | POINTS | GRADE | UNITS OF CREDIT |
|---|---|---|---|---|
| 22 | INTERM ACCOUNTING I | 6.00 | | 3.00 |
| 201 | WORLD LITERATURE I | 12.00 | | 3.00 |
| 101 | INTRO TO THE FINE ARTS | 6.00 | | 3.00 |
| 100 | WORLD CIVIL SINCE 1500 | 6.00 | | 3.00 |
| 233 | CALCULUS II | 8.00 | C | 4.00 |

INSTITUTO "ETAC" DE ESTUDIOS SUPERIORES, A.C.
Mexico City.- Winterterm 1978

A 200  Conversational Spanish     9.0  B   3.00

| | UNITS ATTEMPT | UNITS PASSED | POINTS | AVERAGE | RANK IN CLASS |
|---|---|---|---|---|---|
| CURRENT | 16.00 | 16.00 | 36.00 | 2.250 | 160/ 197 |
| CUMULATIVE | 68.00 | 68.00 | 180.00 | 2.647 | 121/ 197 |

05/20/78                                        80   SO   SP

| COURSE | DESCRIPTION | POINTS | GRADE | UNITS OF CREDIT |
|---|---|---|---|---|
| AC 22 | INTERSTATE ACCTING II | 6.00 | | 3.00 |
| EC 20 | ECONOMICS I | | | 3.00 |
| MA 21 | CALCULUS II (rpt) | 12.00 | B | 4.00 |
| MA 25 | LINEAR ALGEBRA | 6.00 | | 3.00 |
| RS 12 | JESUS CALLED CHRIST | 9.00 | | 3.00 |

DONNELLY COLLEGE - K.C.,KS
Summer 1978

EN 211  Business Communication    9.0  B   3.00

KANSAS CITY KS COMM JR COLL
Summer 1978

BU 204  Business Law              9.0  B   3.00

| | UNITS ATTEMPT | UNITS PASSED | POINTS | AVERAGE | RANK IN CLASS |
|---|---|---|---|---|---|
| CURRENT | 16.00 | 16.00 | 46.00 | 2.875 | 77/ 166 |
| CUMULATIVE | 90.00 | 90.00 | 244.00 | 2.711 | 93/ 166 |

12/20/78                                        80   JR   FA

| COURSE | DESCRIPTION | POINTS | GRADE | UNITS OF CREDIT |
|---|---|---|---|---|
| AC 401 | ADVANCED ACCOUNTING | 9.00 | | 3.00 |
| EC 210 | PRIN OF ECONOMICS II | 6.00 | | 3.00 |
| MA 315 | PROBABILITY STATISTICS | 9.00 | B | 3.00 |
| MA 355 | DISCRETE STRUCTURES | 6.00 | | 3.00 |
| PE 123 | FOLK SOC/SQ DANCING | 4.00 | | 1.00 |
| PH 231 | PHILOSOPHY OF NATURE | 12.00 | A | 3.00 |

Winterterm – Jan 1979

CS 213  Intro to Computing I      9.0  B   3.00

| | UNITS ATTEMPT | UNITS PASSED | POINTS | AVERAGE | RANK IN CLASS |
|---|---|---|---|---|---|
| CURRENT | 16.00 | 16.00 | 45.00 | 2.813 | 74/ 147 |
| CUMULATIVE | 109.00 | 109.00 | 298.00 | 2.734 | 81/ 147 |

05/19/79                                        80   SR   SP

| COURSE | DESCRIPTION | POINTS | GRADE | UNITS OF CREDIT |
|---|---|---|---|---|
| AC 373 | COST ACCOUNTING I | 9.00 | B | 3.00 |
| BA 390 | FINANCIAL MANAGEMENT | 9.00 | B | 3.00 |
| MA 360 | ALGEBRAIC STRUCTURES | 6.00 | C | 3.00 |
| MA 392 | MATH DISCOVERY SEMINAR | 3.00 | B | 1.00 |
| MA 490 | SP TOPICS PROB/STATS II | 9.00 | B | 3.00 |
| PH 360 | ETHICS | 9.00 | B | 3.0 |

The METROPOLITAN COMM COLLEGE, K.C., MO
Summer 1979

Math230  Diff Equatn              12.0  A   3.0

(continued page 2)

When this record bears the seal of the College and the Registrar's signature it is an official transcript. Good standing is certified unless otherwise indicated.

AUG  1 7 1985

Benedictine College

Educational College of
Benedict and Mount St. Scholastica

Student's Permanent Record

Atchison, Kansas 66002

ISSUED TO STUDENT

800037-2

BROCKMAN,   Joanne   M.
Name                                                    Social Security Number

Address                                                 City, State, Zip

B.A.   Math/Accounting                  December 19, 1979
Degree and Major                        Date of Degree          Honor

| | UNITS ATTEMPT | UNITS PASSED | POINTS | AVERAGE | | RANK IN CLASS | | Course Number | Course Title | | Quality Points | Gr. | Units of Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURRENT | 13.00 | 13.00 | 36.00 | 2.769 | | 81 / 144 | | | | | | | |
| CUMULATIVE | 125.00 | 125.00 | 346.00 | 2.768 | | 77 / 144 | | | | | | | |
| PERIOD ENDING | | | | | | | 80 | SK FA | | | | | |
| 2/19/79 | | | | | | | | | | | | | |

| COURSE | DESCRIPTION | POINTS | CARRIED | UNITS OF CREDIT |
|---|---|---|---|---|
| C 26 | FEDERAL TAX ACCOUNTING | 9.00 | | 3.00 |
| C 39 | AUDITING | 9.00 | | 3.00 |
| A 33 | NUMERICAL COMPUTATION | C.00 | | 3.00 |
| A 49 | MATH PROB SOLVING SEM | 3.00 | | 1.00 |
| S 27 | INTRO TO EASTERN REL | 9.00 | | 3.00 |

DATA SCIENCE CORPORATION — ST LOUIS, MO

...en this record bears the seal of the College and the Registrar's signature it is an official transcript.
...od standing is certified unless otherwise indicated.



**Benedictine College**

Coeducational College of
St. Benedict's and Mount St. Scholastica

### CONFIDENTIALITY OF RECORDS

In compliance with the FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974, this transcript is being released to you on the condition that you will not permit any other party to have access to this information without the written consent of the individual concerned.

*1971-72: For one year beginning September 1971 and continuing until Summer 1972, credit hours were certified in units. Four courses (units) were considered a normal academic load for a semester. A unit was equal to four semester hours.

#### GRADING SYSTEM

| | | |
|---|---|---|
| A | superior | 4.0 quality points |
| B+ | | 3.3 |
| B | good | 3.0 quality points |
| B- | | 2.7 |
| C+ | | 2.3 |
| C | average | 2.0 |
| C- | | 1.7 |
| D | passing | 1 quality point |
| F | failing | 0 (calculated in GPA) |

Plus/minus (+/-) grading began with the freshman class of 1987-88 and was phased in over a four year period; undergraduate grading only.

P/NP   pass or no pass, not calculated in GPA
W      withdrawn: no credit (in use until 1992-93)
WP/WF  withdrawn passing/failing: allowed
       from the 26th day of class until the
       last full week before final exams; non-punitive
       (WP/WF initiated with the '92-'93 academic year)
I      incomplete: if not removed by end of the
       next semester, it automatically becomes an F
AU     audit: no credit
Cr     credit for seminars, recitals
       workshops; not computed
*/#    original gr. for repeated course; only the latest
       grade and points computed in GPA
(rpl)  course repeated-not indicated on computerized
       transcripts other than # shown above

#### COURSE NUMBERING

| | |
|---|---|
| Non-Degree courses | 001-099 |
| Lower Division courses | 100-299 |
| Upper Division courses | 300-498 |
| Independent Study | 499 |
| Internships | 479/497 |
| Graduate Study | 500-699 |

#### CLASSIFICATION OF STUDENTS

| | |
|---|---|
| Freshman standing | upon admittance |
| Sophomore standing | 26 cr & 52 pts |
| Junior standing | 58 cr & 116 pts |
| Senior standing | 92 cr & 184 pts |
| | |
| Graduate Student | Classes 500 or above |
| Graduated | Degree posted |

(1st MA in Educational Administration dated 12/18/92; conferred 5/15/93)

### GRADING AND POINT SYSTEM BEFORE MERGER OF COLLEGES

#### MOUNT ST. SCHOLASTICA COLLEGE

Prior to August 30, 1965
A - 3 grade points per semester hour
B - 2 grade points per semester hour
C - 1 grade point per semester hour
D - 0 grade points
F - (-1) grade points per semester hour

From August 30, 1965, to August 30, 1971, the 4-point system as noted above for BENEDICTINE COLLEGE was in effect.

#### ST. BENEDICT'S COLLEGE

Prior to June 1, 1964
A - 3 grade points per semester hour
B - 2 grade points per semester hour
C - 1 grade point per semester hour
D - 0 grade points
F - Failure

From June 1, 1964, to August 30, 1971, the 4-point system as noted above for BENEDICTINE COLLEGE was in effect.

Office of the Registrar
Atchison, KS 66002-1499
(913) 367-5340

EXHIBIT A
PAGE 2 OF 3

**ERSITY OF MISSOURI**
**KANSAS CITY**
11/30/88

DEGREES AWARDED

UNIVERSITY OF MISSOURI - KANSAS CITY
MAY 09 1986 MASTER OF SCIENCE
MAJOR - ACCOUNTING
BENEDICTINE COLLEGE
BA    MATH ACT 12/79

| | | |
|---|---|---|
| DATE OF BIRTH | 08/08/58 | |
| TERM 1ST ENRL | WINT 1981 | ID NUMBER / SOC SEC NO. |
| NAME | SUTTINGTON, JOANNE MARIE | |
| HIGH SCHOOL | KANSAS HIGH SCHOOL | |
| GRADUATION DATE | 05/76 | |

| COURSE NUMBER | COURSE TITLE | GRADE | CR HRS |
|---|---|---|---|
| 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 WINT 1981 UNIV OF MO-K C | ADMIT UNDERGRAD POST BAC | | |
| MGT AD 324 | IMPCT GOV ACT--PRI ENTER | B | 3.0 |
| QUA AN 225 | COBOL PROGRMNG | A | 3.0 |
| ACAD REC | A-D HRS 6.0   CR HRS .0   F HRS .0   PTS 21.0 | | |
| (TERM) | | GPA | 3.500 |
| 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 SUM 1982 UNIV OF MO-K C | ADMIT MASTERS | | |
| MGT AD 505 | ORGANIZATIONAL BEHAVIOR | B | 3.0 |
| ACAD REC | A-D HRS 3.0   CR HRS .0   F HRS .0   PTS 9.0 | | |
| (TERM) | | GPA | 3.000 |
| 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 FALL 1982 UNIV OF MO-K C | | | |
| BUS AD 519 | OPER MNGMNT | D | 3.0 |
| BUS AD 531 | MANAGEMENT IN MARKETING | B | 3.0 |
| ACAD REC | A-D HRS 6.0   CR HRS .0   F HRS .0   PTS 12.0 | | |
| (TERM) | | GPA | 2.000 |
| 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 WINT 1983 UNIV OF MO-K C | | | |
| BUS AD 519 | OPER MNGMNT | A | 3.0 |
| MGT AD 523 | THEORY OF COMMUNICATION | B | 3.0 |
| ACAD REC | A-D HRS 6.0   CR HRS .0   F HRS .0   PTS 21.0 | | |
| (TERM) | | GPA | 3.500 |
| 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 SUM 1983 UNIV OF MO-K C | | | |
| ACCTNG 577 | ADVANCED AUDITING | B | 3.0 |
| ACAD REC | A-D HRS 3.0   CR HRS .0   F HRS .0   PTS 9.0 | | |
| (TERM) | | GPA | 3.000 |
| 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 FALL 1983 UNIV OF MO-K C | | | |
| ACCTNG 575 | PROB OF COST CONT & ANAY | B | 3.0 |
| ACCTNG 579 | THEORY OF INCOME DETERMN | B | 3.0 |
| ACAD REC | A-D HRS 6.0   CR HRS .0   F HRS .0   PTS 18.0 | | |
| (TERM) | | GPA | 3.000 |

| COURSE NUMBER | COURSE TITLE | GRADE | CR HRS |
|---|---|---|---|
| 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 WINT 1984 UNIV OF MO-K C | | | |
| ACCTNG 576 | TAX RSCH PROCED & PRACTICE | B | 3.0 |
| ACAD REC | A-D HRS 3.0   CR HRS .0   F HRS .0   PTS 9.0 | | |
| (TERM) | | GPA | 3.000 |
| 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 SUM 1984 UNIV OF MO-K C | | | |
| ACCTNG 571 | INDIVIDUAL TAX PROBLEMS | B | 3.0 |
| ACAD REC | A-D HRS 3.0   CR HRS .0   F HRS .0   PTS 9.0 | | |
| (TERM) | | GPA | 3.000 |
| 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 FALL 1984 UNIV OF MO-K C | | | |
| ACCTNG 409 | ADVANCED TAXATION | C | 3.0 |
| ACAD REC | A-D HRS 3.0   CR HRS .0   F HRS .0   PTS 6.0 | | |
| (TERM) | | GPA | 2.000 |
| 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 WINT 1985 UNIV OF MO-K C | | | |
| ACCTNG 578 | CURRENT PROB IN ACCTNG | B | 3.0 |
| QUA AN 501 | MANAGEMT SCI I | W | 3.0 |
| QUA AN 508 | STAT MTHDS ADMIN DECISNS | C | 3.0 |
| ACAD REC | A-D HRS 6.0   CR HRS .0   F HRS .0   PTS 18.0 | | |
| (TERM) | | GPA | 3.000 |
| 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 FALL 1985 UNIV OF MO-K C | | | |
| MGT AD 570 | POLICY & ADMINISTRATION | A | 3.0 |
| ACAD REC | A-D HRS 3.0   CR HRS .0   F HRS .0   PTS 12.0 | | |
| (TERM) | | GPA | 4.000 |
| 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 WINT 1986 UNIV OF MO-K C | | | |
| MGT AD 597C | IND RSCH LAW | A | 3.0 |
| ACAD REC | A-D HRS 45.0   CR HRS .0   F HRS .0   PTS 12.0 | | |
| (TERM) | | GPA | 4.000 |
| (UMKC) | 45.0 .0 135.0 | | |
| (UM) | 45.0 .0 135.0 | | |
| (CUM) | 45.0 .0 135.0 | | 3.000 |

# UNIVERSITY OF MISSOURI

KANSAS CITY
11/30/88

(PAGE 2)

DEGREES AWARDED

DATE OF BIRTH
TERM 1ST ENRL.
ID NUMBER
SOC SEC. NO.
NAME  SUTTINGTON, JOANNE MARIE

HIGH SCHOOL
GRADUATION DATE

| COURSE NUMBER | COURSE TITLE | GRADE | | CR HRS | REMARKS |
|---|---|---|---|---|---|
| | | A | & | S  SR | |

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  SUM 1986 UNIV OF MO-K C
  ADMIT UNDERGRAD POST BAC
ECONOM  301  MACROECONOMIC ANALYSIS          A     3.0

| ACAD REC | A-D HRS | CR HRS | F HRS | PTS | GPA | CUMHRS |
|---|---|---|---|---|---|---|
| (TERM) | 3.0 | .0 | .0 | 12. | 4.0000 | 9.0 |
| (UMKC) | 9.0 | .0 | .0 | 33. | 3.667 | |
| (UM) | 9.0 | .0 | .0 | 33. | 3.667 | |
| (CUM) | 9.0 | .0 | .0 | 33. | 3.667 | |

# # # # # # #  NO ENTRIES BELOW THIS LINE  # # # # # # #

# UNIVERSITY OF MISSOURI-KANSAS CITY

Registration & Records Office
Student Services Building
4825 Troost Avenue
Kansas City, Missouri 64110-2499

## EXPLANATION OF TRANSCRIPT

All credit is shown in semester hours.

Prior to Fall 1975 the letter "G" following the hours of credit indicates the course was taken by students with graduate standing (as indicated by MA, ES or DR on the first line of each term entry on the record) for graduate credit. The letter "N" following the hours of credit indicates the course was taken by a graduate student without receiving graduate credit for that course. An asterisk "*" to the right of a grade indicates the grade has been changed.

## EXPLANATION OF GRADING SYSTEM

A — The highest grade
B — Work of distinction
C — Average work
D — Passing but unsatisfactory
F — Failing and unsatisfactory
I or Inc. — Incomplete
AT — Audit - No Credit
? — Continuous graduate enrollment (Non-credit)
W or WD — Withdrawn without prejudice
WF or WDF — Withdrawn failing
P — Passing
S — Satisfactory
CR — Credit
NC — No Credit
H — Honors (Medical only)

Grades of AA, BB, CC, DD, FF, II indicate courses that were not applied toward the degree program being pursued by the student. Grades with a prefix of R (RA, RB, etc.) indicate courses repeated by the student in a later term. Neither grades are applied toward the cumulative GPA.

## ACCREDITATION

The University of Missouri-Kansas City is fully accredited by the North Central Association of Colleges and Secondary Schools. See the University of Missouri-Kansas City General Catalog for other accreditation.

### Beginning Fall 1964:

UMKC grade point average: Total grade points earned at UMKC divided by total number of hours of credit (plus any hours of F) earned at UMKC. Cumulative or total degree hours: All college credit (including work transferred from other schools) which is to be considered toward graduation.

### Prior to Fall 1964:

UMKC grade point average: Total grade points earned at UMKC divided by total number of hours of credit (plus any hours of F) earned at UMKC. Cumulative grade point average: Total grade points earned at the college level divided by total number of hours of credit (plus any hours of F) earned at the college level.

## EXPLANATION OF COURSE NUMBERING

ALL COURSES (other than Law, Dentistry, and Medicine)
100 - 299 - Lower Level Courses
300 - 499 - Upper Level Courses (May be taken for graduate credit)
500 and above - Graduate Level courses

### DENTAL COURSES:
300-599 - First Professional Dental Courses
700 and over - Graduate Dental Courses

### LAW COURSES:
500 - 599 - Lower Level Courses
600 - 899 - Upper Level Courses (May be taken for graduate credit)

## EXPLANATION OF GRADE POINTS

### Beginning Fall 1966:
A — 4 grade pts. per semester hour
B — 3 grade pts. per semester hour
C — 2 grade pts. per semester hour
D — 1 grade pt. per semester hour
F — 0 grade pts. per semester hour

### Prior to Fall 1966:
A — 3 grade pts. per semester hour
B — 2 grade pts. per semester hour
C — 1 grade pt. per semester hour
D — 0 grade pts. per semester hour
F — Minus 1 grade pt. per semester hour

### Beginning Fall 1971 (Law School):
A minus sign (-) following a letter grade indicates work in the lower range of the letter grade and carries one-fourth less grade point per credit hour.

### Beginning Fall 1967 (Law School):
A plus sign (+) following a letter grade indicates work in the upper range of a letter grade and carries additional one-half grade point per credit hour.

## EXPLANATION OF GRADE POINT AVERAGES

### Beginning Fall 1966:
Undergraduate cumulative grade point average: Total grade points earned at all University of Missouri campuses divided by the total number of hours of credit (plus any hours of F) earned at all University of Missouri Campuses.

### Beginning Summer 1971:
Graduate credit grade point average: Total grade points earned at UMKC for graduate level courses divided by total number hours of credit (plus any hours of F) earned at UMKC on the graduate level.

- MEDICAL COURSES:
100-299 - First and Second Year Courses (in the six year combined program)
300-699 - Upper Level Medical Courses

## HONORS AND PROBATION RECORD

**Dean's List:** After each semester the undergraduate students ranking in the ten percent of their respective class in each UMKC division are announced and placed on the permanent honor roll known as the Dean's List.

**Graduation With Distinction:** Students ranking in the upper ten percent of graduating class and meeting the academic standards prescribed by the UMKC will be graduated "With Distinction".

**Probation Rules:** See the University of Missouri-Kansas City catalogs.

## CONFIDENTIALITY OF RECORDS

In compliance with Public Law 93-380 (Educational Rights and Privacy Act of 1974) this transcript is provided to you for your use. This prohibits you from permitting access to this information by any other party without the consent of the student concerned.

## AUTHENTICITY CONFIRMATION

To test for authenticity, apply liquid bleach to the blue background sample below. If authentic, the blue color will turn to brown.

When photocopied in color or in the darker settings of black and white copiers, the word COPY will appear several times in large letters. A black and white transcript is not an original. Alteration of the transcript may be a criminal offense. Further authentication can be obtained by calling 816-276-1211.

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | | | | | 2. Social Security Number | | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| _TINGTON, JOANNE M | | | | | | | | 08/08/58 | 10/22/00 |

| FIRST ACTION | | | SECOND ACTION | | |
|---|---|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | | 6-A. Code | 6-B. Nature of Action | |
| 893 | WITHIN GRADE INC | | | | |
| 5-C. Code | 5-D. Legal Authority | | 6-C. Code | 6-D. Legal Authority | |
| Q7M | REG 531.404 | | | | |
| 5-E. Code | 5-F. Legal Authority | | 6-E. Code | 6-F. Legal Authority | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPERVISORY STAFF ACCOUNTANT |
| | 0004        EJ275 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 03 | | 76,750.00 | PA | GS | 0510 | 14 | 04 | 79,148.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 70,381.00 | 6,369.00 | 76,750.00 | .00 | 72,580.00 | 6,568.00 | 79,148.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | OFC OF THE ASST ATTNY GENERAL |
| | OFFICE OF COMPTROLLER |
| | FINANCIAL MGMT DIVISION |
| | OJP SERVICES BRANCH |
| | DJ JP0360200010000000    PP 22 2000 |

## EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|---|
| 1 - None          3 - 10 Point/Disability      5 - 10 Point/Other | | | 1 | 0 - None        2 - Conditional | | YES  X NO |
| 2 - 5 Point       4 - 10 Point/Compensable    6 - 10 Point/Compensable/30% | | | | 1 - Permanent   3 - Indefinite | | |

| 27. FEGLI | | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|---|
| Z5  BASIC-STANDARD-5X ADDITIONAL-5X FAM | | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS AND FICA | 09/11/93 | F   FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1-Competitive Service    3-SES General | E   E-Exempt | | 8888 |
|     2-Excepted Service       4-SES Career Reserved |   N-Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

## AGENCY DATA

| 40. | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: F | CITZ: 1 | VET STAT: X | ED LV:17 YR:86 INST PRG:520301 |

45. Remarks

ORK PERFORMANCE IS AT AN ACCEPTABLE LEVEL OF COMPETENCE.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/OJP | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| DJ JP | 3466 | 10/21/00 | AUTHORIZED OFFICIAL |

EXHIBIT E-6h
PAGE 30 OF 30

TURN OVER FOR IMPORTANT INFORMATION

3-Part 508-110

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-623