# Exhibit 13

## Deposition of Larry Hailes

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

- - - - - - - - - - - - - x

                        :

ADA GONZALES             :

                        :

        Plaintiff,    :

                        :

       v.           :

                        :  CIVIL ACTION NO. 07-0676(PLF)

MICHAEL B  MUKSASEY   :

Attorney General of the   :

United States,        :

                        :

        Defendant.    :

                        :

- - - - - - - - - - - - - x

Washington, D.C.

Monday, July 21, 2008

Deposition of

LARRY HAILES

a witness of lawful age, taken on behalf of the Defendant in

the above-entitled action, before Paula J. Homann, Notary

Public in and for the District of Columbia, in the law office

of Kator, Parks & Weiser, PLLC, 1200 18th Street, N.W., Suite

1000, Washington, D.C. 20036-2506, commencing at 11:40 a.m.

//

Page 8

1        A        That is correct.

2        Q        Okay.  So how it is that you came to know Ada

3   Gonzales?

4        A        I think Ada Gonzales started -- I started for

5   OJP in June of 1990.  And my recollection is that Ada started

6   working at OJP somewhere around 1995, '96.

7        Q        Were you in the same division?

8        A        That's correct.

9        Q        What division was that?

10       A        That's the financial management division.

11       Q        So you both worked together in the financial

12   management division.  Is that when you were the director?

13       A        At that time, I was -- when she arrived there, I

14   was supervisor.

15       Q        Were you her supervisor?

16       A        At that time, I was not her supervisor.

17       Q        When did you become her supervisor?

18       A        Became her supervisor after I was promoted to

19   director.  I had became her supervisor at that time.

20       Q        What was your impression of her as an employee?

21       A        I thought that she was -- she was a good

22   employee.

23       Q        Did she perform her work well?

Page 13

1       A       Yes.

2       Q       What do you know about that?

3       A       I know that there was announcement for that

4   position and I was on the interview panel for that position.

5       Q       That was in 2000?

6       A       No, that was -- I'm not exactly sure but that

7   would have been sometime after 2000.

8       Q       Well, I just -- I need to clarify because I

9   believe that the position may have been vacant twice in

10  fairly rapid succession.  So did you -- when you sat on the

11  interview panel, do you know who was selected for the

12  position?

13      A       No one was selected for the position.

14      Q       What happened?

15      A       After we completed all of the interviews, the

16  panel made a recommendation to the selecting official and no

17  selection was made.

18      Q       What recommendation had been made?

19      A       We recommended an individual that we thought was

20  best.

21      Q       Who was that?

22      A       That was Jerry Conty, C-O-N-T-Y.

23      Q       And then you don't know why no selection was

Page 14

1   made?

2        A    I do not.

3        Q    Who ended up being put in position?

4        A    At that time the position remained vacant until

5   it was announced later.

6        Q    Did McCrory end up in that position?

7        A    He was the training and policy division director

8   at some point.

9        Q    All right.  What happened the second time the

10.  position became vacant?

11       A    The second time it became vacant my -- well, I

12   know the position was ultimately filled the second time.

13       Q    Were you involved in that selection?

14       A    I was not.

15       Q    Did you talk to Cynthia Schwimer about that

16   selection at all?

17       A    I did not.

18       Q    Who was Joanne Suttington?

19       A    Joanne Suttington is currently an OJP employee.

20       Q    Was she put into that training and policy

21   position?

22       A    She was selected for that position on the second

23   time.

Page 15

1          Q      And had you been her supervisor prior to that?

2          A      I had, yes.

3          Q      Okay.  And did you ever talk to Schwimer about

4    her, about Suttington?

5          A      In relation to that position, or just in

6    general, at anytime?

7          Q      Well, in relation to the position as to whether

8    she'd be a good candidate or whether she --

9          A      I don't recall talking to Ms. Schwimer

10   specifically about that position, no

11         Q      Did she ever ask you if Suttington had had any

12   problems with her staff or anything of that nature?

13         A      No.

14         Q      Did you ever talk to her about that outside the

15   context of this position?

16         A      No.

17         Q      What were your discussions with Schwimer about

18   Suttington?

19         A      It would have just been not related to that

20   position, just in terms of, you know, her performance in the,

21   you know, while she was under my supervision.

22         Q      What was her performance while she was under

23   your supervision?

Page 16

1       A      Her performance was very, very, very good.

2       Q      Very good?

3       A      Uh-huh.

4       Q      The first time you sat on the interview panel,

5   did you interview Ada for the position?

6       A      We did, yes.

7       Q      How did she do in her interview, if you recall?

8       A      She did not do well.

9       Q      Why not?

10      A      My recollection is that the questions that were

11  posed, we asked all the candidates the same questions, and

12  after her interview, we rated her very poorly.  She was not

13  very responsive to the specific questions that we were

14  asking.

15      Q      And other than the interview, how did she do,

16  how did she stack up as a candidate for that job?

17      A      Oh, in terms of what her experience, work

18  experience, what was on paper?  I mean she was qualified.

19  She made the list of qualified applicants.

20      Q      I think I asked you this.  Let me ask it again

21  if I did.  Did you receive any complaints about Ada as when

22  you were her supervisor?

23      A      Complaints?  I think initial recollection is

Page 17

1    correct.  I think you asked me about complaints from staff

2    about her.

3          Q       Yeah.

4          A       I did not receive any complaints from staff

5    about her, no.

6          Q       Well, from anybody else, though?

7          A       Well, we had a complaint about her performance

8    from the director of the community-oriented policing services

9    office because whereas she was assigned to --

10         Q       Who was that?

11         A       That gentleman's name was Ralph Justus.  It was

12   J-U-S-T-U-S.

13         Q       And what was his complaint?

14         A       He met with Ms. Schwimer and myself and he --

15   his complaint was that the work was not being completed

16   timely and again the responsiveness wasn't what it should be,

17   and he requested that we remove her from the position.

18         Q       And when was that?

19         A       The exact month, I can't tell you, but it would

20   have been sometime between March 1999 and March 2000.

21         Q       And what did you do?

22         A       We -- at the time we talked with Mr. Justus and

23   we advised him that we did not wish to remove Ms. Gonzales

Page 18

1    from the position at that time, but that I would work more

2    closely with her to improve her performance.

3         Q    Well, you told me that during that period of

4    time that her performance was satisfactory or I didn't

5    remember your exact words.

6         A    That's correct.

7         Q    So was it your view that her performance needed

8    improvement?

9         A    Well, my evaluation of her performance was that

10   it was satisfactory.  Mr. Justus's evaluation of her

11   performance was something different.  So when he made his

12   complaints known to myself and Ms. Schwimer, again, our

13   response to that was to have me work more closely with Ms.

14   Gonzales.

15        Q    And in working more closely with Ms. Gonzales,

16   did that change her performance in any way?

17        A    Yes, it did.

18        Q    How so?

19        A    Well, what I did was I met with her more

20   frequently and I actually had her provide, you know, more

21   update in terms of the status of the work to make sure that

22   things were on track.  So by monitoring her performance it

23   did improve some.

Page 19

1    Q     And is that, what, from Ralph Justus's

2    perspective?  He told you that it had improved?

3         A     That's from my perspective.

4         Q     I see.  So what happened?  Was she taken out of

5    that position in COPS?

6         A     She wasn't taken out of that position.  What

7    happened was that at a certain point the COPS office decided

8    that they would no longer utilize OJP's, those services that

9    we were providing to them.  They would take that on

10   themselves.  So the staff that we had assigned, the financial

11   staff that we had assigned to the COPS office, they then had

12   to come back to OJP.

13        Q     I see.  And what happened to Ms. Gonzales at

14   that point?

15        A     At that point, Ms. Gonzales was assigned to the

16   training and policy division.

17        Q     As a manager or something?

18        A     My recollection is that it was as manager.

19        Q     Okay.  Did I ask you if you ever received

20   complaints about Suttington from any of Suttington's

21   employees?

22        A     You did ask that.

23        Q     And your answer was?

Page 20

1        A       It was no.

2        Q       What about was there someone, Aida Abdalla?  Is

3    that name familiar?

4        A       Yes.  It's Aida.

5        Q       Aida.

6        A       Abdalla.

7        Q       Did she have an issue with Suttington as you

8    recall?

9        A       Not that I recall, no.

10       Q       Did you make any announcements about the

11   selection, Suttington selection, to staff?

12       A       My recollection would be that I would have made

13   the selection when she was promoted.  While she was in the

14   financial management division, I would have made that

15   selection.  I mean I would have made that announcement.  And

16   I may have also made the announcement when she was selected

17   to go to training and policy.

18       Q       Why would you have made that announcement?

19       A       Because she would have been leaving our division

20   to go to another division.  So I would have notified staff of

21   that.

22       Q       You would have notified your staff?

23       A       Correct.

Page 23

1      A     No.

2              MR. KATOR:  Okay.  I have enough.  That's it.

3              MS. JOHNSON:  I think I just have one question

4      if you just give us a minute.

5              MR. KATOR:  Uh-huh.

6              (A brief recess was taken.)

7          EXAMINATION BY COUNSEL FOR THE DEFENDANT

8              BY MS. JOHNSON:

9      Q     I just wanted to clarify for the record, Mr.

10     Hailes, that when Ms. Gonzales was Mr. Michael Williams'

11     second-level supervisor, you were not supervising her at that

12     time; is that right?

13     A     That's correct.

14     Q     Now you indicated in your prior testimony that

15     Ms. Gonzales was a good employee and that Ms. Suttington was

16     a very good employee.  What was your opinion of Ms.

17     Schwimer's selection of Ms. Suttington for the position?

18     A     My opinion is that Ms. Schwimer selected the

19     best candidate that was available for the position.

20             MS. JOHNSON:  That's it.

21             MR. KATOR:  Okay.  I have nothing further.

22             MS. JOHNSON:  Okay.  We'll waive.

23             (Pause.)

Page 24

1          BY MS. JOHNSON:

2          Q     Can I go back?  I just want to just follow up

3     quickly.  I should have said this when you said she was the

4     best qualified.  Can you state why you think that was the

5     case?

6          A     Oh, well, that would just be based on my

7     experience supervising both Ms. Suttington and Ms. Gonzales

8     and based on, you know, working with both of them for

9     approximately, I guess at the time, it would have been more

10    than five years.

11         Q     Okay.

12         A     So that just would have been my whole time then.

13               MS. JOHNSON:  Thank you.  We'll waive.

14               (Whereupon at 12:10 p.m., the deposition of

15    LARRY HAILES was concluded.)

16                         *   *   *   *   *

17

18

19

20

21

22

23