# Exhibit 14

# James McKay's Responses to the Investigator's Questions

IN THE MATTER OF:


ADA GONZALES
     Complainant

                                   COMPLAINT NO.
                                   JP 0203

   v.


U.S. DEPARTMENT OF JUSTICE,
OFFICE OF JUSTICE PROGRAMS
       Respondent


## Responses to Investigator's Questions


1.    Please state your name, sex, age, date of birth, and national origin.

    James J. McKay
    Male
    49 years old
    6/11/53
    Caucasian, 3rd generation American of Scotch, Irish, German, and Italian heritage


2.    Please state you position, series, and grade, during the time of the incidents.  Please state your current position, series, and grade, if different.

    Deputy Comptroller
    GS-501-15


3.    Please state your place of employment during the time of the incidents.  Also indicate how long you have been at your place of employment.  Please state your current place of employment if different.

    Office of the Comptroller
    Office of Justice Programs
    810 7th St., NW
    Washington, DC 20531
    Employed by Office of the Comptroller since August 1995.

EXHIBIT D-3
PAGE 1 OF 32

I am not aware of any discrimination against the Complainant on the basis of her sex, age, or national origin.

I note that the Complainant states in her affidavit that "management didn't care about her disability." However, it is my understanding that in early-2002 the Office of the Comptroller advanced Ms. Gonzales 240 hours of sick leave. I would not characterize management s advancing 240 hours of sick leave as "not caring."

James J. McKay, Deputy Comptroller                    1/8/03
                                                        Date

James J. McKay

Page 14

1   her an hour to reach that point, but she was incapable of

2   adding anything to what we had said.  And again, that was the

3   ultimate ranking in that particular interview was done by each

4   person independently and we laid out what our ranking was on

5   each candidate and we were unanimous with respect to where she

6   fell out.

7   Q.      You mentioned that was a previous position she applied

8   for.

9   A.      I'm not sure how long prior, possibly a year or so.

10  Q.      So did that have any bearing on why she wasn't selected

11  for this particular position?

12  A.      Only insofar as I mean that would become all part of

13  prior knowledge of people and knowledge of what their abilities

14  are.  She is somebody that has worked with us for quite a

15  while.  All the candidates that were presented to the

16  comptroller in this selection process were well known to her.

17  She had more than enough opportunity to observe their work over

18  the years without having to go through an interview process.

19  Primarily we went through the interview process the prior time

20  because we had outside candidates.

21  Q.      Now, when you say you expressed your support for her

22  support of selection of Joanne Suttington, exactly can you tell

23  me what type of support or why you felt that Ms. Suttington was

24  better qualified?

25  A.      I have seen Ms. Suttington's work.  Dependable, has

EXHIBIT: D-3
PAGE 18 OF 33

James J. McKay

```
 1    taken difficult personnel situations and worked through them.
 2    She was well qualified.  I can tell you I have had experience
 3    with working with both of them over the years.  If I were to
 4    ask Ms. Suttington a question with regard to her work, I would
 5    get an answer or she would go back and find the answer.  If I
 6    asked the same or similar question to Ms. Gonzales I can tell
 7    you through experience that the first thing she would do would
 8    be to get offensive.  The second thing she would do is begin to
 9    blame anybody else but herself for the work product even if my
10    question had nothing to do with the quality of the work.  She
11    automatically assumed that she was being picked on and so there
12    is a trait there.
13                   I'm not a psychiatrist or pretend to be one,
14    but she has an issue with anyone asking her questions which
15    might be legitimate fact based questions.  And in my experience
16    she automatically assumes that when somebody asks her a
17    question, they are either questioning her integrity or they are
18    questioning her ability to do the job.  They're questioning
19    whether or not the work she's done is factual based or
20    accurate.  One fact that may be a simple question -- a question
21    as simple as on, where did you get that number from.  So given
22    that as a background that's been my level of experience with
23    the two police  which one would I rather have working for me as
24    a director, I would rather have the person who is fact based,
25    unemotional, answers the question, is not defensive and doesn't
```

James J. McKay

1   turn around and blame her own employees for her perceived

2   inability to do the job when the job wasn't even being

3   challenged in the first place.  So I thought it was quite an

4   easy choice to make.

5   Q.      Now, I think in your response 10, the comptroller.  You

6   list that the comptroller is a Hispanic female over 40.  Was

7   there a specific reason?

8   A.      Yes, because Ms. Gonzales made a point in saying that

9   -- I believe she said that this agency had a poor record with

10  respect to the level of Hispanic women in the organization.  In

11  fact she made a statement I believe that there were no SES

12  Hispanic women.  Well, in fact it is not only just Ms.

13  Schwimer, but there are two Hispanic women SES's in this

14  agency.  Ms. Schwimer and Ms. Patricia Thaxton, who is about to

15  retire, director of budget.  And there is also an Hispanic male

16  who is an SES who is general counsel of this agency.  So I

17  think Hispanic representation in general and female Hispanic

18  representation specifically, are actually quite well

19  represented in this agency.  So again, Ms. Gonzales has

20  demonstrated that she has a perception that is not factual

21  based.

22  Q.      Now, also the last paragraph in response to question 10

23  was you indicate with respect to Ms. Gonzales' description of

24  the notification process, you say you have a vague recollection

of discussion amongst upper management.  What type of