# Exhibit 15

# Deposition of James McKay

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

- - - - - - - - - - - - - - x
                            :
ADA GONZALES               :
                            :
         Plaintiff,         :
                            :
    v.                      :
                            :  CIVIL ACTION NO. 07-0676(PLF)
MICHAEL B. MUKSASEY         :
Attorney General of the     :
United States,              :
                            :
         Defendant.         :
                            :
- - - - - - - - - - - - - - x

Washington, D.C.

Friday, July 18, 2008

Deposition of

JAMES J. McKAY

a witness of lawful age, taken on behalf of the Defendant in the above-entitled action, before Paula J. Homann, Notary Public in and for the District of Columbia, in the law office of Kator, Parks & Weiser, PLLC, 1200 18th Street, N.W., Suite 1000, Washington, D.C. 20036-2506, commencing at 3:10 p.m.

DIVERSIFIED REPORTING SERVICES, INC.

(202) 467-9200

1   A   No. Well, he came from HUD. That I do
2   remember.
3   Q   Okay. So it's your recollection that for this
4   training and policy, there were three internals, one person
5   from HUD and instead of filling the position, Cindy Schwimer
6   lateraled Latoya Johnson into it?
7   A   Yeah. She lateraled somebody into it. And if I
8   remember correctly, the way the process worked was that I
9   established a panel of Maureen Smythe, who was the
10  comptroller's administrative assistant, Larry Hailes, who at
11  the time was the director of the financial management
12  division, and myself to evaluate the candidates.
13      And we went through a process where we had a set
14  list of questions that we would ask each candidate so it
15  would be fair. We each ranked each one of the applicants
16  privately ourselves. We did not reveal our ranking to the
17  other members of the panel.
18      And we unanimously recommended, I believe it was
19  Jerry Conty, to the comptroller and we also, by the way,
20  unanimously found that Ada was the lowest ranking person who
21  applied for that job, even lower than the external applicant.
22  She did a terrible job on the interview.

Page 21

1  told me who she was going to select and I said, fine.  Sounds
2  like a good decision.  And that was the end of our
3  discussion.  So I wasn't involved in the process because I
4  was busy working other issues and Cindy didn't ask for me to
5  be involved in it.  And I continued doing what I needed to do
6  to keep the office running.

7     Q    You knew Suttington?
8     A    Yes.
9     Q    And obviously you knew Ada.  Did you know any of
10 the other applicants for the position?
11    A    I don't even recall who they were.
12    Q    Did you support the selection of Suttington?
13    A    Yes, I just said that.
14    Q    Why, though?
15    A    I had experience with her in her role in the
16 financial management division.  She was always responsive
17 when I would ask for information.  She was -- as far as I
18 thought, she was a very good supervisor.  She had some gnatty
19 personnel issues to deal with.  She dealt with them well.
20         She came from a very structured background.  I
21 believe she worked for the Resolution Trust Corporation.
22 Before that she was a CPA.  She had a very regimented manner

Page 22

1  about her. While it may not have been exactly the style that
2  I manage in, I believe she was very effective and so that's
3  why I supported her selection.
4      Q    What was the nature of these gnatty personnel
5  issues?
6      A    She had people that were abusing leave. Might
7  be late coming to the office too frequently in the morning,
8  those types of issues.
9      Q    Do you recall the names of these people?
10     A    No.
11     Q    So she was denying their leave requests and
12 things of that nature?
13     A    I could not get into any specifics because I
14 don't recall any specific cases. What I do recall is that
15 she handled them appropriately and it resulted in a change of
16 behavior.
17     Q    And what did you know about Ada Gonzales'
18 qualifications for that job?
19     A    What I recall about Ada and -- well, of course,
20 the prior interview process was very telling. I recall that
21 one of the questions we asked had to do -- we stated our --
22 with each applicant, we stated our vision for that division.

1   And even the outside applicant was able to at least -- even

2   if he was just responding with a paraphrasing of what our

3   expectations were, but in addition he also was able to come

4   up with some concrete examples of how -- what things he might

5   do to accomplish that vision.

6           Ada, on the other hand, absolutely shocked me

7   with her years that she spent in the comptroller's office.

8   She virtually was unable to answer the question after a

9   lengthy period of talking.  She did not even repeat back to

10  us what we said our vision was.  That's what I meant when I

11  said before she did a terrible job on the interview.

12      Q   Well --

13      A   Well, that's one example of, you know, things

14  that affect your impression of a person's abilities.  I

15  recall back in the days when she was in COPS, I asked for

16  information.  And it turned out that some of that information

17  was incorrect.  And when I challenged the numbers, the first

18  thing she did was blame her staff which I found to be not the

19  way a manager should operate.

20          She should have taken responsibility for the

21  work product and reviewed it before it was given to me.  And

22  I consistently found in other times when I would ask for

Page 24

1   information, she would immediately get defensive, and I just

2   did not find it to be a very effective way of dealing with

3   work. So these are all part of my perceptions in terms of

4   whether or not she was qualified to be a division director.

5       Q    **She acted in that position for some period of**

6   **time, didn't she?**

7       A    Hum. Don't really recall.

8       Q    **And so you don't have any impression of how she**

9   **did acting in that position?**

10      A    I don't recall.

11      Q    **How did you become aware that Ada had filed an**

12  **EEO complaint?**

13      A    I had been on a lengthy trip to Kosikstan to

14  adopt my son and returned -- see, I returned to the country

15  June 18th, but I don't think I came back to work until after

16  July 4th, and somebody told me that she had filed a

17  complaint, but I don't recall who it was.

18      Q    **Was it McCrory?**

19      A    Don't know. I don't know. I don't think it was

20  Travis because for one reason or another, I don't recall --

21  well, let s put it this way -- I don't recall who told me,

22  period.

1    A    When I fired my secretary as inspector general.

2  I also removed two employees in Justice on the spot, two

3  lower-level employees, several years before.

4    Q    Where was this? At OJP?

5    A    In OJP.

6    Q    And what position were you in at the time?

7    A    At the time I believe I was the director of the

8  financial management division.

9    Q    And who are these people that you removed?

10    A    Two employees that had committed a criminal act

11  were being charged with a criminal act at that time. And

12  actually to correct the terminology, I put them on

13  administrative leave until they were convicted, and then the

14  moment they were convicted, I fired them.

15    Q    So you say that Cindy Schwimer decided that

16  interviews weren't necessary?

17    A    Yes.

18    Q    And did I ask you if you knew who the applicants

19  were who were on the cert list for that?

20    A    I don't think you asked that. And -- oh, yes --

21  we discussed that. The only ones I remember are the fact

22  that Joanne, and that's only because it's the subject of all