# Exhibit 16

# Collective Bargaining Agreement dated May 1984, as supplemented through December 1991

U.S. Department of Justice
Office of Justice Programs



# Negotiated Agreement between the JSIA Agencies/OJJDP and AFSCME Local 2830

## May 1984

## As Supplemented through December 1991

Negotiated Agreement between the JSIA Agencies/OJJDP and AFSCME Local 2830

## ARTICLE 1 - RECOGNITION AND DEFINITION OF UNIT

Section 1. The Employer hereby recognizes Local 2830 of the American Federation of State, County and Municipal Employees, AFL-CIO, as the exclusive representative of all employees in the unit (as defined below). The Union recognizes the responsibilities of representing the interest of all such employees, without discrimination and without regard to Union membership, with respect to grievances, personnel policies, practices and procedures, or other matters affecting their general working conditions.

Section 2. The U.S. Department of Labor has certified the Union as the exclusive representative of the bargaining unit comprised of "all full-time and regularly scheduled part-time professional and non-professional employees and employees on temporary appointments exceeding 90 days and who have a reasonable expectancy of continued employment" in the Office of Justice Assistance, Research, and Statistics (OJARS), the Office of Juvenile Justice and Delinquency Prevention (OJJDP), the National Institute of Justice (NIJ), and the Bureau of Justice Statistics (BJS). Excluded: All summer employees, student aides, confidential employees, employees in Federal personnel work in other than a purely clerical capacity, management officials, guards, and supervisors as defined in the Civil Service Reform Act.

Section 3. This Agreement covers only those positions included in the bargaining unit. Where the term employee(s) is used, it is understood that it means bargaining unit employee(s).

ARTICLE 12 - MERIT STAFFING

Section 1. All bargaining unit positions will be filled only on the basis of merit and except where otherwise provided by law without regard to an employee's color, race, religion, national origin, politics, marital status, membership or nonmembership in an employee organization, nondisqualifying physical handicap, age, sex, or on the basis of personal favoritism.

Section 2. The Employer shall make every effort to utilize to the maximum extent possible the skills and talents of its current employees. Careful consideration will be given to filling vacant positions through the utilization of present employees.

Section 3. The competitive procedures of this Article cover all promotions to positions in the competitive service in the bargaining unit and to the following placement actions in the bargaining unit unless one of the exceptions in Section 4 applies:

   (a)   Transfer to a higher grade position.

   (b)   Reinstatement to a permanent or temporary position at a higher grade than the last grade held in a nontemporary position in the competitive service.

   (c)   A reassignment, demotion, or change to a lower-graded position with more promotion potential than the position last held (except as permitted in reduction-in-force regulations).

   (d)   A selection for a detail of more than 120 days to a higher graded position or to a position with known promotion potential.

   (e)   A selection for training required for promotion. When training is required to be eligible for advancement, competitive procedures are used unless training is available to all qualified employees.

   (f)   A selection for temporary promotion for more than 120 days.

Section 4. The competitive procedures in this Article are not applicable to the following actions:

   (a)   The filling of vacant positions not within the bargaining unit (but see Section 6(a) of this Article for advertising certain positions outside the bargaining unit).

   (b)   Presidential appointments, excepted appointments, and temporary appointments.

(e) The MSC may be waived if the Personnel Director certifies that all requirements of this Article have been met and if there are no more than five qualified Agency candidates for the position, all of whose applications will be sent to the selecting official as qualified for the position.

Section 8. Employees selected to fill vacancies under this Article shall be chosen according to the following procedures:

(a) The recommending and/or selecting official may offer an interview to the best qualified candidates. If the official interviews one candidate he or she shall interview them all. The interview shall be sufficient to provide the applicant an opportunity to inform the official of any qualifications not apparent from the written record.

(b) The selecting official is not required to select a candidate referred by the MSC and may select from any other appropriate source. If after considering the MSC list the selecting official decides not to fill the position or to fill it from another source, the Union will be notified in writing.

(c) If the selecting official does not take action within thirty days after receiving the list of best qualified candidates, the merit promotion roster will be cancelled. Exceptions may be granted by the Personnel Director in extenuating circumstances, in which case the Union will be notified of the status of the vacancy within two working days.

(d) Employees selected for promotion under this Article will normally be released within 15 calendar days after notification of selection by the Personnel Office. Under unusual circumstances, the release date may be extended beyond this fifteen-day period if agreeable to both the selecting and releasing officials but may not be extended beyond thirty days.

Section 9. A promotion folder will be established in the Personnel Office for each specific promotion or other placement action filled under the competitive procedures of this Article. It will be kept for two years or until a formal OPM evaluation of the program, whichever time period is shorter and absent any grievance concerning such an action. The folder will contain the following information:

(a) A copy of the vacancy announcement.

(b) A copy of the position description.