# Exhibit 18

# Plaintiff's June 14, 2002 EEO Complaint

06/14/2002 13:26 FAX 6516393089    KINKOS ROSEVILLE                                     ☒002
06/14/02  FRI 11:56 FAX 20    '9 1389                                                    ☒002

S. Department of Justice                    **Complaint of Discrimination**
                                            *(See instructions on reverse)*

PRIVACY ACT STATEMENT: 1. AUTHORITY- The authority to collect this information is derived from 42 U.S.C. Section 2000e-16; 29 CFR Sections 1614.106 and 1614.108. 2. PURPOSE AND USE-This information will be used to document the issues and allegations of a complaint of discrimination based on race, color, sex (including sexual harassment), religion, national origin, age, disability (physical or mental), sexual orientation or reprisal.

The signed statement will serve as the record necessary to initiate an investigation and will become part of the complaint file during the investigation, hearing, if any, adjudication, and appeal, if any, to the Equal Employment Opportunity Commission. 3. EFFECTS OF NON-DISCLOSURE: Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without action.

**1. Complainant's Full Name**
Ada L. Gonzales

**2. Your Telephone Number (including area code)**
Home 703-908-0872
Work 202-616-1619

Street Address, RD Number, or Post Office Box Number
900 N. Stafford St. #2005
City, State and Zip Code
Arlington, VA 22203

**3. Which Department of Justice Office Do You Believe Discriminated Against You?**
Office of Justice Programs
B. Street Address of Office
810 7th St. N.W.
C. City, State and Zip Code
Washington, DC 20531

**4. Current Work Address**
A. Name of Agency Where You Work
Office of Justice Programs
B. Street Address of Your Agency
810 7th St. N.W.  Room 5160
C. City, State and Zip Code
Washington, DC 20530
D. Title and Grade of Your Job
GS-14 Branch Manager

**5. Date on Which Most Recent Alleged Discrimination Took Place**
Month 2   Day 20   Year 2002

**6. Check Below Why You Believe You Were Discriminated Against?**
☐ Race or Color (Give Race or Color) _____
☐ Religion (Give Religion) _____
☒ Sex (Give Sex) ☐ Male ☒ Female
☐ Sexual Harassment
☒ Age (Give age) 56
☒ National Origin (Give National Origin) Hispanic
☐ Disability:  ☐ Physical  ☐ Mental
☐ Sexual Orientation
☒ Reprisal
☐ Parental Status
☐ Class Complaint

**7 Explain How You Believe You Were Discriminated Against** (treated differently from other employees or applicants) Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental), Sexual Orientation, Parental Status, or Reprisal. Do not include specific issues or incidents that you have not discussed with your EEO Counselor. (You may continue your answer on another sheet of paper if you need more space.)

See attached.

**8. What Corrective Action Do You Want Taken on Your Complaint?**

I seek all remedies available to me by law.

**9. A) I have discussed my complaint with an Equal Employment Opportunity Counselor and/or other EEO Official.**
DATE OF FIRST CONTACT WITH EEO OFFICE: 2/27/2002
DATE OF RECEIPT OF NOTICE OF FINAL INTERVIEW WITH EEO COUNSELOR: 5/30/2002

**B) Name of Counselor**
Scarlet Parham
☐ I Have Not Contacted an EEO Counselor

**10. Date of This Complaint:** Month 6  Day 19  Year 2002
**11. Sign Your Name Here:** *Ada L. Gonzales*

FORM DOJ-201A
MAR. 2001

EXHIBIT Tab B
PAGE 04 OF 51

Ada L. Gonzales – Formal Discrimination Complaint
Response to Question 7

I am a GS-14 Branch Manager in the Office of the Comptroller. Since November, 2000, and continuing to the present, management has systematically reduced my responsibilities and subjected me to a hostile work environment. Among other things, Division Director Travis McCrory has had my staff bypass me and report directly to him, made assignments to my staff without discussing them with me, and refused to allow me to participate in meetings and discussions concerning my Branch. In February 2002, Mr. McCrory advised me that he was functioning and would continue to function as both Branch Manager and Division Director. On March 15, 2002, after I raised concerns about discrimination, Mr. McCrory advised me of a possible reorganization of the office that would further reduce my duties.

The Agency has also discriminated against me by denying me training, assigning me a cubicle rather than an office, and failing to provide me with a performance evaluation. While GS-13s in the Office of the Comptroller had offices, I was given a cubicle. All other GS-14 Branch Managers had offices, and there were offices used by contractors and GS-13s that could have been made available for me. Similarly, I have been denied training that I requested on the ground that it was not part of the Office of Comptroller "core" curriculum and because of cost, while other employees have been given similarly costly training that was not part of the Office of Comptroller "core" curriculum. Management failed to give me an evaluation for the period March 13, 2000 to June 24, 2001, until March 20, 2002, after I raised my concerns about discrimination. The evaluation was minimal and did not fairly reflect the quality of my work or my contributions to the office. For these reasons, and because the evaluation covered a period of time when Mr. McCrory was not supervising me, I did not sign it. Mr. McCrory promised to change my evaluation but has not done so.

By virtue of the incidents discussed above and innumerable other incidents of humiliation and harassment, I have been subjected to a hostile work environment since November, 2000.



EXHIBIT Tab B
PAGE 25 OF 51