IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADA L. GONZALES,           )<br>                            )<br>    Plaintiff,               )<br>                            )<br>    v.                      )<br>                            )<br>MICHAEL B. MUKASEY,         )<br>Attorney General,           )<br>United States Department of Justice,  )<br>                            )<br>    Defendant.              )<br>                            ) | Civil Action No. 07-0676 (PLF) |

### ORDER

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, any Opposition thereto, and for good cause shown, it this _____ day of _____, 2008.

ORDERED, that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that summary judgment entered for Defendant.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Attorney for Defendant

WYNEVA JOHNSON
555 Fourth Street, N.W. E-4106
Washington, D.C. 20530

Plaintiff's Counsel

MICHAEL J. KATOR
KATOR, PARKS & WEISER, P.L.L.C.
1200 18th Street, N.W., Suite 1000
Washington, DC 20036