UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADA GONZALES, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MICHAEL B. MUKASEY )<br>Attorney General of the United States )<br>)<br>Defendant )<br>) | Civil Action No. 07–0676 (PLF) |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule 6(b) of Civil Procedure, Plaintiff Ada L. Gonzales hereby moves for an enlargement of time until January 12, 2009 to file her Opposition to Defendant's Motion for Summary Judgment. Plaintiff's motion is currently due December 1, 2008 and Defendant's Reply is due December 16, 2008. In addition, the parties request that Defendant's Reply brief be due February 2, 2009. Defense counsel does not oppose this request for an enlargement of time.

Due to the press of other matters, Plaintiff needs an enlargement of time, until January 12, 2009, to file its Opposition to Defendant's Motion for Summary Judgment. Specifically, undersigned counsel is conducting multiple depositions in the next two weeks in the matter of *Hampton v. Schafer*, Docket No. 07-2221 (ESH), also in the United States District Court for the District of Columbia. The undersigned counsel will also be out of town from November 26 until November 30 for the Thanksgiving holiday. Because of the overlapping matter and the intervening holiday weekend, Plaintiff respectfully requests an extension of time.

Respectfully submitted,


_____s/_____
Michael J. Kator (366936)
KATOR, PARKS & WEISER
1200 18th Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 898-4800
Facsimile: (202) 289-1389