UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADA GONZALES, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MICHAEL B. MUKASEY )<br>Attorney General of the United States )<br>)<br>Defendant ) | Civil Action No. 07–0676 (PLF) |

### ORDER

UPON CONSIDERATION OF the Plaintiff's Unopposed Motion for Enlargement of Time, it is hereby ordered that the motion be GRANTED and the Plaintiff be permitted up to and including January 12, 2009, to file her Opposition to Defendant's Motion for Summary Judgment in this matter. IT IS FURTHER ORDERED that the Defendant be permitted to file its Reply up to and including February 2, 2009.

SO ORDERED THIS _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc:
Attorney for Defendant        Attorney for Plaintiff
Wyneva Johnson                Michael J. Kator