# APPENDIX

# EXHIBIT LIST

Exhibit 1:   Travis McCrory's Responses to EEO Investigator

Exhibit 2:   Smythe E-mail and Receipt

Exhibit 3:   EEO Deposition of Plaintiff, dated February 10, 2004

Exhibit 4:   Deposition of Plaintiff, dated June 2, 2008

Exhibit 5:   EEO Deposition of Joanne Suttington

Exhibit 6:   SF-52: Request for Personnel Action

Exhibit 7:   Deposition of Cynthia Schwimer, dated July 17, 2008

Exhibit 8:   EEO Deposition of Cynthia Schwimer, dated March 16, 2005

Exhibit 9:   Plaintiff's Affidavit, dated November 22, 2002

Exhibit 10:  Complaint

Exhibit 11:  EEO Report of Counseling

Exhibit 12:  Schwimer's Affidavit

Exhibit 13:  E-mail from Bledsoe to Schwimer

Exhibit 14:  Vacancy Announcement

Exhibit 15:  Plaintiff's Application Packet

Exhibit 16:  EEO Hearing Transcript

Exhibit 17:  Notification of Personnel Action

Exhibit 18:  Position Description

Exhibit 19:  Suttington's Application Packet

Exhibit 20:  Deposition of Michael William

Exhibit 21:  Deposition of Larry Hailes