# EXHIBIT 2

**From:** Maureen Smythe
**To:** Gonzales, Ada
**Subject:** Notice of Vacancy

Ada,

I just spoke with your daughter, Jennifer, to pass along some info re personnel changes in OC. I asked her to have you call me but also asked her to let you know that Travis McCrory has accepted another position with the Department of Energy. He will be working out of their Germantown facility which is only 20-30 minutes from his home (he is very excited about shortening his commute!). His last day will be 6/28/02. The TPD Director position has been posted; it opened on 6/4/02 and will close on 6/18/02. Check out OJP's Web Page @ http://www.ojp.usdoj.gov/op/jp02034ls.htm
for more specifics.

Hope you and your daughter are are feeling better. Jennifer indicated that she was doing good.

Please call me if you have any questions.

Thanks,
Maureen



EXHIBIT D-5
PAGE 19 OF 20

**Mail Envelope Properties**   (3CFE733A.2A4 : 0 : 30425)

**Subject:** Notice of Vacancy
**Creation Date:** 6/5/02 4:23PM
**From:** Maureen Smythe

**Created By:** SMYTHE.PO3.OJP2

| Recipients | Action | Date & Time |
|---|---|---|
| PO3.OJP2 | Delivered | 06/05/02 04:23PM |
|   CINDY BC (Cynthia Schwimer) | Opened | 06/05/02 04:54PM |
|   GONZALES (Ada Gonzales) | Opened | 06/24/02 04:05PM |
|   MCCRORYT BC (Travis McCrory) | Opened | 06/06/02 07:03AM |

**Post Office**         **Delivered**              **Route**
PO3.OJP2                 06/05/02 04:23PM

| Files | Size | Date & Time |
|---|---|---|
| MESSAGE | 1848 | 06/05/02 04:23PM |

**Options**
**Auto Delete:** No
**Expiration Date:** None
**Notify Recipients:** Yes
**Priority:** Standard
**Reply Requested:** No
**Return Notification:** None

**Concealed Subject:** No
**Security:** Standard

**To Be Delivered:** Immediate
**Status Tracking:** Delivered & Opened

EXHIBIT D-5
PAGE 20 OF 20