# EXHIBIT 3

```
                                                                        1
 1              EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

 2                      WASHINGTON FIELD OFFICE

 3      - - - - - - - - - - - - - - - - -x

 4      ADA L. GONZALES,                  :   COPY

 5                  Plaintiff,            :

 6      v.                                :   EEOC CASE NO.

 7      JOHN ASHCROFT, U.S. ATTORNEY GENERAL,:

 8      U.S. DEPARTMENT OF JUSTICE,       :   100-2003-08223X

 9                  Defendants.           :

10      - - - - - - - - - - - - - - - - -x

11

12

13              Deposition of ADA L. GONZALES

14                     Washington, D.C.

15              Tuesday, February 10, 2004

16                        10:00 a.m.

17

18      Job No.: 1-29798

19      Pages 1 through 168

20      Reported by:  Cassandra E. Ellis, RPR

21

22
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF ADA L. GONZALES
CONDUCTED ON TUESDAY, FEBRUARY 10, 2004

5

1        P R O C E E D I N G S

2                ADA L. GONZALES

3   having been duly sworn, testified as follows:

4   EXAMINATION BY COUNSEL FOR ASHCROFT, US DOJ, US AG

5   BY MS. BURKE:

6        Q    Ms. Gonzales, I'm just going to introduce

7   myself for the record, again, I'm Maria Burke, and

8   this is Kristen Bucher, and we are representing the

9   agency in your discrimination claim against DOJ.

10           For the record, would you state your name

11  and your -- your full name and your business address?

12       A    Ada L. Gonzales, and my office address is

13  800 K Street, Washington, D.C. 20531.

14       Q    Have you ever been deposed before?

15       A    I think so, many, many years ago.

16       Q    Okay.  Well, I'm going to ask --

17       A    Twenty-five years ago, maybe.

18       Q    I'm going to ask you a series of questions

19  about your claims, and if at any point you don't

20  understand a question just let me know, ask me to

21  rephrase it.

22           If you need to take a break let me know, as

58

1  -- I try to be attentive to the things people do for
2  me, that's just been my life.  I always thank people.
3  And, you know, I send notes and e-mails and thank you
4  notes, and I -- I just try to attend to some of those,
5  I guess you would call them social.
6      Q   Did you also receive a $2,000 cash award,
7  in June of 2002, for your work managing the
8  reformatting of the Financial Guide?
9      A   Mr. McCrory gave $2,000 awards to the three
10 supervisors in the division, and -- and, you know, he
11 had to find a project to -- to highlight as the reason
12 for the -- for the award.  It didn't make me any less
13 appreciative, obviously I did appreciate it, he did
14 give me $2,000.
15     Q   Did you feel you were deserving for your
16 work?
17     A   I appreciated it.
18     Q   Did you feel you were deserving?
19     A   I appreciated it but, you know, it would
20 have -- if I had worked as a -- in the role of branch
21 manager, with a staff, overseeing the Financial Guide,
22 along with many other activities and functions and

DEPOSITION OF ADA L. GONZALES
CONDUCTED ON TUESDAY, FEBRUARY 10, 2004

69

1  MS. BURKE: Yeah, we can go off the record.
2  (Recess.)
3  BY MS. BURKE:
4  Q  Ms. Gonzales, how did you become aware that
5  the position of director of TPD was open following
6  Travis's departure in -- in the summer of 2002?
7  A  I was on medical leave from my back
8  surgery, and I was actually out of town, in Minnesota.
9  My daughter had to have emergency open heart surgery,
10 and I had to go.  I had a phone call from a colleague
11 that the -- that Travis was leaving and the position
12 was going to be open.
13 Q  Who -- who was that colleague?
14 A  Tita Santiago.
15 Q  Do you remember, roughly, when that was?
16 A  I don't, it was, I think, in June, sometime
17 in June of 2002.
18 Q  Did you receive any other communications
19 from TPD employees letting you know that the position
20 was open?
21 A  Subsequently, I did.  Actually, when I came
22 back to work, June 24th, I -- I -- I had tons of

DEPOSITION OF ADA L. GONZALES
CONDUCTED ON TUESDAY, FEBRUARY 10, 2004

70

1  e-mails. And there was an e-mail, I don't remember
2  when I actually opened it, but it was sometime after I
3  returned from medical leave.
4      Q   And who was that from?
5      A   Maureen Smythe.
6      Q   And who's Maureen Smythe?
7      A   She's some assistant to the controller. I
8  don't remember, an administrative assistant or
9  something assistant to the controller.
10     Q   Is that special assistant to the
11 controller?
12     A   She has several assistants, and I'm not
13 sure how the titles are, exactly.
14     Q   And did you apply for the position of
15 director of TPD?
16     A   I did.
17     Q   Were you selected?
18     A   No.
19     Q   Who was selected for that position?
20     A   Joanne Suttington.
21     Q   And is that individual over the age of 40?
22     A   I don't know.

86

1   A   Cynthia Gaines was a team supervisor.  Oh,
2   excuse me, by that time, yeah, she was a team
3   supervisor.  She had already been promoted to 14, but
4   the title was still team supervisor.
5       Q   Okay.  And any of the others who made
6   comments to you, were they management or supervisors?
7       A   I don't think so.
8       Q   Okay.  Did the Comptroller ever say
9   anything to you at all about the fact that you had
10  filed an EEO complaint at any -- at any time?
11      A   No.  I mean, I don't remember exactly what
12  point the conversations that took place with the
13  Comptroller, actually, where we discussed anything
14  having to do with the EEO complaint.  We did discuss
15  it, but I don't remember exactly when.
16      Q   And what -- what were those conversations
17  about?
18      A   I know one conversation we had last year in
19  terms of a detail, and in the context of the EEO.  I
20  think that was back in August.
21      Q   Did she ever make comments, though,
22  specifically about your having filed an EEO complaint,

87

1   as opposed to your general situation, where you wanted
2   to try to get a detail?  I mean, did she comment on
3   you having filed an EEO complaint?
4       A    Not to me.
5       Q    Okay.  Are you aware of her making
6   comments, especially negative comments, to anyone else
7   about your having filed an EEO complaint?
8       A    No.
9       Q    Okay.  Has anyone told you that they heard
10  her say anything about your having filed an EEO
11  complaint?
12      A    No.
13      Q    Has anyone told you directly that you were
14  not selected or they thought you were not selected
15  because you had filed an EEO complaint?
16      A    No.
17      Q    Before you filed your EEO complaint did the
18  Comptroller ever say anything to you or did you ever
19  hear her saying anything indicating what might happen
20  to someone or to you if you filed an EEO complaint?
21      A    No.
22      Q    Okay.  Do you have any evidence that the