# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - -x
ADA GONZALES,          :
                       :
     Plaintiff,        :
                       :
     v.                : Civil Action No. 07-0676 (PLF)
                       :
MICHAEL B. MUKASEY,    :
Attorney General of    :
the United States,     :
                       :
     Defendant.        :
                       :
- - - - - - - - - -x

Washington, D.C.

Monday, June 2, 2008

Deposition of
           ADA GONZALES
Plaintiff, taken on behalf of the Defendant in the
above-entitled action, before Jennifer M. O'Connor,
Notary Public in and for the District of Columbia, in
the offices of the United States Attorney's Office, 501
3rd Street, N.W., commencing at 12:33 p.m.

Diversified Reporting Services, Inc.
(202) 467-9200

Page 2

APPEARANCES:

On Behalf of the Plaintiff:

ADRIENNE M. TRANEL, ESQ.
Kator Parks & Weiser, P.L.L.C.
1200 18th Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 898-4800

On behalf of the Defendant:
WYNEVA JOHNSON, ESQ.
Assistant United States Attorney
United States Department of Justice
United States Attorneys Office
555 Fourth Street, N.W., Room E-4106
Washington, D.C. 20530
(202) 514-7167
MARIE E. BURKE, ESQ.
MELINDA HART, ESQ.
United States Department of Justice
Office of Justice Programs
Office of the General Counsel
810 Seventh Street, N.W., Room 5344
Washington, D.C. 20531
(202) 514-5952

Page 3

CONTENTS

EXAMINATION BY:                          PAGE

Counsel for Defendant                    4

Counsel for Plaintiff                    108

GONZALES DEPOSITION EXHIBIT:

1 - Complaint                            7

Page 4

1              PROCEEDINGS
2    Whereupon,
3              ADA GONZALES
4    was called as a witness and, having been first duly
5    sworn, was examined and testified as follows:
6         EXAMINATION BY COUNSEL FOR DEFENDANT
7    BY MS. JOHNSON:
8    Q    Good morning.
9    A    Good morning.
10   Q    Would you state your full name and spell your
11   name for the record, please?
12   A    Ada, A-d-a, Lehner, L-e-h-n-e-r, Gonzales,
13   G-o-n-z-a-l-e-s.
14   Q    Ms. Gonzales, my name is Wyneva Johnson. I am
15   an assistant United States attorney. I will be
16   deposing you today. With me from the agency, we have
17   Ms. Burke and Ms. Hart, and they will be attending the
18   deposition with me.
19        If at any time during this deposition you'd
20   like to take a break, go to the ladies room or to just
21   have a few moments to walk around, that will be all
22   right with me.

Page 17

1  that I filed to the internal agency EEO officer.
2  Q  Is that the one filed on February 2, 2002?
3  A  Yes.
4  Q  And what do you mean that the comptroller was
5  aware of that activity; what's your basis for that
6  statement?
7  A  As I understand the procedures when an
8  employee files, the EEO office communicates with the
9  individuals involved in the complaint, and I assumed
10 that Cindy Schwimer was aware that I had filed the
11 action. She was the comptroller. Travis McCrory
12 worked under her.
13 Q  You just used the term, the persons involved
14 in the complaint. Was Ms. Schwimer involved in your
15 complaint with Mr. McCrory?
16 A  She was the comptroller and Mr. McCrory was in
17 the Office of the Comptroller directly working under
18 Ms. Schwimer.
19 Q  I understand that. My question is, were you
20 making any specific assertions about Ms. Schwimer's
21 involvement in your complaint?
22 A  I don't recall how it was worded initially or

Page 18

1  how the complaint was worded. And I'm trying to
2  remember any written communication that I have come
3  across that I may have seen from the EEO office. But
4  I -- I'm trying to remember if the EEO officer actually
5  told me that she has had discussions with the
6  comptroller.
7      I just know that the way the process worked at
8  OJP, because I had been a manager, that they would have
9  notified Cindy Schwimer of my filing an EEO action.
10 Q  Did you make any specific assertions or
11 allegations that Ms. Schwimer has subjected you to a
12 hostile environment because of your race or sex at that
13 time?
14 A  I do not believe so.
15 Q  You indicate here in paragraph seven -- I'm
16 still in paragraph seven -- that the comptroller
17 selected a candidate with demonstrably less
18 credentials, training and experience; can you tell me
19 what you mean by that particular part of the sentence?
20 A  I had been acting director for approximately
21 four months in the position in question, the Training
22 and Policy Division director, performing effectively

Page 19

1  and successfully all of the duties and responsibilities
2  of the position. I had had no questions or issues
3  about my performance, no complaints, no -- in addition
4  to that, I had -- I was a branch manager in the
5  Financial Services Branch for several years performing
6  exactly the duties that the other candidate was
7  performing.
8      So I had the benefit of performing the job
9  that the other candidate was doing, plus having been in
10 the position of Training and Policy, acting Training
11 and Policy director. Additionally, I was Training and
12 Policy branch manager starting March of 2000, and as
13 such, working as the director in the Training and
14 Policy Division. I was responsible for many of the
15 responsibilities and job requirements for that
16 position.
17 Q  When you said the candidate that was selected
18 had less credentials, training and experience, were you
19 aware of what the -- who was selected first of all?
20 A  A lady by the name of Joanne Suttington.
21 Q  Ms. Suttington. Were you aware of Ms.
22 Suttington's credentials, training and experience?

Page 20

1  A  I became aware in the course of -- I actually
2  thought that she had -- well, she didn't -- she didn't
3  have the knowledge and she had not performed in the
4  position. By virtue of my educational background, I
5  think my credentials were superior.
6      In addition to that, I am fully bilingual. I
7  speak, read and write Spanish. I have conducted
8  training nationwide in English and Spanish. I have
9  developed training. I have developed written policies
10 and procedures for the Office of the Comptroller, for
11 the Office of Justice Programs.
12     I've worked at the Office of General Counsel
13 in revising agency-wide instructions, official policies
14 and procedures, and Joanne had not done that. She was
15 in the job that I had done previously, so I knew the
16 job that Joanne was doing or was similar, two different
17 branches, but essentially the functions were the same,
18 just I was in the COPS, assigned to the COPS branch and
19 she was in the OJP branch.
20     I also have a teaching credential to teach
21 business and industrial management, banking, finance
22 and insurance, to teach college level. And as I said,

Page 21

1  I am bilingual and I conducted, several years in a row,
2  training in Puerto Rico in Spanish for the
3  multi-lingual Spanish-speaking local agency, elected
4  officials in international management, which is what
5  the division, the Training Policy Division had
6  responsibility for.
7      Q   Was it a requirement as director of the
8  position to be bilingual?
9      A   It was not in the announcement.
10     Q   What part of the training involved
11 presentations in Spanish, if you know?
12     A   Well, in Puerto Rico not everyone speaks
13 English and many of the people who do choose to speak
14 in Spanish and conduct business in Spanish. And the
15 reason why I was sent was because of my bilingual
16 ability actually.
17         I actually developed training materials in
18 Spanish as well and a financial guide, which is like
19 over 200 pages, a document which outlines all of the
20 financial management procedures. I was involved with a
21 consultant in translating the guide.
22     Q   You indicate that Ms. Suttington worked in a

Page 22

1  different branch. Were you all at the same level in
2  terms of the 14 position as a manager?
3      A   I believe she was a 14 also.
4      Q   Was she a manager as well as yourself?
5      A   I believe so. I believe I was promoted to
6  level -- actually, I believe I was promoted to
7  supervision, but earlier than Joanne. I think my
8  experience in supervision was longer.
9      Q   What did you say? I'm sorry, I believe it was
10 1999 that you were promoted to the GS-14 position?
11     A   I think so.
12     Q   And was that your first managerial,
13 supervisory position?
14     A   In the government, except that as a 13, I was
15 a supervisor. You go into supervision. The career
16 ladder cap in the series 510 was a 12, and the other 12
17 at that time, you had to compete and I did, for the
18 supervisory position.
19     Q   That 13 position that you're in at the Federal
20 Highway Administration, is that a supervisory position?
21     A   They call it a team leader position.
22     Q   What is the difference between that and

Page 23

1  supervisor?
2      A   I work with staff. There are certain
3  responsibilities that -- I have input into evaluations
4  and I can do general assignments and monitoring work
5  project and similar, but they have a different
6  structure.
7      Q   From between February 2002 and June of 2002,
8  did you file -- I just want to be sure here -- file any
9  complaints against Ms. Schwimer specifically, involving
10 her at all?
11     A   Between?
12     Q   February 2002 and June 2002?
13     A   Well the initial complaint that was filed with
14 the EEO Office at the Office of Justice Programs was
15 against Mr. McCrory and the internal ODP process went
16 through and then in June of 2002, was when the formal
17 EEO complaint was filed and it was against Mr. McCrory.
18     Q   You indicate -- and continuing in paragraph
19 seven, if you would look at the last sentence there,
20 moreover, in violation of the defendant's own
21 guidelines, the comptroller interviewed the selectee,
22 but did not interview Plaintiff.

Page 24

1      Which defendant's guidelines are you referring
2  to?
3      A   It's been my understanding that the rules are
4  that when the selecting officials receive the cert that
5  they have to interview all the people on the cert. If
6  they interview one person, they have to interview
7  everyone.
8          I have been a manager and I have been a
9  supervisor and I have been involved in interviewing
10 people and that's the way I understood the rules to be.
11     Q   When you say that was your understanding, take
12 yourself as a manager, when you received a cert list
13 from Office of Human Resources or someone, what is the
14 specific reference that you were given that indicated
15 that was a requirement? I'm just trying to figure what
16 is the guideline that you're referring to?
17     A   You know, I will have to check on that. I
18 believe there are written -- that's been my
19 understanding as a manager, that that was a rule, a
20 regulation that we had to interview.
21     Q   And who was that information -- I'm sorry, who
22 presented that information to you?

Page 25

1   A   I don't recall.
2   Q   So today you don't have any specific
3   recollection of the guideline that you're referring to
4   here in paragraph seven?
5   A   At the moment I -- it escapes me.
6   Q   When you say in the rest of the -- in the
7   remainder of the sentence that the comptroller
8   interviewed the selectee, what is your basis,
9   information for that assertion?
10   A   I became aware in the course of some other
11   proceedings that Ms. Schwimer had interviewed Ms.
12   Suttington.
13   Q   Since you've been at the Department of
14   Transportation, have you applied for any GS-14 or GS-15
15   positions?
16   A   There have been no vacancies that I -- in my
17   background and education applicable.
18   Q   What is your educational background?
19   A   I have an MBA in finance.
20   Q   From which university?
21   A   From -- I have University of Redlands,
22   undergraduate, and National University in California.

Page 26

1   Q   I'm sorry, I didn't hear?
2   A   National University in Sacramento, California.
3   Q   What was the first part?  I'm sorry, I just
4   didn't hear?
5   A   National.
6   Q   Is the MBA in finance from National
7   University?
8   A   Yes.
9   Q   I see.
10   A   I took some coursework elsewhere, but the
11   actual degree came from National University.
12   Q   I think you were saying where you did the
13   court work -- coursework, but I just didn't get the
14   university.  That's what I was asking; what was that
15   university?
16   A   National University.
17   Q   I think before you said you got the degree
18   from National, you did coursework elsewhere?
19   A   I took courses in various other schools.
20   Q   Oh, I see.
21   A   That eventually culminated and I took courses
22   also at National University.

Page 27

1   Q   You indicated that National University is in
2   San Francisco, California; is that correct?
3   A   Sacramento.
4   Q   Oh, Sacramento.  What year did you receive the
5   MBA?
6   A   I want to say there was a project to write and
7   we had a period of time, I would say 1980, 1982.  I
8   would have to check my actual diploma, to be honest
9   with you.
10   Q   And did you live in Sacramento at that time?
11   A   Yes.
12   Q   And what year did you receive your BA or BS
13   degree and which college or university?
14   A   From the University of Redlands in Redlands,
15   California.
16   Q   Oh, that's what you were saying.  How do you
17   spell --
18   A   I'm sorry, Red, like Red, Lands, one word.
19   Redlands.
20   Q   And what year -- did you receive a BA or BS
21   degree from Redlands?
22   A   It was a bachelors, B.S. in business

Page 28

1   administration.
2   Q   And what year was that; I'm sorry?
3   A   Again, there was additional work to be
4   completed from the time I took coursework.  I want to
5   say I think it's 1980.  I think that's what the degree,
6   the diploma says.  I need to check it.  I had been
7   taking -- I had been going to school for a long time to
8   get to that point.
9      I went to school at night and went to various
10   different schools.  I had lived in another part of the
11   state and I had taken courses.
12   Q   Would you describe your federal employment for
13   me, starting with the initial federal position?
14   A   1995, June of 1995, I was hired as a financial
15   analyst in the Office of the Comptroller, grade 11.  It
16   was a branch dedicated to do the financial management
17   services for the COPS office.  COPS is the Office of
18   Community Oriented Policing Services.
19   Q   And just take me up to the point that you
20   received the GS-14, you were promoted to the GS-14 in
21   1999?
22   A   The following year, and I don't remember the

Page 29

1  date I was promoted to grade 12, financial analyst, and
2  I believe it was in 1997 that I applied. As I said,
3  the ceiling of the career ladder for the 510 series was
4  12 and beyond that, you had to apply for a promotion to
5  a 13, which at that time was a supervisory level.
6      And I became a 13, a grade 13 supervisor in
7  1997. I'll double check, but I think it was '97, '98.
8      Q   And then subsequent to that promotion you
9  received the GS-14 in 1999?
10     A   Yes.
11     Q   Prior to -- I'm sorry, I believe you indicated
12 that you received your MBA either in '80 or '82, and
13 your bachelor's degree in 1980. What was your
14 employment between 1980 and 1995?
15     A   1980 and 1995. I had an insurance brokerage
16 agency in Sacramento, California. I'm licensed still
17 today, insurance broker in all lines, personal and
18 business insurance, property, casualty, life,
19 disability, health.
20     I did that for a number of years. I also
21 worked as a consultant and I did extensive study for
22 the California State University system in California.

Page 30

1  It was a feasibility study to determine whether the
2  system could have a university in the central coast.
3      I prepared a large document which they used
4  subsequently to actually start a university in
5  Monterey, California.
6      Q   Did that, would you say, summarizes your work
7  experience or your employment between 1980 and 1995?
8      A   Well, as an owner of an insurance agency,
9  I -- we provided all services and so I was involved in
10 supervising staff and doing financial plan for my
11 business and that was -- I did that until 1989. I
12 remarried and I moved to a different part of the state
13 and I -- that's when I left the insurance work.
14     No, excuse me, 1990 -- I didn't leave the
15 insurance -- sold the agency until 1992, and then in
16 '93, is when I did the study for the university system.
17 And in 1994, I did a study in Washington, D.C. for the
18 Peace Corps, worked on it for several months and also
19 produced a document.
20     The project was to -- the Peace Corps was
21 trying to determine what type of competition, where the
22 graduate, college graduates were going, where they were

Page 31

1  being hired, what kinds of compensation packages were
2  being offered, what kind of educational requirements,
3  because the Peace Corps was having difficulty
4  recruiting volunteers to replace around the world as
5  volunteers.
6      Q   Between February of 2002 and June of 2002, did
7  you have any professional interaction with Ms. Schwimer
8  in terms of meetings or --
9      A   Between February of 2002?
10     Q   And June of 2002?
11     A   I cannot specify dates, but I could have had,
12 because I was working -- in February 2002, I went
13 to -- February 2002 is when I filed the action. I
14 couldn't tell you a certain day. I could have. I went
15 on leave.
16     I injured my back at work and I went through a
17 period of time where I had to -- I had medical
18 attention and eventually I had surgery in March of
19 2002, and I took a leave -- medical leave and I
20 returned on June 24, 2002.
21     Q   Then you say June -- your return was
22 June -- I'm sorry, the date?

Page 32

1      A   I think it was June 24.
2      Q   And what were the dates that you were on
3  medical leave, I'm sorry, March?
4      A   My surgery was on March 14 and I left like the
5  day before. It's all in the record. I have to check.
6      Q   So between, I would say, the beginning
7  of -- from the time you filed the complaint in February
8  of 2002, to -- until you went to -- on medical leave on
9  March 13, 2002, do you recall any interaction with Ms.
10 Schwimer at all?
11     A   I really can't recall. I would have to check
12 the record.
13     Q   Would you, in terms of the hierarchy at work,
14 as a manager in terms of your responsibilities, would
15 you have had any direct interaction with her at all at
16 your level?
17     A   Well, I reported to the Training and Policy
18 director, so everything went through him. I reported
19 to him and he reported to Cindy Schwimer.
20     Q   I see. Do you recall an employee in the
21 office by the name of Mr. Michael Williams?
22     A   Yes.

Page 33

1  Q  Do you recall there being a situation at which
2  point you denied his request for annual leave?
3  A  Well, I supported the decision of a lower
4  level supervisor, his immediate supervisor, who
5  reported to me, and she denied the leave. She had told
6  him that he could not go.
7  Q  Why don't you tell me about that situation?
8  A  My first knowledge learning of -- when Cynthia
9  Gaines came to me and said that Mike Williams had
10 requested, I believe, one day of annual leave and it
11 was because he -- he and another employee were to go
12 conduct -- to conduct some training in Florida.
13     The other employee had applied to have an
14 extra day of leave or maybe more than one day, I don't
15 recall, because she wanted to go with her husband to
16 Disney World. I was told that when Mr. Williams'
17 girlfriend learned that the other employee and her
18 husband were going to Orlando to Disney World, that
19 Michael and his girlfriend decided that they wanted to
20 go and so Mr. Williams applied for the one day to go
21 ahead of the actual travel day for the training.
22 Q  Is this reported to you by Ms. Gaines? Is

Page 34

1  this information been presided -- presented to you by
2  Ms. Gaines?
3  A  You know, I don't know when the -- when
4  Cynthia Gaines first came to me if she gave me all
5  those details. I could have gotten it from some of the
6  other people in the office, some of the other
7  employees.
8     But the fact that Cynthia -- Cynthia came to
9  me and said I told Michael he could not go because we
10 will not have enough staff. We already have people
11 that are going to be on leave, people on their day off.
12 We have projects and deadlines.
13    There were policies and procedures in terms of
14 employees making arrangements. They have to be sure
15 that there was office coverage and that we could meet
16 our deadlines and complete our projects. And Cynthia
17 Gaines, as I said, I supported her decision based on
18 what she explained to me in terms of commitments, what
19 we had to -- projects we had ongoing and the people
20 that were going to be off.
21 Q  When you say you supported, did she deny the
22 request by Mr. Williams?

Page 35

1  A  She told him no, yes.
2  Q  I see. After she told him no, did she come
3  back to you or did he come back to you, either of the
4  two?
5  A  I went down to the Office of the Deputy
6  Comptroller, Jim McKay, and Maureen Smyte, who I think
7  her title was administrative assistant to the
8  comptroller, and Mr. McKay was the deputy comptroller.
9  So I went and asked him, explained the situation to him
10 and he supported both Cynthia's decision -- she told
11 him no.
12    And I was trying to make a decision on what to
13 do in terms of supporting Cynthia based on everything I
14 knew about the rules and for requesting leave and the
15 need of the office. And I sent that to Mr. McKay and
16 he supported our decision to say no to Mr. Williams,
17 and so did Maureen Smyte.
18 Q  I guess my question is, when you say Mr. McKay
19 supported it, did he verbally say to you, Ms. Gonzales,
20 you should advise Mr. Williams that the leave request
21 is denied? I'm just trying to understand what happened
22 A  He didn't use that -- those words that you're

Page 36

1  saying, but in effect he told me yes, Michael, that he
2  could not allow -- we had to -- the needs of the
3  office.
4  Q  You then, after that conversation, go back to
5  Mr. Williams or to Ms. Gaines to --
6  A  I don't know who my -- I went -- stopped to
7  see first, Maureen or Mr. McKay, but I spoke to both of
8  them and both -- and Ms. Smyte didn't have direct-line
9  supervision, but everyone consulted her on everything.
10 So I did consult with her and she also agreed with the
11 decision that we could not afford to have anybody else
12 out of the office.
13    So I went back, and I'm trying to remember if
14 I told Cynthia and she told Michael, if I told Mike
15 directly, that we could not afford -- what I said was,
16 if you can arrange with some of the other people that
17 are going to be off to change their days off so we
18 would have coverage in the office, then that's fine. I
19 believe that's how I worded it.
20 Q  So is your testimony that you didn't actually
21 deny the request; you simply said, if you can get
22 someone else to do it, that would be fine with you?

10 (Pages 37 to 40)

## Page 37

1  A  I did.
2  Q  And who did you communicate that to?
3  A  I told Mike Williams.
4  Q  Oh, you told Mr. Williams himself?
5  A  Yeah. I'm trying to remember if I told Mike
6  Williams directly or if I told Cynthia and she told him
7  or if I even told both of them directly. But those
8  were -- those were the words, because that was
9  how -- so we were concerned about pressing deadlines
10 and the projects that were ongoing.
11       And as a matter of fact, Cynthia Gaines came
12 to me the day Mike Williams left, or that day, Cynthia
13 came to me and she said, you know, Mike really should
14 not have gone. I didn't say a word. I just looked at
15 her.
16  Q  Did you have -- since you're not sure whether
17 you communicated that to Ms. Williams or Ms. Gaines,
18 did you have any subsequent conversations with Mr.
19 Williams about the issue?
20  A  I don't recall.
21  Q  Do you -- did you have any discussion with Ms.
22 Schwimer about the leave issue?

## Page 38

1  A  Yes.
2  Q  What was that discussion?
3  A  I was called to her office and when I arrived
4  at her office, Maureen Smyte and Jim McKay were in her
5  office. As soon as I walked in, both Mr. McKay and Ms.
6  Smyte nearly ran out the door, just looked out as I was
7  coming in. Cindy proceeded as she started to talk and
8  then they made their exit.
9  Q  There's just the two of you in the room then?
10 A  No, there was another gentleman, Elliot Brown,
11 that stayed. And I think Cindy -- Cindy Schwimer
12 started to talk and told me that I should approve the
13 leave. They left. They never said a word. I was
14 crushed. I was so disappointed because I felt I was
15 doing -- following procedure. I was supporting a
16 lower-level supervisor and I had made it a point to ask
17 Jim McKay and Maureen Smyte and everyone agreed. And
18 yet when Cindy Schwimer came down hard on me on the
19 position, I was the only one that was left to take the
20 responsibility.
21 Q  Did you indicate to her that Mr. McKay and Ms.
22 Smyte had verbally communicated to you that in their

## Page 39

1  view the regulations required that the leave not be
2  taken?
3  A  I was not given an opportunity. Ms. Schwimer
4  was standing up. She had her purse and her appointment
5  something, a folder under her arm, and she literally
6  said, I don't have time. I have to go to a meeting.
7  And she left. I left without even being able to
8  explain.
9  Q  What did she say?
10 A  She told me that I needed to approve the leave
11 request, that Michael had come to her and I don't know
12 what Michael said to her, she didn't tell me, but that
13 I was to approve his leave.
14 Q  Do you have any recollections whether Mr.
15 Williams had ever asked for leave before?
16 A  Well --
17 Q  If you know?
18 A  Cynthia Schwimer, as his immediate supervisor,
19 would approve his leave, but we -- you know, she and I
20 talked about it and he -- I'm sure he took leave at
21 different times. I don't have all the dates. All the
22 staff took leave at different times.

## Page 40

1  Q  But I guess my question is, would the request
2  for approval for leave be made directly to Ms. Schwimer
3  or to the person's supervisor?
4  A  It would go first to the person's supervisor,
5  but it was my understanding that Mr. Williams went and
6  complained to Ms. Schwimer that he was not being
7  allowed to take the time off.
8  Q  I understand in this particular instance, do
9  you recall the date that that occurred?
10 A  I do not.
11 Q  You indicate Ms. Smyte, you had gone to see
12 her. Do you recall whether you were out on sick leave
13 when the announcement was made -- I'm sorry, when you
14 made your application for the position in June of 2000?
15 A  I'm sorry, please repeat the question.
16 Q  Were you still on leave when you filed the
17 application for the director position?
18 A  Yes.
19 Q  And how did you learn that the vacancy had
20 occurred?
21 A  I believe that the first knowledge I had was
22 through a colleague.

Page 41

1  Q  Which colleague was that?
2  A  I'm trying to remember. I think it was Tita
3  Santiago.
4  Q  And so what action did you take in terms of
5  the process; did you take your application to a
6  specific location or can you tell me what you did once
7  you learned about it from your colleague?
8  A  I, subsequent to learning that the position
9  was being announced, I learned that Ms. Smyte had left
10 a voicemail, a message of some sort which I didn't get
11 until I believe I first heard it from Tita, and I was
12 in Minnesota and my daughter had had a stroke and open
13 heart surgery and I myself was still on leave and
14 recovering from back surgery. I just had the surgery
15 in March and my daughter had this terrible thing happen
16 in April.
17    I had nothing. I had no paperwork. I had
18 nothing with me to even try to put anything together.
19 And it was a colleague that helped me really sort of
20 coordinate, try to get the package together, and I Fed
21 Ex'd it and it arrived by the deadline.
22 Q  Were you in Minnesota at the time that you

Page 42

1  prepared your materials for submission?
2  A  Yes, ma'am.
3  Q  Before I ask you some more about the process,
4  I just wanted to finish with the questions I was asking
5  about leave. I know that you indicated to me that Mr.
6  Williams spoke to Ms. Schwimer directly about the
7  one-day leave request.
8     On other occasions, are you aware if there are
9  any, that Mr. Williams submitted a leave request to Ms.
10 Gaines and she contacted you about whether it should be
11 approved or not?
12 A  I don't recall.
13 Q  So would Mr. Williams' leave request generally
14 come through you at all or it would just go to Ms.
15 Gaines?
16 A  Well, the procedures are that they are to
17 submit it to their immediate supervisor and that's what
18 would happen, and she would either approve it or not
19 approve it and that would never have even come to me at
20 all, I don't think, unless Ms. Gaines might have been
21 off and they had to come to me directly.
22    And -- I'm sorry, I lost my train of thought

Page 43

1  here. Is it okay if we take a break?
2  Q  Oh, certainly.
3  A  Thank you.
4     MS. JOHNSON: Let's take a break.
5     (Recess)
6     MS. JOHNSON: Can you read the question?
7     (The Court Reporter read back the previous
8  question.)
9     THE WITNESS: Ms. -- it would go through Ms.
10 Gaines.
11    MS. JOHNSON: Thank you. Let's take a break.
12    (Recess)
13    BY MS. JOHNSON:
14 Q  We're back on the record. Ms. Gonzales, in
15 June 2002, who was your immediate supervisor?
16 A  June 2002?
17 Q  Yes, when you made the application for the
18 director position?
19 A  Thomas McCrory.
20 Q  And do you know if -- I'm sorry, did you have
21 any conversation with Mr. McCrory about your
22 application?

Page 44

1  A  I don't think so.
2  Q  Are you aware of any information communicated
3  by Mr. McCrory to Ms. Schwimer regarding your
4  application?
5  A  No.
6  Q  Are you aware of any information communicated
7  to Ms. Schwimer regarding your EEO complaint other than
8  the one from the EEO counselor or any other person?
9  A  Well, Mr. McCrory communicated with the
10 comptroller daily, several times a day. There was a
11 joke about his wearing out the carpet, the path between
12 his office and Cindy Schwimer's, because he talked to
13 her all the time, consulted with her on everything.
14 Q  What was his position?
15 A  Training Policy Division director.
16 Q  What was his area of responsibility?
17 A  The Training Policy Division.
18 Q  So when you say that he communicated with her
19 daily, I'm just trying to get the level of
20 responsibility that he would have been communicating
21 about in terms of the hierarchy?
22 A  Project that they -- everything that was going

Page 73

1  to communicate with Human Resources and put out the
2  announcement.
3    Q  Do you have information, any information that
4  the vacancy announcement was put forth in relation to
5  the fact that you were out, that you were on leave?  I
6  mean, do you understand my question?
7    A  The announcement itself had the dates, the
8  beginning and the end dates.
9    Q  No, my question is, do you have any
10 information that Ms. Schwimer directed someone to do
11 the vacancy announcement because you were out?
12   A  I'm stating that they issued the announcement
13 when I was on leave and it opened and closed while I
14 was on leave and it closed a week before I was
15 returning and they knew I was returning on June 24.
16   Q  But my question to you is, do you have any
17 information in which Ms. Schwimer directed someone to
18 post a vacancy announcement, open and close it because
19 you were on leave?
20   A  I can't say.
21   Q  I believe you indicated to me earlier that you
22 received a call from Ms. Smyte?

Page 74

1    A  I didn't receive a call.  I -- initially I
2  mention -- I stated that I talked to a colleague who
3  told me of the announcement.  I might not even have
4  even known about it if Tita had not contacted me.
5    Q  I thought you said earlier today that there
6  was a message by Ms. Smyte that you didn't receive?
7    A  Maureen Smyte claimed that she had called.  I
8  never spoke with her.
9    Q  I see.  What did she claim?
10   A  That she had called and left a message.
11   Q  What was the message?
12   A  About the vacancy or a vacancy.
13   Q  I want to go back to the posting of the
14 vacancy announcement.  Do you have any information as
15 to when the normal opening -- open and ending dates are
16 in terms of your experience as a manager when you
17 selected people internally?
18   A  Do I -- ask the question again, please.
19   Q  As a manager, you've seen vacancy
20 announcements posted; is that right, for positions?
21   A  Yes.
22   Q  Based on your experience, is there a certain

Page 75

1  window of opportunity, if you know, or if it exists,
2  where you would have a vacancy announcement posted?
3    A  Generally, as I recall, particularly at that
4  level, they are open for longer periods.  I mean,
5  announcements, some announcements, I don't know that
6  every announcement are open for longer periods.  And at
7  the level -- at the 15 level, I believe they go out all
8  sources.
9    Q  Do you know if Ms. Smyte has indicated that
10 she called your home and spoke with your daughter to
11 advise you about the announcement?
12   A  As I said, she claimed to have left a message.
13 And again, it was when I was in Minnesota.  And if my
14 daughter spoke with her, my daughter had just come home
15 from having open heart surgery.
16   Q  I just want the record to be clear, you're
17 not -- you don't have any information that Ms. Schwimer
18 posted the vacancy announcement simply because you were
19 on leave, do you?
20     MS. TRANEL:  Objection.  Asked and answered.
21 You can answer.
22     THE WITNESS:  I don't have any information

Page 76

1  that she didn't either.
2      BY MS. JOHNSON:
3    Q  But I need for you to answer my question
4  first?
5      MS. TRANEL:  It's yes or no.
6      THE WITNESS:  I'm sorry, ask the question
7  again.
8      BY MS. JOHNSON:
9    Q  You don't have any information, do you, that
10 Ms. Schwimer directed that the vacancy announcement for
11 the director position be posted because you were on
12 leave?
13   A  No.
14   Q  And just so that the record is clear, you've
15 identified Ms. Schwimer as a person that retaliated
16 against you.  Do you have any other information, and I
17 don't want you to repeat yourself, that you could
18 provide for me that --
19     (Pause)
20     THE WITNESS:  For my lip, for a little dry --
21     BY MS. JOHNSON:
22   Q  That's all right.