# EXHIBIT 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

ORIGINAL

- - - - - - - - - - - - - - - - - x
ADA L. GONZALES,                  :
                                  :
              Complainant,        :  EEOC No.:
                                  :  100-2003-08223X
     v.                           :  Agency No.:
                                  :  JP-0203
U.S. DEPARTMENT OF JUSTICE,       :
                                  :
              Agency.             :
                                  :
- - - - - - - - - - - - - - - - - x

Washington, D.C.

Thursday, February 12, 2004

Deposition of

JOANNE SUTTINGTON

a witness of lawful age, taken on behalf of the Complainant in the above-entitled action, before Harlyne S. Blum, a Notary Public in and for the District of Columbia, at the law offices of Kator, Parks & Weiser, P.L.L.C., 1020 19th Street, N.W., Suite 350, Washington, D.C. 20036, commencing at 10:15 a.m.

**Diversified Reporting Services, Inc.**
1101 Sixteenth Street, NW  Second Floor
Washington, DC  20036
(202) 467-9200

```
                                                                4
1                      P R O C E E D I N G S
2     Whereupon,
3                         JOANNE SUTTINGTON
4     was called as a witness and, having been first duly
5     sworn, was examined and testified as follows:
6              EXAMINATION BY COUNSEL FOR COMPLAINANT
7              BY MR. KATOR:
8         Q    Would you be so kind as to state your name for
9     the record?
10        A    Joanne Suttington.
11        Q    Ms. Suttington, have you ever been deposed
12    before?
13        A    No.
14        Q    Okay.  Let me just explain very briefly what
15    the process is, and if you have any questions, please
16    let me know.
17             I'll ask you a series of questions, and as
18    you've been sworn, you must do your best to answer
19    truthfully.  If you don't understand any question that
20    I ask you, please ask me to clarify it at any time.
21    I'd be happy to do so.
22             It's very important that your answers are such
```

1   anyone else can do, but I can do it better.

2        Just based on my own principle, I believe I

3   can do some things better, and that's how I strive to

4   approach work and everything else in life.

5        Q    All right.

6        A    So not even knowing her, I would have felt I

7   was better.

8        Q    Or that you could do the job better.

9        A    Correct.

10       Q    But just in terms of what your paper

11  qualifications would be --

12       A    Not just paper qualifications, my own work

13  standards and work abilities and everything else.

14       Q    Did you ever have any discussions with Ms.

15  Schwimer about this position prior to applying for it?

16       A    No.

17       Q    And, I take it, you were not interviewed for

18  this position?

19       A    I was.

20       Q    You were?

21       A    Yes.

22       Q    When were you interviewed?

1   A   I don't know the exact date.  Somewhere in
2   June of 2002.
3   Q   What was the nature of the interview, do you
4   recall?
5   A   Just talking about the job and the
6   responsibilities in general.
7   Q   Who was present?
8   A   Ms. Schwimer.
9   Q   Was McKay there?
10  A   No.
11  Q   It was just the two of you?
12  A   Correct.
13  Q   In her office?
14  A   Correct.
15  Q   Do you know how long the interview lasted?
16  A   No, I don't.
17  Q   Do you recall how it was that this interview
18  was set up?
19  A   Well, she just called me in.  I don't recall
20  the exact -- but I was either there or she called me
21  in, and she sat down and said, "I notice you applied
22  for the position," and asked me about my qualifications

1  and why I was interested in the position.

2    Q   Okay. What else do you recall about the

3  interview?

4    A   That's basically it. You know, she said they

5  were going to make a decision, and she has to talk to

6  someone else, and then she'll let me know when the

7  decision -- or I would hear from Personnel about a

8  decision when it's made.

9    Q   Did she say anything to you in the interview

10  about managing in difficult personnel situations or

11  anything like that?

12    A   No, she did not.

13    Q   Was it your understanding that there were any

14  difficult personnel situations in the division?

15    A   No.

16    Q   Did she say anything about the importance or

17  need for having a CPA?

18    A   No.

19    Q   Now, had you worked with her before?

20    A   Yes. I mean --

21    Q   She was your --

22    A   Boss' boss, yeah.

**Diversified Reporting Services, Inc.**
1101 Sixteenth Street, NW Second Floor
Washington, DC 20036
(202) 467-9200