# EXHIBIT 6

Standard Form 52
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

## PART A - Requesting Office (Also complete Part B, Items 1, 7-22, 32, 33, 36 and 39.)

**1. Actions Requested**
Recruitment - Supervisory Staff Accountant, GS-510-15 - OJP-wide only

RECEIVED PERSONNEL

**2. Request Number**

Additional Information Call (Name and Telephone Number)
Linda C. Jacobs   7-0625

A 9:40

**4. Proposed Effective Date**

**5. Action Requested By** (Typed Name, Title, Signature, and Request Date)
Cynthia J. Schwimer
Comptroller

**6. Action Authorized By** (Typed Name, Title, Signature, and Concurrence Date)
Cynthia J. Scchwimer
Comptroller

## PART B - For Preparation of SF 50 (Use only codes in FPM Supplement 292-1. Show all dates in month-day-year order.)

**1. Name** (Last, First, Middle): Skillington, Joann M.

**2. Social Security Number**: [redacted]
**3. Date of Birth**: 08/08/58
**4. Effective Date**: 8/11/02

### FIRST ACTION
- 5-A. Code: 703
- 5-B. Nature of Action: Promotion NTE 8/11/04
- 5-C. Code: N3M
- 5-D. Legal Authority: Reg 335.102 Comp.
- 5-E. Code:
- 5-F. Legal Authority:

### SECOND ACTION
- 6-A. Code:
- 6-B. Nature of Action:
- 6-C. Code:
- 6-D. Legal Authority:
- 6-E. Code:
- 6-F. Legal Authority:

**7. FROM: Position Title and Number**
Supervisory Staff Accountant   EJZ45

**15. TO: Position Title and Number**
Supervisory Staff Accountant   JJ071

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 510 | 14 | 04 | 86,090 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| 77,225 | 8,865 | 86,090 | $0 |

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 510 | 15 | 01 | $92,060 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $82,580 | $9,480 | $92,060 | $0 |

**14. Name and Location of Position's Organization**
DOJ OJP OC
Financial Mgmt Division
OJP Financial Services Branch

**22. Name and Location of Position's Organization**
Office of the Assistant Attorney General
Office of the Comptroller
Training and Policy Division
JP0304 00000000000

## EMPLOYEE DATA

**23. Veterans Preference**: 1
- 1 - None
- 2 - 5-Point
- 3 - 10-Point/Disability
- 4 - 10-Point/Compensable
- 5 - 10-Point/Other
- 6 - 10-Point/Compensable/30%

**24. Tenure**: 1
- 0 - None
- 1 - Permanent
- 2 - Conditional
- 3 - Indefinite

**25. Agency Use**:

**26. Veterans Preference for RIF**: NO

**27. FEGLI**: Z5 Basic Standard + Standard

**28. Annuitant Indicator**:

**29. Pay Rate Determinant**:

**30. Retirement Plan**: K Fers + FICA

**31. Service Comp. Date (Leave)**: 9/11/93

**32. Work Schedule**: F

**33. Part-Time Hours Per Biweekly Pay Period**:

## POSITION DATA

**34. Position Occupied**: 1
- 1 - Competitive Service
- 2 - Excepted Service
- 3 - SES General
- 4 - SES Career Reserved

**35. FLSA Category**: E - Exempt / N - Nonexempt

**36. Appropriation Code**:

**37. Bargaining Unit Status**: 8888

**38. Duty Station Code**: 11-0010-001

**39. Duty Station** (City - County - State or Overseas Location): Washington DC

**40. Agency Data** | 41. | 42. | 43. | 44.

**45. Educational Level**: 17
**46. Year Degree Attained**: 1986
**47. Academic Discipline**: 520301
**48. Functional Class**: 00
**49. Citizenship**: 1 - USA
**50. Veterans Status**:
**51. Supervisory Status**:

## PART C -- Reviews and Approvals (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. 706 | CMH | 6-4-02 | D. | | |
| B. T(Acting) | JME | 6/5/02 | E. | | |
| C. | | | F. | | |

LXHIB E-6B
PAGE 2 OF 3

**2. Approval**: I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

Signature: [signed]   Approval Date: 8/5/02

CONTINUED ON REVERSE SIDE

This form was electronically produced by Elite Federal Forms, Inc.   Editions Prior To 7/91 Are Not Usable After 6/30/93