# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

- - - - - - - - - - - - - - x
                            :
ADA GONZALES               :
                            :
        Plaintiff,          :
                            :
    v.                      :
                            :   CIVIL ACTION NO. 07-0676(PLF)
MICHAEL B. MUKSASEY         :
Attorney General of the     :
United States,              :
                            :
        Defendant.          :
                            :
- - - - - - - - - - - - - - x

COPY

Washington, D.C.

Thursday, July 17, 2008

Deposition of

CYNTHIA SCHWIMER

a witness of lawful age, taken on behalf of the Defendant in the above-entitled action, before Paula J. Homann, Notary Public in and for the District of Columbia, in the law office of Kator, Parks & Weiser, PLLC, 1200 18th Street, N.W., Suite 1000, Washington, D.C. 20036-2506, commencing at 10:40 a.m.

APPEARANCES:

DIVERSIFIED REPORTING SERVICES, INC.
(202) 467-9200

1                    P R O C E E D I N G S

2    Whereupon,

3                         CYNTHIA SCHWIMER

4    a witness, called for examination by counsel for the

5    Plaintiff, was duly sworn, and was examined and testified as

6    follows:

7              THE REPORTER:  Will you please state and spell

8    your full name for the record.

9              THE WITNESS:  Yes.  Cynthia, C-Y-N-T-H-I-A, Jo,

10   J-O, Schwimer, S-C-H-W-I-M-E-R.

11             THE REPORTER:  Thank you.

12         EXAMINATION BY COUNSEL FOR THE PLAINTIFF

13             BY MR. KATOR:

14        Q    Well, it's nice to see you again, Ms. Schwimer.

15   It has been a while.  I think it was similar circumstances

16   where we last met.  Tell me, where are you employed now?

17        A    I'm employed by the Oracle Corporation.

18        Q    And how long have you been with Oracle?

19        A    Two years, June 1st.  That's 2008.

20        Q    So bring me up-to-date on your employment since

21   -- well, when I last saw you, you were the comptroller; is

22   that what it was?

23        A    Correct.

```
 1      Q      Okay.  So tell me, first of all, what was that
 2 position?
 3      A      It was the comptroller, CFO, chief financial
 4 officer, for the office of justice programs.
 5      Q      Uh-huh.  And when was that?  When did you leave
 6 that job?
 7      A      I retired on January 3, 2006.
 8      Q      And when did you start with Oracle?
 9      A      June 1st of 2006.
10      Q      And what is your position with Oracle?
11      A      I'm the executive director for public sector
12 solutions.
13      Q      What brought about your decision to retire?  You
14 seem so young.
15      A      I seem so young.  I've had 31 years of Federal
16 Service, and it was time for me to try something different.
17      Q      Was there any kind of shake-up or anything like
18 that going on at the same time, or --
19      A      What do you mean?
20      Q      Well, I mean were you asked to leave or anything
21 of that nature?
22      A      No, I was not asked to leave.
23      Q      Was there a management shake-up besides you, or
```

1    Q    Do you recall what paper it was that you had?

2    A    In terms of their application, I had their

3  applications.

4    Q    So you had the applications of the four people

5  on the cert list?

6    A    Correct.

7    Q    Okay. Now you knew that Ada had filed an EEO

8  complaint, prior to this selection, correct?

9    A    Correct.

10   Q    And you knew that -- how did you know that?

11   A    I believe Lori Bledsoe, who was the director of

12 the EEO office sent me an email.

13   Q    Okay. And that was just in the course of what,

14 pursuing the EEO complaint? Why did she do that?

15   A    I believe that was just -- that's the process.

16   Q    I mean was it because of your role as the

17 comptroller?

18   A    Yes. Yes.

19   Q    So whenever anybody filed an EEO complaint, the

20 EEO office would tell you?

21   A    I believe that's correct. I didn't have a lot

22 of EEO complaints filed against me. I'm a hundred percent

23 sure.

1    Q    Okay. So it went Worthington, McCrory,
2  Suttington?
3    A    I believe that's correct.
4    Q    So 2000, who was selected in 2000? McCrory?
5    A    I'm not a hundred percent sure. I'm sorry.
6    Q    Okay.
7    A    I think that's correct.
8    Q    And were you the selecting official in 2000?
9    A    Actually Travis was not selected per se. He was
10 reassigned. I reassigned him from the monitoring division to
11 the training and policy division. It was a lateral transfer.
12   Q    Okay. So let's go back to 2000 for a second.
13 This position was vacant and advertised in 2000; was it not?
14   A    I believe that's correct.
15   Q    And what you're saying is instead of
16 competitively selecting somebody and promoting them, you did
17 a lateral?
18   A    I did.
19   Q    Okay. But it was the same process; was it not?
20 Wasn't there a cert and all that?
21   A    When you say it's the same process, what do you
22 mean?
23   Q    It was competitive selection. It was advertised

Case 1:07-cv-00676-PLF   Document 15-8   Filed 01/12/09   Page 7 of 14

Page 21

```
 1    as a vacancy.  People applied.

 2         A    I believe the difference is people applied and

 3    they were interviewed.  In this case people were not

 4    interviewed.

 5         Q    Okay.  So it wasn't identical process by the --

 6         A    No, it's not.

 7         Q    Other than the interview, it was the same?

 8         A    I don't know that I'd say that.

 9         Q    Okay.  Do you know any other differences?

10         A    As I recall, the vacancy previously was all

11    sources and not OJP-wide.

12         Q    And McCrory was OJP, though, at the time?

13         A    Correct.

14         Q    Okay.  So in any event, it was still you making

15    the decision.  You were the selecting official?

16         A    Correct.

17         Q    And were you given the cert in 2000, certificate

18    of eligibles?

19         A    A certificate of eligibles?  Yes.

20         Q    Do you recall who was on that?

21         A    No, I don't.

22         Q    Do you recall if Ms. Gonzales was on it?

23         A    I believe she was.
```

1   Q    Yes. And but you chose instead of appointing

2   Ms. Gonzales, you chose to lateral McCrory, correct?

3   A    Correct.

4   Q    Okay. So going back to the selection in 2002,

5   what happened in McCrory, first of all, that made the

6   position vacant?

7   A    Oh. He accepted a position in another federal

8   agency.

9   Q    Okay. So he left?

10  A    Uh-huh.

11  Q    Why was it that you didn't think that Ada was

12  the best candidate for the job in 2002?

13  A    Okay. Ada was qualified as all of the four

14  people on the cert list were. On paper everybody was

15  qualified. I believed that Joanne would make a better

16  director than Ada for several reasons. I think I've

17  mentioned them before, but in terms of being responsive, I

18  needed certain qualities in a division director that I

19  believed Joanne was better than Ada in the regards of being

20  responsive, being accountable for the work that's done in her

21  office. Her supervisory skills, I believed were better than

22  Ada's. And I believed she was, you know, more flexible, more

23  of a team player than Ada would be.

```
 1    leave request; she has bad judgment with respect to others?

 2         A     I don't know that he used those words.

 3         Q     Right.  But that's how you interpreted his
 4    communication to you?

 5         A     Correct.

 6         Q     All right.  Did you ever investigate that?

 7         A     What do you mean by investigate?

 8         Q     Well, what did you do when he said, well, her
 9    judgment with respect to others is questionable and bad or
10    whatever?

11         A     I'm not sure what you mean by what did I do.

12         Q     Did you do anything?

13         A     I processed the information.

14         Q     What is that?

15         A     That means I kept it in the back of my mind as
16    something that he told me, and I tried to be on the lookout
17    for such things.

18         Q     All right.  So you didn't necessarily accept it
19    as true?

20         A     I didn't not accept that that's true.

21         Q     It's a statement.  It could be true.  It could
22    be false.  It could be a perception.

23         A     Correct.
```

1    A    No. No complaints had ever come across my desk

2    or my ears from what I recall.

3    Q    You know, I believe it was Colin Powell who said

4    it. If you're not pissing somebody off, you're not doing

5    your job. That wasn't your experience?

6    A    No.

7    Q    Okay. So are there any other reasons that went

8    into your calculus as to why you ultimately made this

9    decision to select Suttington over Ada?

10   A    No, but, Mr. Kator, I think I really need to

11   make this kind of clear. Now I was in federal service for

12   more than 31 years, and for many of those years, I supervised

13   people, either directly or indirectly. I respect their right

14   to file a complaint. I do.

15   Q    Have you ever filed a complaint?

16   A    I have not. But I respect my employees' rights

17   to file a complaint if they believe that someone has violated

18   their rights. I would not then go behind them and retaliate

19   against them, because they exercised their right. That's not

20   who I am. That's not who I am. That's not who I am

21   personally or professionally. And I did not retaliate

22   against Ada.

23   Q    Okay.

1    A    And I really believe she knows that. I really
2  do.
3    Q    Well, if she believes that, then why do you
4  believe that she's pursuing this complaint and has for eight
5  years?
6    A    I wish I knew. I wish I knew.
7    Q    Because she's not even there anymore, right?
8    A    I don't even know.
9    Q    She left before you did, didn't she?
10   A    I don't know that. I don't know.
11   Q    You don't know when --
12   A    Uh-uh.
13   Q    Was she there when you retired?
14   A    I don't know.
15   Q    You don't recall?
16   A    I don't recall.
17   Q    Well, okay. I appreciate that. Certainly
18  you've seen retaliation in your 31 years?
19   A    Not by me.
20   Q    But you've seen it?
21   A    Not by me.
22   Q    Okay. Have you seen it in the Justice
23  Department?

Page 38

1     A     Not by me.

2     Q     Okay.

3     A     I do not retaliate. That's not who I am.

4     Q     Okay. I appreciate that. That may or may not
5 end up being the case, but I appreciate that that's your
6 statement.

7     A     Well, it is the truth.

8     Q     Okay.

9     A     It is the truth.

10     Q     Okay.

11     A     That's not who I am personally or
12 professionally.

13     Q     All right.

14     A     I respect people's rights.

15     Q     You said that Elliott Brown, you assigned him as
16 acting director; isn't that what you just said?

17     A     I believe he was acting director for a period of
18 time, yes.

19     Q     But he was not an accountant, was he?

20     A     I don't think so.

21     Q     In the 510 series, is that the accounting
22 series; do you know?

23     A     Right. I don't believe he was a 510.

1    Q    Do you recall if you mentioned anything in that
2 statement about the COPS event?
3    A    I don't recall.
4    Q    Do you recall if you mentioned anything about
5 Michael Williams? Is this Michael, Michael Williams?
6    A    I don't recall.
7    Q    Okay. I think that's it. I just wanted to
8 clarify those.
9    A    Okay. Well, I want just to say one final thing
10 if I could.
11    Q    Please.
12    A    And again I just can't be clear enough. You
13 know, as I said before, I was a public servant in the Federal
14 Government for over 30 years, and I supervised for many
15 years, directly and indirectly. I really respect the right
16 of my employees to file whatever complaint they deem
17 necessary if they feel that they have had their rights
18 violated.
19         I'm not going to retaliate against people for
20 exercising their rights. I'm just not going to do that. I
21 haven't done that. I won't do that. It's not who I am
22 personally or professionally. I did not retaliate against
23 Ada Gonzales, and I truly, truly believe she knows that in

1    her heart of hearts.

2        Q    Okay.  Thank you.

3        A    Thank you.

4             (Whereupon at 11:55 a.m., the deposition of

5    CYNTHIA SCHWIMER was concluded.)

6                          * * * * *