

# EXHIBIT 8

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

- - - - - - - - - - - - - - - - - x
ADA L. GONZALES,                   :
                                   :
        Complainant,               :   EEOC No.
                                   :   100-2003-08223X
        v.                         :
                                   :   Agency No.
U.S. DEPARTMENT OF JUSTICE,        :   JP-0203
                                   :
        Agency.                    :
                                   :
- - - - - - - - - - - - - - - - - x

                        Washington, D.C.

                        Wednesday, March 16, 2005

Deposition of

            CYNTHIA SCHWIMER,

a witness of lawful age, taken on behalf of the

Complainant in the above-entitled action, before Susan

Jelen, Notary Public in and for the District of

Columbia, at the law office of Kator, Parks & Weiser,

PLLC, 1020 19th Street, N.W., Suite 350, Washington,

D.C. 20036, commencing at 10:15 a.m.

**Diversified Reporting Services, Inc.**
1101 Sixteenth Street, NW  Second Floor
Washington, DC  20036
(202) 467-9200

3

P R O C E E D I N G S

1

2    Whereupon,

3                    CYNTHIA SCHWIMER

4    was called as a witness and, having been first duly

5    sworn, was examined and testified as follows:

6         EXAMINATION BY COUNSEL FOR THE COMPLAINANT

7            BY MR. KATOR:

8    Q    Would you be so kind as to state your name for

9    the record?

10   A    Yes.   Cynthia Schwimer.

11   Q    And how do you spell that?

12   A    S-c-h-w-i-m-e-r.

13   Q    Is that a married name, or is that your maiden

14   name?

15   A    That's my married name.

16   Q    What's your maiden name?

17   A    Lutton, L-u-t-t-o-n.

18   Q    L-u-t-t-o-n?

19   A    Yes.

20   Q    Thank you.   Ms. Schwimer, have you ever been

21   deposed before?

22   A    Yes, I have.

19

1      Q     All right.  The position of director of

2   Training, Policy, and Development --

3      A     Training and Policy Division.

4      Q     Training and Policy Division.  TPD, right?

5      A     Correct.

6      Q     That was the position that Ms. Gonzales

7   applied for?

8      A     That's correct.

9      Q     And you selected Ms. Suttington?

10      A     Correct.

11      Q     Can you explain to me what the selection

12   process entailed?

13      A     What do you mean, what the process entailed?

14      Q     Well, I guess it started with the posting of

15   the vacancy announcement at some -- I mean, that is a

16   start, I guess.

17      A     Correct.  A person had to leave first.  The

18   position was vacant.  We posted the vacancy

19   announcement.  Candidates applied.  A selection was

20   made.

21      Q     Okay.  And who controlled, for example, the

22   length of time that the vacancy would remain open?

20

1      A    I did.

2      Q    And do you recall how long it was to remain

3  open?

4      A    I believe it was two weeks.

5      Q    Is that a standard time in your office to have

6  vacancies open?

7      A    For that type of vacancy, yes.

8      Q    And what type of vacancy is that?

9      A    It's the type of vacancy where we believe we

10  have internal candidates, and we're only going OJP-

11  wide.

12     Q    I see.  So that was posted only OJP-wide.

13     A    I believe that's correct.

14     Q    After the candidates apply and the application

15  deadline expires, what's the next step?  What was the

16  next step?

17     A    HRD, the Human Resources Division -- it was

18  called Office of Personnel then -- sends me a promotion

19  candidate list with the qualified candidates on the

20  list.

21     Q    And then you select from those?

22     A    Correct.

21

1      Q     And that's what you did in this case.

2      A     Correct.

3      Q     Is that the same process that you used to

4   select McCrory?

5      A     Travis McCrory?

6      Q     Right.  He was the person who left that

7   created that vacancy?

8      A     Correct.

9      Q     Was that the process that was used when he was

10  selected?

11     A     I don't believe so.

12     Q     What was the process, as you recall?

13     A     When I selected him for what position?

14     A     Well, did you select him for TPD, or did you

15  select him for something different?

16     A     I reassigned him.

17     Q     From --

18     A     The director of the Monitoring Division to

19  TPD.

20     Q     But there had been a vacancy in TPD; is that

21  correct?  It was vacant when you assigned it to him?

22     A     Yes.

22

1      Q    And there had been a selection -- a vacancy

2  announcement posted and so forth; is that correct?

3      A    Before I reassigned Travis?  Is that your

4  question?

5      Q    Yes.

6      A    Yes.

7      Q    And was it the same process, the vacancy

8  announcement, Human Resources, a list is produced

9  that's given to you for that announcement -- for that vacancy?

10      A    What do you mean, "was it the same process"?

11      Q    Well, I guess I'm trying to understand if

12  there was an either interview panel or some sort of

13  panel involved.

14      A    You're talking about before I reassigned

15  Travis?

16      Q    Yes.

17      A    Stacy Worthington was the director of the

18  Training and Policy Division.  He retired.  And we

19  issued a vacancy announcement, but it was all sources,

20  I believe.  It was not OJP-wide.  We were looking for

21  outside candidates.  And as I recall, many applied, and

22  the process was different, yes.

23

1     Q     Was there some sort of a panel?

2     A     Yes.

3     Q     What was the nature of the panel?

4     A     What do you mean by "nature"?

5     Q     What was the purpose of the panel?

6     A     To provide me with recommendations for a

7  selection.

8     Q     Was it an interview panel?

9     A     Yes.

10     Q     So the panel interviewed some number of

11  candidates that had been screened by Personnel?

12     A     What do you mean by "screened"?

13     Q     Well, who gave the panel the list of

14  candidates to interview?

15     A     Personnel.

16     Q     So Personnel, did they give them everybody who

17  they deemed qualified, or only the best qualified, or

18  only a certain number?

19     A     I believe everyone they deemed were qualified.

20

21     Q     And then how many people did the panel forward

22  to you?