# EXHIBIT 9

```
 1   IN THE MATTER OF:

 2   _____

 3              ADA GONZALES

 4              Complainant,

 5                                    COMPLAINT NO.

 6                                    JP 0203

 7                         vs.

 8

 9   US DEPARTMENT OF JUSTICE

10   OFFICE OF JUSTICE PROGRAMS

11              Respondent.

12   _____

13

14

15

16

17                     AFFIDAVIT

18

19        TRANSCRIPT OF PROCEEDINGS in the above-entitled

20   cause of the examination of ADA GONZALES, before the EEO

21   Investigator, EDDIE NEAL, on the 22nd day of November, 2002,

22   beginning at the hour of 12:40 p.m.

23

24   Reported By: Sarah James

25
```

EXHIBIT Tab D-1
PAGE 1 OF 29

1  Q.      Okay.  When we proceed we will talk about your
2  disability as well.  Before we proceed any further, let me
3  allow you an opportunity to identify yourself for the record
4  and spell your name as well?
5  A.      My name is Ada, A D A, middle initial L, as in Larry,
6  last name is Gonzales, G as in good, O N Z as in zebra, A L E
7  S, as in Sam.  I'm a female, age 57 now.  My birthday is
8  September 14th, 1945.  And I'm of Mexican American origin.
9  Q.      Okay.  Now, Ms. Gonzales, do you -- I need to swear you
10 in.
11         Do you swear or affirm that the testimony you are
12 about to give in this matter will be the truth, the whole truth
13 and nothing but the truth to the best of your ability or
14 recollection?
15 A.      I do.
16 Q.      Now, what is your official title series and grade?
17 A.      My title is manager training and policy branch.  I'm in
18 the training and policy division of the office of the
19 comptroller.  I'm a staff accountant -- a supervisory staff
20 accountant GS-510 grade 14.  Actually, the business cards I was
21 provided when I came to work in this division said manager,
22 training and policy division and the plate on the door on my
23 cubicle says manager training and policy division.
24 Q.      And how long have you been in your current position?
25 A.      Since March of 2000.  March 13th of 2000, to be exact.

EXHIBIT Tab 1-1
PAGE 1 OF 69

```
 1   reason they said there was no space. And they even took a lady
 2   out of an office I think in June of 2002, whom I heard had some
 3   health issues and they took her out of her office to make room
 4   for a GS-13s who was being placed in an acting position, an
 5   acting 14. Even back in August of 2000 when Stacy Worthington
 6   my former supervisory retired and his office was left vacant,
 7   and I was appointed to be acting director from August of 2000
 8   to November of 2000, I was never told that I could occupy the
 9   director's office. I continued to work as acting director for
10   almost four months out of my cubicle.
11   Q.    Now, why do you feel that management's failure to
12   provide you with the office space was based on your sex and
13   actually you can address them all, actually your sex, your age,
14   and national origin and your disability?
15   A.    I'm sorry.
16   Q.    It would actually be number 19 from the preliminary
17   questions.
18   A.    Again, there are not any Hispanic woman and certainly
19   not my age that I can point to. Someone of my origin or close
20   to my age that are given the opportunity to have a nice office
21   and even the lack of opportunity for Hispanic woman in the
22   office of the comptroller. And because other employees at
23   lower grade levels who are not Latinas and were considerably
24   younger than myself were provided with nice offices with
25   furniture, not modular cubicles.
```

EXHIBIT Tab D-1
PAGE 21 OF

1  Q.     Now let's look at your claim number 3.  That management
2  provided you with an untimely yearly evaluation on March 20 of
3  2002 which did not reflect the quality of your work.  When did
4  you receive your yearly evaluation?
5  A.     As I always had, when I came to the training and policy
6  division in March of 2000, I worked under division director
7  Stacy Worthington who retired in August of 2000.  Mr. McCrory
8  became my supervisor in November of 2000.  I had not been
9  evaluated from March of 2000 by Ms. Worthington, and
10 Mr. McCrory presented me with an evaluation that reflected the
11 dates of March of 2000 to June of 2001.  And the dates were
12 inaccurate because he became my supervisor in November of 2000,
13 so he could really not evaluate me from the period of March
14 2000 to June of 2001.
15         And then it was such a minimal evaluation.
16 It was the most minimal evaluation a supervisor can provide,
17 and in my case one that did not reflect my efforts and
18 contributions.  Certainly in contrast to my previous
19 evaluations, my previous supervisors gave.  It was
20 unprofessional, it was lacking in substance and it just did not
21 present my efforts and contributions.  And in terms of the date
22 that he provided it to me -- I need to look at the date.
23 Q.     While you are looking -- were you the only employee who
24 received your evaluation untimely?
25 A.     I really don't have information to respond to this

1   in, I think, 2001.
2              And there are so many issues, so many things
3   I have had done to me that point to a negative treatment. And
4   I have to believe that it has to do with the fact that I am
5   older, and that I am a Hispanic woman. Because I don't see someone of
6   my age and my national origin and my sex in those higher
7   positions and I have been denied opportunity every time I turn
8   around and as you can see, of the issues that I sited, three
9   were accepted and further I amended my complaint to include
10  discrimination based on reprisal and being denied promotions in
11  August of 2002.
12  Q.      Let me ask this. You have been a GS-14 since the year
13  2000?
14  A.      No. I have been a GS-14 branch manager since
15  March of 1999.
16  Q.      At any time when you were in the office of the
17  comptroller have you ever had an office?
18  A.      Up to the date that I moved here from the financial
19  management division, financial services -- financial services
20  branch of which I was a manager; this was a dedicated branch
21  from the office of the comptroller, to the COPS office,
22  located at 1100 Vermont Avenue in Washington, D.C., under an
23  interagency agreement for the office of the comptroller, to
24  provide financial management services for COPS grants. I was
25  initially I went over there in June of 1996 and at that time I

EXHIBIT Tab D-1
PAGE 42 OF 109
AL-12

The Training Center
www.training-center.com
202.955.6110                                    202.955.6370

1  was I believe a GS-12 and subsequently I applied for a GS-13
2  supervisory position, competed, and I was selected, I supervised a
3  group of staff accountants, about 15 of them, and subsequently,
4  in March of 1999 I had gone through a process of applying for
5  the branch manager GS-14 position and in March of 1999 I became
6  the branch manager and had over 30 employees under my
7  supervision and I did that until the end of the interagency
8  agreement at the end of February, 2000 and I actually
9  physically was brought over here to the training and policy
10 division in the office of the comptroller and I believe it was
11 March 13th of 2000.
12 Q.     So, did you have an office at that point --
13 A.     I'm sorry, yes, I had an office, it's an old building
14 but it's nice -- it was remodeled and I had a corner office
15 with widows and nice furniture and ample room and a door where
16 I could close it and have confidential discussions with
17 employees and other management and that was from -- actually I
18 had an office as a GS-13.
19 Q.     How about since you moved into this building.  When did
20 you physically move into this building?
21 A.     I arrived in this building in OJP at 810 7th Street on
22 March 13th of 2000 and from that day on I was assigned to the
23 cubicle I occupy today and it's just a wall and a partition and storage space
24 some metal counter tops, not a whole lot of space and no, I
25 actually ended up requesting, later, a cabinet and it took a long