# EXHIBIT 10

```
 4/2002 13:26 FAX 6516399089         KINKOS ROSEVILLE                                   ☒002
/24/02  FRI 11:56 FAX 20       9 1389                                                   ☒002
```

U.S. Department of Justice

# Complaint of Discrimination
(See instructions on reverse)

**PRIVACY ACT STATEMENT:** 1. AUTHORITY- The authority to collect this information is derived from 42 U.S.C. Section 2000e-16; 29 CFR Sections 1614.106 and 1614.108. 2. PURPOSE AND USE- This information will be used to document the issues and allegations of a complaint of discrimination based on race, color, sex (including sexual harassment), religion, national origin, age, disability (physical or mental), sexual orientation or reprisal.

The signed statement will serve as the record necessary to initiate an investigation and will become part of the complaint file during the investigation, hearing, if any; adjudication; and appeal. If one, to the Equal Employment Opportunity Commission. 3. EFFECTS OF NON-DISCLOSURE- Submission of this information is MANDATORY. Failure to furnish this information will result in the complaint being returned without action.

**1. Complainant's Full Name**
Ada L. Gonzales

**Street Address, RD Number, or Post Office Box Number**
900 N. Stafford St. #2005

**City, State and Zip Code**
Arlington, VA 22203

**2. Your Telephone Number** (including area code)
Home 703-908-0872
Work 202-616-1619

**3. Which Department of Justice Office Do You Believe Discriminated Against You?**
Office of Justice Programs

**B. Street Address of Office**
810 7th St. N.W.

**C. City, State and Zip Code**
Washington, DC 20531

**4. Current Work Address**

**A. Name of Agency Where You Work**
Office of Justice Programs

**B. Street Address of Your Agency**
810 7th St. N.W. Room 5160

**C. City, State and Zip Code**
Washington, DC 20531

**D. Title and Grade of Your Job**
GS-14 Branch Manager

**5. Date on Which Most Recent Alleged Discrimination Took Place**
Month 2  Day 20  Year 2002

**6. Check Below Why You Believe You Were Discriminated Against?**
☐ Race or Color (Give Race or Color) _____
☐ Religion (Give Religion) _____
☒ Sex (Give Sex) ☐ Male ☒ Female
☐ Sexual Harassment
☐ Age (Give age) 56
☒ National Origin (Give National Origin) Hispanic
☐ Disability: ☐ Physical ☐ Mental
☐ Sexual Orientation
☒ Reprisal
☐ Parental Status
☐ Class Complaint

**7. Explain How You Believe You Were Discriminated Against** (treated differently from other employees or applicants) Because of Your Race, Color, Sex (including sexual harassment), Religion, National Origin, Age, Disability (physical or mental), Sexual Orientation, Parental Status, or Reprisal. Do not include specific issues or incidents that you have not discussed with your EEO Counselor. (You may continue your answer on another sheet of paper if you need more space.)

See attached.

**8. What Corrective Action Do You Want Taken on Your Complaint?**

I seek all remedies available to me by law.

**9. A) I have discussed my complaint with an Equal Employment Opportunity Counselor and/or other EEO Official.**

**DATE OF FIRST CONTACT WITH EEO OFFICE:** 2/27/2002

**DATE OF RECEIPT OF NOTICE OF FINAL INTERVIEW WITH EEO COUNSELOR:** 5/30/2002

**B) Name of Counselor**
Scarlet Parham

☐ I Have Not Contacted an EEO Counselor

**10. Date of This Complaint:** Month 6 Day 19 Year 2002

**11. Sign Your Name Here:** /s/ Ada L. Gonzales

FORM DOJ-201A
MAR. 2001

EXHIBIT Tab A
PAGE 1 OF 8-9