# EXHIBIT 12

IN THE MATTER OF:

ADA GONZALES
    Complainant

                                         COMPLAINT NO.
                                         JP 0203

v.

U.S. DEPARTMENT OF JUSTICE,
OFFICE OF JUSTICE PROGRAMS
    Respondent

<u>Responses to Investigator's Questions</u>

1.    **Please state your name, sex, age, date of birth, and national origin.**

    Name:          Cynthia J. Schwimer
    Age:            47
    DOB:          8/3/55
    Origin:        Hispanic

2.    **Please state your position, series, and grade, during the time of the incidents.  Please state your current position, series, and grade, if different.**

    Position:             Comptroller, Office of Justice Programs
    Series & Grade:    SES-3
    Current:             Same

3.    **Please state your place of employment during the time of the incidents.  Also indicate how long you have been at your place of employment.  Please state your current place of employment if different.**

    Place of employment: Office of Justice Programs
                            810 Seventh Street, N.W.
                            Washington, D. C. 20531

    Length of time:    18 years

    Current:             Same

1



EXHIBIT D-4
PAGE __1 OF 32

Cynthia Schwimer

Page 5

1    correct?

2         Q.    I see in number ten, it tells your role, but I

3    don't think we asked what was the process that was utilized.

4         A.    Could you explain what you mean by processed,

5    because ten actually -- .

6         Q.    From the time that you received the certificate,

7    when you made the selection, was there an interview panel?

8         A.    No.

9         Q.    So, was it just you reviewing the applications, and

10   making the selection?

11        A.    Yes.

12        Q.    Was anyone interviewed?

13        A.    No.

14        Q.    And one of the other things that we didn't ask is,

15   what is it that made the selectee better qualified for this

16   position, than Ms. Gonzales?

17        A.    Her credentials are far more extensive than Ms.

18   Gonzales.  She's a CPA.  She's an NBA.  She has a very good

19   record as a supervisor.  I've worked with both Ms. Gonzales

20   and Ms. Suttington, and I believe that Ms. Suttington was

21   better qualified for the position.

22        Q.    Based upon your submission in paragraph ten, it

23   indicates that all four other candidates were employed in

24   your office at the time?

25        A.    Yes, that's correct.

EXHIBIT D4
PAGE 11 OF 32   202.955.6370

Cynthia Schwimer

Page 6

Q.    Now, do you recall whether the selection was made

2    prior to you being notified by the EEO Office that Ms.

3    Gonzales had filed an EEO complaint, or subsequent to that?

4         A.    Is that not answered in this document?  I'm not

5    sure of the exact dates.

6         Q.    That's fine, because what I can do is I can look at

7    the date that you signed the certificate.  I just don't have

8    that document yet.  I don't want to be presumptuous, the date

9    that you made the selection, was that the same date that you

10   signed the certificate?

11        A.    Yes.

12        Q.    Did you discuss the selection with anyone, prior to

}    making the selection?  Did you speak with any of the

14   managers?

15        A.    I don't recall.

16        Q.    Just so the record will be clear, I'll go down, and

17   you tell me if you adequately addressed them.  It appears

18   that you have in your statement.  The first claim was that

19   she was notified by management, that the division director

20   would also serve as a branch manager.  It appears that you

21   answered that, and just so that, when someone reviews the

22   record, will let them know where it is in your statement.

23   Which number in your statement addressed that?

24        A.    I believe that's number twelve.

25        Q.    The second claim, is that management has failed to

The Training Center
www.training-center.com

EXHIBIT D-4
PAGE 12 OF 32