# EXHIBIT 13

**Parham, Scarlet E**

| | |
|---|---|
| From: | Lori Bledsoe |
| Sent: | Tuesday, April 16, 2002 9:25 AM |
| To: | McCrory, Travis |
| Cc: | Parham, Scarlet E; Schwimer, Cynthia; Smythe, Maureen |
| Subject: | Notification of EEO Counselor Contact |

Good Morning Travis (and Cindy),

Ada Gonzales has contacted the EEO Office regarding an allegation of discrimination based on her age, sex and national origin in regard to work duties and assignments and office location, within the Office of the Comptroller. (I believe you're aware of this based on her Feb 26, 2002 memo to you)

Ms. Gonzales requested assignment of this matter to JMD/EEO Staff (EEOS), because she believed there was a conflict of interest for my office to handle this matter. JMD/EEOS has accepted the matter for counseling. You will be contacted shortly, as her direct supervisor, by the assigned EEO Counselor, Ms. Scarlet Parham, to set up a meeting to discuss the matter in detail.

Ms. Parham will cover with you, the EEO Process (including the goal of the informal counseling stage), as well as her role and address any questions you may have.

Please let us know if we can be of further assistance to you.

Lori

Lori J. Bledsoe
EEO Officer
Department of Justice/Office of Justice Programs
(202) 307-6013
(202) 616-5963 (Fax)
email: lori@ojp.usdoj.gov

EXHIBIT Tab B
PAGE 11 OF 51

1