# EXHIBIT 15

RECEIVED
OFFICE OF PERSONNEL

2002 JUN 17 P 12 22

# Ada L. Gonzales

900 N. Stafford Street, #2005, Arlington, VA 22203, Office: 202-616-1619 Home: 703-908-0872

---

June 14, 2002

Office of Personnel
Office of Justice Programs
810 7th Street, NW, Third Floor
Washington, DC 20531

Subject: Announcement Number JP-02-034-LS - Supervisory Staff Accountant GS 510-15

Enclosed is my Federal resume, statements addressing the relevant Knowledge, Skills and Abilities (KSA's), a recent performance appraisal and my latest SF-50 in support of my application for subject position.

As indicated in my resume, in addition to my formal education, which includes an MBA in Finance and a Community College Teaching Credential in the areas of Management, Banking and Finance, the many years of experience in business and financial management and in grants management in both the private and public sector have prepared me well for this position. My seven-year tenure with the Department of Justice, (DOJ) Office of Justice Programs (OJP) and the Office of Community Oriented Policing Services (COPS) as Training and Policy Branch Manager, as Acting Director of the Training and Policy Division, and as Financial Services Branch Manager, has afforded me the opportunity to apply and enhance my knowledge of federal grant making requirements and federal grants financial management.

I have applied my accounting, financial and grant management expertise in managing a substantial portfolio of grants and cooperative agreements, in the development and implementation of agency-wide policies and procedures and in the design and presentation of grant financial management training in a variety of complex Department of Justice law enforcement and crime prevention programs. I have had vast experience with grant-related practices of state and local governments, interpretation and application of OMB Circulars-Administrative Requirements and Cost Principles as well as all government policies and regulations affecting the financial management of federal grants and cooperative agreements.

As Acting Director of the Training and Policy Division (TPD) I directed, planned and managed the activities of the Training and Policy Branch and the Customer Service Center (CSC) consisting of a diverse staff of 52 professional accountants, accounting technicians and clerical personnel, including contractor staff. I directed planned and managed the financial management training program, and directed the development and implementation of policies and procedures related to the management of federal grants and cooperative agreements for a portfolio of approximately 40,000 active grants. I provided policy guidance to OJP Bureaus and Offices and to recipients of Federal funds under Department of Justice grants and cooperative agreements. As a Branch Manager in the Financial Management Division for the COPS Office, I managed, planned and coordinated the activities of a diverse staff of 37 professional accountants charged with the responsibility of providing financial management services for approximately 21,000 active COPS grants and cooperative agreements involving millions of dollars in Federal grant funds.


EXHIBIT E-69
PAGE 1 OF 62

Office of Justice Programs
June 14, 2002
Page 2

    I have trained management and supervisory personnel, staff accountants, program office staff as well as staff from other OJP divisions, the COPS Office and grantees nationwide in the financial management of Department of Justice grants and cooperative agreements. I have prepared and presented grants financial management seminars to public elected officials, law enforcement officials, and representatives from community service organizations including Native American communities nationwide. I have conducted many training sessions in Spanish for government officials in Puerto Rico.

    My employment history reflects a proven track record of quality customer service, something I try to promote among staff at all levels. I have had vast experience in working effectively with diverse groups of people. I encourage team spirit among staff and help employees with their own professional development as they work to achieve not only the mission and goals of the agency but also their own goals. My contributions have been recognized by the Department of Justice, the Office of Justice Programs, and the Office of Community Oriented Policing Services through a number of awards listed in my resume (copies attached).

    I hope that the above information, along with my resume and responses to the KSA's, provide you with a comprehensive view of my qualifications for the position of Director of the Training and Policy Division of the Office of the Comptroller. Please let me know if you have any questions or desire any additional information.

    Thank you for your consideration of my application.

Respectfully,

*Ada L. Gonzales*
Ada L. Gonzales

Enclosures:    Copies of Federal Resume, Responses to KSA's, Performance Appraisal, Latest SF50, Licenses, Certificates and Awards

EXHIBIT E-6
PAGE 2 OF 9

# Ada L. Gonzales

SSN: 563.64.4519          Federal Civilian Status:          US Citizen
Supervisory Staff Accountant - GS-510-14
February 1999 - Present

## Objective

Supervisory Staff Accountant, GS-510-15
Office of Justice Programs, Office of the Comptroller, Training and Policy Division
Announcement Number JP-02-034-LS

## Profile

Financial management and accounting professional with 25 years of public and private sector experience in business development, risk management, program and grant development and management, and financial analysis. Extensive background with state and federal government agencies, profit and non-profit organizations. Acute analytical ability, strong background in strategic planning to support organizational goals and mission requirements. Superb people and communication skills with proven ability to lead and inspire others. Generous team player. Nationwide professional network in and out of government.

## Accomplishments

- Graduate of OPM's Executive Development Program, November 2000.
- Acting Director of the Training and Policy Division from August 1 to Nov 20, 2000.
- Appointed Manager in the Training and Policy Branch in March 2000.
- Appointed Manager of the COPS Financial Services Branch in February 1999.
- Trained COPS and OJP supervisory and management personnel in federal government policies and procedures and the financial management of federal grants programs.
- Presented a number of Financial Management Seminars for OJP and COPS grantees in English and Spanish including representatives from State, Local and Tribal Governments, U.S. Attorneys' Offices, Regional Community Policing Institutes, Educational Institutions and Nonprofit Organizations. Since 1997, I have presented annual seminars in Spanish for government and law enforcement officials in Puerto Rico.
- Served on the Board of Hispanic American Police Command Officers Association (HAPCOA), 1998 and 1999, and the 2000 National Conference Committee.
- Nominated for 1998 Attorney General's Distinguished Service Award.
- Received the 1998 Department of Justice "Just Works" Team Award.
- Received numerous Cash Awards for Overall Performance and Special Acts.
- Appointed Supervisory Staff Accountant for the Office of Justice Programs COPS Branch in October 1997.
- Served on COPS Organizational Assessment Task Force in 1997.
- Served as Federal Women's Program (FWP) Manager (collateral duties) for the Office of Justice Programs since June 1996 and served on the FWP Intra-Agency Council.
- Served and Chaired Special Emphasis Program Committees sponsored by DOJ and OJP EEO Offices, specifically, the Hispanic Heritage Month Programs and Unity Program committees since 1995.
- Served as Presidential Classroom Instructor during the 1996 Business and Government Policy Session.

900 N. Stafford Street, #2005, Arlington, VA 22203, Office: 202-616-1619, Home: 703-908-0872
gonzales@ojp.usdoj.gov

EXHIBIT E-69
PAGE 3 OF 82

- Completed the following programs of instruction:
  2001 - Executive Development Program Knowledge Management Seminar; Ninth House Network "Situational Leadership"; Electronic Grants Management System; Contracting Basics for COTRS; Negotiating Techniques, Problem Solving and Decision Making;
  2000 - OPM's Executive Development Program; SES Development Training Seminar; Effectively Leading Change Training; HAPCOA Conference Training; Leadership Assessment (OPM); DOJ Budget Process; EEO Training for Managers and Supervisors; Indirect Cost Training; Federal Procurement Policy; Food and Beverage Policy;
  1999 - HRM 101: Critical HR Competencies for Managers and Supervisors; HRM 102: Manager's Role in Discipline and Adverse Actions;
  1998 - Managing Employee Attendance and Leave; Human Resources Management for Supervisors and Managers; COPS and OJP Prevention of Sexual Harassment training; Diversity and Conflict Resolution; Understanding and Writing Position Descriptions;
  1997 - USDA Grants Financial Management Training; OJP Financial Management Seminar; Civil Treatment for Managers; Uniform Administrative Requirements-OMB Circulars A-102 and A-110; Cost Principles-OMB Circulars A-21, A-122, A87, and FAR 31.2; Indirect Costs Seminar;
- Personal Accomplishment: Trained for and ran the Marine Corps Marathon (MCM) during the past three years and helped to raise several million dollars for Whitman Walker Clinic in Washington, DC.

## *Current Employment*

Manager, Training and Policy Branch - GS510-14
Department of Justice, Office of Justice Programs
Supervisor: Travis McCrory - 202-305-9027
Salary: $89,000

810 7th Street, NW
Washington, DC 20531
March 2000 to Present
40+ hours/week

I manage a diverse staff of professional accountants involved in grants financial management training and policy development. I manage a comprehensive nationwide grants financial management training program for the Department of Justice (DOJ) Office of Justice Programs (OJP), and other DOJ grant recipients with an active portfolio of 40,000 active grants and cooperative agreements in a wide range of complex law enforcement and crime prevention programs. Until recently, our training program also included training for grant recipients of the Office of Community Oriented Policing Services (COPS). I personally conduct grant financial management seminars in English and Spanish. In Calendar Year 2001 we conducted 22 grant financial management seminars across the country for representatives of grant recipient organizations including state and local governments, tribal governments law enforcement units and nonprofit organizations. Additionally we provided financial management training nationwide at Program Office Training Conferences throughout the year for a variety of DOJ grant programs.

I manage, plan, and coordinate the development, and formulation of agency-wide policies and regulations related to the management of Department of Justice grants and cooperative agreements. I work with Program Offices, the Office of General Counsel, the Office of Budget and Management Services and other Federal Agencies in the development of such policies and procedures to ensure that they are in compliance with applicable OMB Circulars, Cost Principles, SFFAS Standards, Agency rules and regulations and program guidelines governing the financial management of federal grants and cooperative agreements..



EXHIBIT E-69
PAGE 4 OF 82

I manage, plan and organize the annual revision of the OJP Financial Guide. I recently participated in the translation of the OJP Financial Guide to Spanish for Spanish speaking representatives of grant recipient organizations in Puerto Rico and the Southwest. This involved editing the complete 200+ page document for accuracy and correctness and producing a user-friendly document for our customers.

I am currently developing a videoconference and satellite distance learning training program to deliver our grants financial management training in a more efficient and cost effective manner.

## Past Employment

**Acting Director, Training and Policy Division (TPD) GS510-15**
Department of Justice, Office of Justice Programs
Supervisor: Cynthia Schwimer
Salary: $84,000

810 7th Street, NW
Washington, DC 20531
August 1 to Nov. 20, 2000
40+ hours/week

I directed the Training and Policy Division with responsibility for strategic planning, budgeting, human resources management and management of a nationwide grants financial management training program and for the development of agency wide policies and procedures. The Training and Policy Division consists of the Training and Policy Branch, and the Customer Service Center with a diverse staff of 52 employees, which includes Government employees and contractors including senior staff accountants, financial assistants and clerical staff. I directed a nationwide program of financial management training for Program Office Staff and recipients of Department of Justice grants and cooperative agreements for law enforcement and crime prevention programs. I directed the development formulation and implementation of agency wide policies and procedures and provided policy guidance to the Office of Justice Programs Bureaus and Offices and to Department of Justice grant recipients nationwide. In fiscal year 2000 we trained 3000 individuals. The Customer Service Center answered inquiries from 33,000 callers and resolved 97% of issues within 24 hours.

**Manager, Financial Services Branch - GS510-14**
Department of Justice, Office of Justice Programs
Supervisor: Larry Hailes - 202-514-7925
Current Salary: $71,954

1100 Vermont Ave., NW
Washington, DC 20530
February 1999 - March 2000
40+hours/week

I managed the COPS Branch of the Office of the Comptroller's Financial Services Division (FMD) which consisted of a diverse staff of 37 professional accountants, providing grant financial management services including budget analysis and approval, auditing of grantee quarterly reports and providing customer service on a wide range of financial issues for 15,000 law enforcement agencies nationwide, involving approximately 21,000 active grants and cooperative agreements and millions of dollars in Federal grant funds.

I managed the development and implementation of departmental policies and internal procedures relative to the financial management of Federal grants and cooperative agreements. I worked closely with the Monitoring Division, the Office of Inspector General and in some cases the FBI to control waste, fraud and abuse in the management of Federal grants. I served as liaison between the Office of Community Oriented Policing Services (COPS) and OJP's Office of the Comptroller (OC).



SSN: 563.64.4519                           **Ada L. Gonzales**                              page 4

I directed all activities of Branch staff in the application of Federal Grant Programs Policies and Regulations including all OMB Circulars, Cost Principles, DOJ directives, as well as COPS Program Guidelines and OJP's Office of the Comptroller's Financial Management Policies and Procedures.

**Supervisory Staff Accountant - GS510-13**
Department of Justice, Office of Justice Programs        1100 Vermont Ave., NW
Supervisor: Eileen White - 202-305-1513                  Washington, DC 20530
Salary: $68,970                                          October 1997 - February 1999
                                                         40+hours/week

I directed the day to day activities and provided guidance and technical direction to a diverse staff of 15 professional accountants, technicians and clerical employees engaged in substantive accounting work providing grants financial management services for grant recipients in 29 states and approximately 10,000 grants and cooperative agreements. I assisted with the development of agency financial management policies and procedures, and implemented such policies and procedures. I participated in task forces charged with assessing accounting system adequacy. I developed program guidelines and regulations for subordinate staff, program users, managers and grantees. I utilized professional knowledge of accounting principles and procedures to carry out and direct complex financial, accounting, audit and review assignments. I ensured that Federal rules and regulations governing the financial management of Federal grants and cooperative agreements were adhered to and that grant recipients were in compliance with OMB Circulars, Cost Principles, Agency requirements and Program Guidelines.

**Staff Accountant - GS510-11/12**
Department of Justice, Office of Justice Programs        1100 Vermont Ave., NW
Supervisor: Iris Briscoe - 202-305-1513                  Washington, DC, 20530
Salary: $52,176                                          June 1995 - October 1997
                                                         40+hours/week

I reviewed grant applications for completeness and accuracy. I Analyzed and approved proposed budget line items to ensure accuracy and compliance with Agency requirements, program guidelines Government cost principles and OMB Circulars. I worked with applicant organizations to resolve all budget issues prior to budget approval. Analyzed and approved grantee quarterly financial status reports and assisted grantees with completion and correction of said reports. Conducted excess cash analysis and worked with grantees to resolve excess cash issues. Assisted grantees with payment processing issues. Trained and assisted other accountants. Assisted management with special projects. Assisted management with writing policies and procedures and the preparation of training materials. Made presentations to grantees and Program Office Staff on a variety of complex COPS programs.
- Provided training and technical assistance on all COPS grants programs
- Managed 1,300 COPS grants ranging from $100,000 to $6 million dollars in 11 states including Arizona, California, Hawaii, Alaska, Louisiana, Nebraska, Oklahoma, New Mexico, Nevada, Puerto Rico, and Utah.

**Educational Consultant**
Peace Corps of the United States                         1990 K St, NW
Supervisor: Patti Garamendi- 202-606-3080                Washington, DC 20526 Contract:
Fee for Services                                         May 1994 - November 1994
                                                         30 hours/week


EXHIBIT E-6
PAGE 6 OF 82

SSN: 563.64.4519          **Ada L. Gonzales**                    page 5

I conducted research of educational and job market data for the placement of volunteers around the world. Worked with many governmental agencies including the Departments of Labor and Education, the Bureau of the Census, the NEA, the National Center for Educational Statistics and colleges and universities throughout the country to develop statistical data. Collected and analyzed information about degree programs offered in various fields, demographics, job market conditions, compensation packages and career opportunities. Prepared a comprehensive report which the Peace Corps has used as a reference source in designing placement programs around the world.

**Educational Consultant**
Gonzales, Lehner & Gonzales
Contract: Fee for Services

4667 Pedersen Way
Carmichael, CA 95608
40+ hours/week

I provided consulting services to educational institutions offering local and statewide educational needs assessment studies, demographic studies, and program planning. Conducted a study for the California State University System to determine the educational needs to be served by the establishment of a new state university at a military base as a result of the base conversion program of 1992. Conducted proposal preparation and presentation, project management, designed survey instruments, and collected and analyzed vast amounts of educational and demographic data to determine the feasibility of the project. Worked with groups of students, parents, elected officials, educators, and representatives from governmental agencies and the business sector. Made presentations in English and Spanish to large diverse groups of citizens from all socio-economic levels. Presented my findings in a comprehensive final report which was used as the planning document for the establishment of the California State University Monterey Bay which opened in September 1995, the 21st campus in California's University System.

**Insurance Broker**
Self Employed
Salary: Commission

6920 Fair Oaks Blvd,
Carmichael, CA 95608
August 1985 - June 1992
40+ hours/week

I established and managed my own insurance agency. This included insurance and risk management, asset management, financial planning, budget and accounting systems management, customer service and public relations. Specialized in commercial risks which involved substantial accounting and financial management and working with business executives and community leaders.

*Other Activities*

♦ I was appointed to the Affirmative Action Commission by the Sacramento County Board of Supervisors to review employment practices by county agencies. Analyzed statistical data and presented recommendations for compliance with established guidelines.

♦ As a Risk Manager for a multi-campus community college district, the largest in the US at the time, I designed an innovative self-insurance program. When the success of this program and the savings in hundreds of thousands of dollars became known, I was involved in assisting many other public agencies to set up similar programs, saving millions of taxpayers' dollars.


EXHIBIT E-69
PAGE 7 OF 82

SSN: 563.64.4519          Ada L. Gonzales          page 6

♦ As a paid consultant and as a volunteer in fundraising and development for educational institutions, nonprofit organizations, and political campaigns, I recruited, trained and supervised paid staff and hundreds of volunteers from diverse backgrounds, and successfully conducted fundraising campaigns that generated hundreds of thousands of dollars for the individual entities I represented.

### Education

MBA, Finance, National University, Sacramento, CA, 1985
BS, Business Administration, University of Redlands, Redlands, CA, 1980
Cumulative GPA: 3.79

### Credentials and Licenses

Lifetime Teaching Credential, Community Colleges in Business
and Industrial Management, Banking, Finance, Insurance
License, Insurance Broker, All Lines, California 7/83 - 12/03
Fellow, L.U.T.C.

### Languages

Bi-lingual, English and Spanish; Simultaneous translation

### Professional Affiliations

Board member, DOJ AHEAD
Board Member, Hispanic American Police Command Officers Association, 1998 - 2000
Member: Mexican American Women's National Association,
Business and Professional Women,
League of United Latin American Citizens

### Volunteer Activities

Volunteer, Fundraising for many non-profit and educational
institutions, local, state and national political campaigns,
Campaign volunteer for many local, state and national elections.
Fundraising for Whitman Walker Clinic in Washington, DC through participation
in the Marine Corps Marathon for the past three years.


EXHIBIT E-69
PAGE 8 OF 82