# EXHIBIT 17

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| TINGTON, JOANNE M | [redacted] | 08/08/58 | 08/11/02 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 703 | PROMOTION NTE   08/11/04 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N3M | REG 335.102 COMP |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
SUPERVISORY STAFF ACCOUNTANT
0004        EJ275

**15. TO: Position Title and Number**
SUPV STAFF ACCOUNTANT
0001        JJ091

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 14 | 04 | 86,090.00 | PA | GS | 0510 | 15 | 01 | 92,060.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 77,225.00 | 8,865.00 | 86,090.00 | .00 | 82,580.00 | 9,480.00 | 92,060.00 | .00 |

**14. Name and Location of Position's Organization**
OFC OF THE ASST ATTNY GENERAL
OFFICE OF COMPTROLLER
FINANCIAL MGMT DIVISION
OJP FINANCIAL SERVICES BRANCH

**22. Name and Location of Position's Organization**
OFC OF THE ASST ATTNY GENERAL
OFFICE OF COMPTROLLER
TRAINING AND POLICY DIV

DJ JP0360400000000000    PP 16 2002

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1   0-None  2-Conditional  1-Permanent  3-Indefinite | | YES [ ]  NO [X] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Z5  BASIC-STANDARD-5X ADDITIONAL-5X FAM | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 09/11/93 | F  FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

**40. AGENCY DATA**

| 41. | 42. | 43. | 44. |
|---|---|---|---|
| SEX: F | CITZ: 1 | VET STAT: X | ED LV:17 YR:86 INST PRG:520301 |

**45. Remarks**
SELECTED FROM JP-02-034-LS  DATED 7/16/02.

EXHIBIT E-6K
PAGE __ OF __

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/OJP | [signature]  AUTHORIZED OFFICIAL |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| DJ JP | 3466 | 08/20/02 | |

3-Part  50-315

Editions Prior to 7/91 Are Not Usable After 6/30/
NSN 7540-01-333-62