# EXHIBIT 18

| REASON FOR THIS POSITION | | | POSITION DESCRIPTION COVER SHEET  JJ091 |
|---|---|---|---|
| 1. NEW | 2. IDENTICAL ADDITION TO THE ESTABLISHED PD NUMBER | 3. REPLACES PD NUMBER   X   IJ | |

## RECOMMENDED

| 4. TITLE | 5. PAY PLAN | 6. SERIES | 7. GRADE |
|---|---|---|---|

| IKING TITLE (Optional)   Director, Training and Policy Division | 9. INCUMBENT (Optional) |
|---|---|

## OFFICIAL

**10. TITLE**

Supervisory Staff Accountant

| 11. PP | 12. SERIES | 13. FUNC | 14. GRADE | 15. DATE | | | 16. I/A | | 17. CLASSIFIER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | MONTH | DAY | YEAR | | | |
| GS | 0510 | 00 | 15 | 03 | 30 | 99 | Yes | x No | |

## 18. ORGANIZATIONAL STRUCTURE (Agency/Bureau)

| 1st  Department of Justice | 5th  Training and Policy Division |
|---|---|
| 2nd  Office of Justice Programs | 6th |
| 3rd  Office of the Assistant Attorney General | 7th |
| 4th  Office of the Comptroller | 8th |

## SUPERVISOR'S CERTIFICATION

I certify that this is an accurate statement of the major duties and responsibilities of the position and its organizational relationships and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds and that false or misleading statements may constitute violations of such statute or their implementing regulations.

| 19. SUPERVISOR'S SIGNATURE | 20. DATE  4-1-99 | 22. SECOND LEVEL SUPERVISOR'S SIGNATURE | 23. DATE  4-1-99 |
|---|---|---|---|
| ERVISOR'S NAME AND TITLE  James J. McKay  Deputy Comptroller | | 24. SECOND LEVEL SUPERVISOR'S NAME AND TITLE  Cynthia J. Schwimer  Comptroller | |

## FACTOR EVALUATION SYSTEM

| FACTOR | 25. FLD/BMK | 26. POINTS | FACTOR | 25. FLD/BMK | 26. POINTS |
|---|---|---|---|---|---|
| 1. Knowledge Required | | | 6. Personal Contacts | | |
| 2. Supervisory Controls | | | 7. Purpose of Contacts | | |
| 3. Guidelines | | | 8. Physical Demands | | |
| 4. Complexity | | | 9. Work Environment | | |
| 5. Scope and Effect | | | 27. TOTAL POINTS ▶ | | 27. |
| | | | 28. GRADE ▶ | | 28. |

## CLASSIFICATION CERTIFICATION

certify that this position has been classified as required by Title 5, US Code, in conformance with standards published by the OPM or, if no published standard applies lirectly, consistently with the most applicable published standards.

| 9. SIGNATURE   Angela McGuirl | 30. DATE  4/5/99 |
|---|---|
| 1. NAME AND TITLE   Angela McGuirl  Personnel Management Specialist | |

| 2.      ARKS | 33. OPM CERTIFICATION NUMBER |
|---|---|

JJ091

EXHIBIT E-69
PAGE 1 OF   Form AD - 332 (Reverse) (4/86)

**Supervisory Staff Accountant**
**GS-510-15**

# INTRODUCTION

This position is that of Director, Training and Policy Division (TPD), Office of the Comptroller (OC), Office of Justice Programs (OJP). As such, the incumbent directs (1) nation-wide financial management training and technical assistance programs for OJP and DOJ grantees, as well as training and technical assistance for OJP offices and bureaus; (2) the integration of internal OJP and external financial management policy issues; and (3) the OC Customer Service Team, which provides technical assistance, financial management policy and guidance, problem-solving, and information distribution services to OJP and DOJ grantees nation-wide.

The incumbent has a direct relationship with senior management of all OJP bureaus and offices and senior executives of state and local governments, police departments, non-profit and for-profit grantee organizations.

## DUTIES AND RESPONSIBILITIES

Provides overall direction, coordination, and guidance, and establishes long-range strategic planning for the Division in providing state block grant agencies, subgrantees, and other discretionary grantee personnel a high degree of expertise in financial and grants management operations to ensure efficient fund flow mechanisms, cash management, internal controls, and to prevent waste, fraud, and abuse.

Directs and administers regionalized financial management training for OJP and DOJ grantees, including management of course development efforts, facilities and staff resources. Meets with senior management of OJP bureaus and offices and other Federal government offices to coordinate changes in course direction/content due to changes and growth in the grant programs, and to constantly assess operations and programs of the Agency.

Directs the integration of internal OJP and external financial management policy issues, including the development of policies and interpretations relating to government-wide financial requirements established by Act, OMB, and other Federal agencies. Included are matters of allowable, allocable and reasonable costs, grantee contributions, use of confidential funds, cash management, and grantee and subgrantee accounting systems and audits. Directs and manages the semi-annual updates to the OJP Financial Guide.

Directs the development and implementation of DOJ-wide policies and procedures that implement laws relating to the areas of Drug-Free Workplace Act requirements, debarment, debt collection, and lobbying restrictions.

EXHIBIT 5-6a
PAGE 2 OF 6

**Supervisory Staff Accountant**
**GS-510-15**

Directs the management of services provided by OC's Customer Service Team, which includes the development and implementation of the OC Customer Service Line, ensuring timely response to grantees is provided regarding specific financial management policy questions, and the development of new and innovative procedures.

Directs the development and delivery of training and technical assistance for DOJ and grantee staff, ensuring that Division management identifies grant-related problem trends, through surveys and input from prior Financial Management Training Seminars, and integrates appropriate changes into policy/procedures for training and technical assistance.

Directs the technical assistance response provided to OJP and DOJ grantees and program offices, which includes state and local governments, non-profit organizations, and for-profit organizations. Directs the technical assistance that is required for sensitive grantee sites based on incumbent's expertise in conducting these highly complex assignments.

Conceptualizes and directs the implementation of state-of-the-art delivery mechanisms for training, technical assistance, and policies/procedures.

Directs the development and implementation of internal and external training for OC career staff, which includes the use of the Individual Development Plans for each employee.

Provides reports and briefings on management initiatives to senior Comptroller and other OJP and DOJ management officials.

Serves as liaison for DOJ/OJP with various other Federal agencies, such as the Joint Financial Management Improvement Program, the Office of Management and Budget, and other Federal grant projects on critical financial and grants management improvement programs.

Monitors and assesses the results of the above efforts and implements a constant improvement work environment.

As an integral part of the management team, the incumbent of this position is responsible for carrying out the mission of the organization in the most economical manner, using the precepts of sound management practice and operating within the confines of the merit system. This includes developing a sensitivity to the goals and objectives of supervised employees; communicating the goals and objectives of the organization to supervised employees; administering leave; evaluating performance and counseling employees on career goals; being alert to training and development opportunities for employees; developing job performance standards and assisting employees to reach an acceptable level of competence; actively participating in the Equal Employment Opportunity Program with emphasis on carrying out action items cited in the current Affirmative

**Supervisory Staff Accountant**
**GS-510-15**

Action Plan and, where applicable, adhering to the provisions of any negotiated contracts with labor organizations.

Performs other related duties as assigned.

**Factor 1.  Knowledge Required for the Position**

Professional knowledge of the mission of OJP, its history, policies, procedures, priorities, and objectives.

Professional knowledge of accounting practices, principles, concepts, and theories, plus the ability to apply such knowledge in administering a wide variety of complex accounting and administrative controls and in providing financial management reviews and technical assistance.

Comprehensive knowledge of a wide range of management and administrative concepts, principles, and practices in order to solve problems in overall program management.

Professional knowledge and skills sufficient to plan, conduct, coordinate, and evaluate a national strategy for financial and grants management training and technical assistance.   Experience in developing, planning, and implementing training programs and initiatives for a national level audience.

Expert technical knowledge of grant-making requirements of DOJ/OJP, as well as grant-related practices of state and local governments, in order to develop policy and interpret financial requirements established by Act, OMB, and other Federal agencies.

Professional knowledge and experience in communications, both oral and written, in order to plan, manage, and coordinate OJP's financial management training and policy development initiatives.

**Factor 2.  Supervisory Controls**

Using broad policy guidance from the Comptroller and Deputy Comptroller, the incumbent plans, directs, and manages OJP's financial management training and policy development operations.  The incumbent defines objectives and independently plans, designs, and carries out the work to be done.  Completed assignments are considered technically authoritative; the most appropriate treatment for the application; and are accepted without significant changes.  Review of work covers such matters as fulfillment of program objectives and the effect of advice on OJP's overall program.  Recommendations for new procedures and methods of operation are evaluated in light of the availability of funds, personnel, and equipment capabilities, and other resources and

**Supervisory Staff Accountant**
**GS-510-15**

priorities.

**Factor 3.  <u>Guidelines</u>**

Guidelines include generally accepted accounting practices, General Accounting Office, Treasury, and OMB directives, basic DOJ and OJP enabling legislation, and other laws and regulations governing the administration of grant programs.  The incumbent uses judgment and ingenuity in interpreting the intent of legislation and broad program objectives to develop financial management accounting policies.  The incumbent is recognized as the technical authority in the field of grants administration with responsibility for the development of policies, as well as standards and guidelines.

**Factor 4.  <u>Complexity</u>**

Duties and responsibilities are complex and involve a broad range of critical nation-wide grant programs.  The incumbent independently resolves complex or precedent-setting situations or problems through interpretation and implementation of laws and regulations, and consideration of management goals.  Decisions regarding what needs to be done require extensive probing and analysis and involve issues which cross-cut DOJ agencies, other Federal entities, and state and local governments.  The work requires establishing and administering programs of critical importance to the mission of OJP and the Department.

**Factor 5.  <u>Scope and Effect</u>**

The incumbent is responsible for directing tasks that are essential to completing OJP's mission.  The incumbent must continuously review and interpret new grant-making rules and regulations and conceptualizes and promulgates additional financial management procedures and policies relating to the administration of DOJ grant programs.

The incumbent directs the development of new financial management policies, procedures, instructions, and directives and conducts critical, in-depth reviews of all past financial management activities.  The financial management support provided by the incumbent has a critical impact on the successful management of OJP grant program functions; shapes and controls the direction of the grant programs and operations over a number of years; and influences management decisions regarding implementation of new grant programs.  Ensures the integration of the Policy Branch and Training Branch efforts, resulting in the development of wide ranging policies and procedures, which affects the overall financial integrity of OJP.

**Supervisory Staff Accountant**
**GS-510-15**

**Factor 6.  Personal Contacts**

Contacts are within the Office of the Comptroller; with Presidential appointees, managers and operating officials at all levels of OJP; with high-ranking program and financial policy officials in the Department of Justice and other Federal agencies; and with high- ranking state and local grant recipients and for-profit and non-profit Boards, Chief Financial Officers, and Chief Executive Officers.

**Factor 7.  Purpose of Contacts**

The incumbent serves as the principal contact within OJP in planning, coordinating, implementing, and interpreting OJP's financial management policies and procedures.  Contacts with program, administrative, and/or financial managers having policy-making authority are to provide technical expertise, information, and advice;  to provide overall direction in the implementation of regulatory agency and Congressional mandates; and to develop solutions and alternatives to long-range issues or problems.   The incumbent serves as the agency representative on various interagency task forces to develop rule-makings for government-wide implementation of new requirements.

Contacts with state and local government, for-profit, and non-profit grant recipients are to provide training, technical assistance, financial interpretations, and resolve matters involving significant or controversial grant financial management issues.

**Factor 8.  Physical Demands**

The duties of this position require no special or unusual physical demands.

**Factor 9.  Work Environment**

The incumbent normally works in an office environment.   Frequent travel may be required.

EXHIBIT *E-6a*
PAGE _6_ OF _6_