# EXHIBIT 19


Joanne Suttington, CPA

RECEIVED

June 18, 2002

Comptroller Cynthia Schwimer
Department of Justice
Office of Justice Programs
Office of the Comptroller
Washington, DC

Dear Comptroller Schwimer:

Attached is my application for the Supervisory Staff Accountant, GS-15 position. As reflected in the application, my background, education, and experience substantiate my qualifications for the Division Director's position.

Specifically, I have over ten years of experience in applying accounting and auditing techniques, managing and directing departmental operations, and reviewing indirect cost allocation plans. Additionally, I am a Certified Public Accountant with a Master of Accountancy and five years of public accounting experience in performing financial, compliance, internal control, and performance audits.

During my six years tenure with OJP, I have had the opportunity to spearhead many special projects including the development of our in-house indirect cost training section. Also, I have assisted the monitoring division with the performance of on-site technical assistance and the responses to audit follow-up queries. As an accomplished Manager in FMD, I have directed my staff in meeting critical deadlines and fulfilling the demands of our program offices.

I appreciate the opportunities and advancements that you have previously granted to me with the Office of the Comptroller. I believe that the Division Director's position is the next level of progression in my professional career with OJP. Having the opportunity to serve as "Acting Director" in the absence of my Director has prepared me for this position. I look forward to utilizing my expertise in this capacity. My office phone number is (202) 305-2122.

Sincerely,

Joanne Suttington, CPA
FMD Manager

attachment 3 - KSAs
other attachments

EXHIBIT E-6h
PAGE 1 OF 30

Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| Supervisory Staff Accountant | GS-510-15 | JP-02-034-LS |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| Suttington | Joanne Marie | ██████ |

| 6 Mailing address | 7 Phone number (include area code) |
|---|---|
| ██████ | Daytime (202)305-2122 |
| City ██████   State ██████   ZIP Code ██████ | Evening ██████ |

## WORK EXPERIENCE

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

1) Job title (if Federal, include series and grade)

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
|  |  |  |  |  |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
|  |  |

Describe your duties and accomplishments

See attachment.

2) Job title (if Federal, include series and grade)

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
|  |  |  |  |  |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
|  |  |

Describe your duties and accomplishments

See attachment.

EXHIBIT E-6h
PAGE 2 OF 30

This form was electronically produced by Elite Federal Forms, Inc.

Optional Form 612 (September 1994)
U.S. Office of Personnel Management

**9** May we contact your current supervisor?  YES [X]  NO [ ] ▶ If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

**10** Mark highest level completed.  Some HS [ ]  HS/GED [ ]  Associate [ ]  Bachelor [ ]  Master [X]  Doctoral [ ]

**11** Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.

Sumner High, Kansas City, KS 66101 Diploma, 1976

**12** Colleges and universities attended. Do **not** attach a copy of your transcript unless requested.

| Name | | | Total Credits Earned | | Major(s) | Degree (if any) | Year Received |
|---|---|---|---|---|---|---|---|
| | | | Semester | Quarter | | | |
| 1) Benedictine College | | | | | | | |
| City | State | ZIP Code | 125 | | Math & Accounting | BA | 1979 |
| Atchison | KS | 66002 | | | | | |
| 2) University of Missouri - Kansas City | | | | | | | |
| Kansas City | MO | 64110 | 45 | | Accounting | Master | 1986 |
| 3) Strayer | | | | | | | |
| Washington, D.C. | | | 36 | | Programming | Dipl. | 1997 |

## OTHER QUALIFICATIONS

**13** Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.). Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards). Give dates, but do **not** send documents unless requested.

See attachment.

## GENERAL

**14** Are you a U.S. citizen?   YES [X]  NO [ ] ▶ Give the country of your citizenship. _____

**15** Do you claim veterans' preference?  NO [X]  YES [ ] ▶ Mark your claim of 5 or 10 points below.
5 points [ ] ▶ Attach your DD 214 or other proof.   10 points [ ] ▶ Attach an *Application for 10-Point Veterans' Preference* (SF 15) and proof required.

**16** Were you ever a Federal civilian employee?  NO [ ]  YES [X] ▶ For highest civilian grade give:  Series 510  Grade 14  From (MM/YY) 10/99  To (MM/YY) 08/01

**17** Are you eligible for reinstatement based on career or career-conditional Federal status?  NO [ ]  YES [X] ▶ If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

**18** I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE _____   DATE SIGNED 6/18/02

EXHIBIT E-6h
PAGE 3 OF 30

Joanne M. Suttington, CPA
Supervisory Staff Accountant                                   #JP-02-034-LS
Attachment 1 (page 1 of 4)                                      06/18/02

8.  **WORK EXPERIENCE**

1)  Supervisory Staff Accountant/Manager                 Grade: GS 510-14-4
    From: 10/99  To:    Present      $82,000            40 hours per week
    Supervisory Staff Accountant                         Grade: GS 510-13.6
    From: 01/98  To:    10/99 t      $67,000            40 hours per week
    Supervisor:   Larry Hailes                           (202) 514-7925

    Staff Accountant                                     Grade: GS 510-12.10
    From: 07/96  To:    01/98        $59,000            40 hours per week
    Supervisor:   Jim McKay                              (202) 616-2687

    Department of Justice Office Programs                810 7th N.W.
    Office of Justice Programs                           Washington, D.C.

    **Supervisory Staff Accountant/Manager**
    Provide leadership and guidance to supervisors and staff accountants in performing financial reviews of grant applications, in reviewing and approving indirect cost allocations, and in performing their overall duties and responsibilities. Develop policies and procedures in implementing our departmental goals and objectives. Encourage employees to seek improvements in customer satisfaction, reduced costs, improved quality, and faster response time. Coordinate with OJP Bureaus/Offices, the Department of Justice, and other Federal agencies in the development financial and grant management policies and procedures. Provide technical assistance and expert advice to grantees and program offices. Draft responses to audit follow-up queries, program office solicitations, grantee's questions. Periodically, serve as "Acting Director."

    **Supervisory Staff Accountant:**
    Reviewed staff work for accuracy prior to final approval, ensuring that staff work is not returned for correction. Trained and guided new staff in developing their skills to analyze budgets and negotiate indirect cost agreements. Prepared status reports for management to keep them abreast of the daily activities and progress of the department. Frequently, made recommendations to improve performances of the department, as well as the individual analyst. Occasionally, served as "Acting Manager."

EXHIBIT E-6h
PAGE 4 OF 30

Joanne M. Suttington, CPA  
Supervisory Staff Accountant  #JP-02-034-LS  
Attachment 1 (page 2 of 4)  06/18/02

8. **WORK EXPERIENCE** (*continued*)

**Staff Accountant:**
Analyzed, reviewed, and approved budget proposals for discretionary grants. Researched complex technical issues and implemented recommendations for improvement. Assisted in facilitating seminars for grantees. Served as "Acting Supervisor." Trained new staff. Prepared written reports to the Comptroller, Program Directors, and grantee management. Developed office policies and procedures.

**Accomplishments:**
* Developed a combined financial report, incorporating elements from the SF 269A, SF 269, SF 272A and SF 272.
* Drafted revisions of various cost principles in the OMB Circulars A-122, 87 and 21, in fulfilling the requirements of Public Law 106/107.
* Received a Cash Award for the revision of the OC Financial Guide, 1998.
* Received Cash Awards for "Outstanding Performances" in 1997, 2000, 2001, and 2002.
* Developed and presented training curriculum for new staff accountants.
* Revised the OC Financial guide for the grantees.
* Developed audit programs for on-site and desk reviews.
* Participated in seminars for grantees and program offices.
* Prepared a financial fact sheet for distribution to the grantees.
* Created operating procedures.

2) Unemployed  
   From: 1/96   To: 7/96   Federal Agency Closed.

3) **Accountant-Oversight Manager**   Grade: LG 510-13.2  
   From: 02/93   To: 12/95   $66,737 per year   40 hours per week

Resolution Trust Corporation (RTC)   Supervisor: James Newcomb  
808 17th NW, Washington, D.C. 20006   Phone number: (202) 416-2750

Supervised and managed Certified Public Accounting (CPA) firms in performing audits of property managers, asset managers, and special projects. Coordinated and conducted meetings with RTC management, CPA firms, attorneys, and contractors. Analyzed and approved audit reports, audit programs, and contract proposals. Reviewed and analyzed budget variances. Coordinated large aspects of the reviews, including interviewing contractors, gathering data, reviewing records, analyzing data, identifying deficiencies, and evaluating contractors' operations. Prepared "Scoping Review" reports and summaries.

EXHIBIT E(b)  
PAGE 5 OF 30

Joanne M. Suttington, CPA
Supervisory Staff Accountant
Attachment 1 (page 3 of 4)

#JP-02-034-LS
06/18/02

**8.   WORK EXPERIENCE** (*continued*)

    **Accomplishments:**
* Received Special Achievement Award for sustained superior performance.
* Reported over $500,000 in questioned costs.
* Managed nine engagements simultaneously, with the national norm being three.
* Trained and assisted five new staff members.
* Recognized as "Employee of the Month" for a textbook documentation of a review.
* Established quality control program for internal files.

**4)   Senior Auditor**
    From: 04/88   To: 02/93                          40 hours per week

Ralph C. Johnson & Co., CPAs                        Supervisor: Effie Clay
106 W. 11th, Kansas City, MO 64105              Phone number: (816) 472-8900

Performed audits in accordance with generally accepted auditing standards, generally accepted government auditing standards, and the Office of Management and Budget Circulars A-128 and A-133. Supervised three staff auditors. Trained staff to operate various computer software programs, including Lotus, WordPerfect, Peachtree, Preaudit, and Accountants' Trial Balance. Prepared tax returns for corporations, non-profit entities, partnerships, and individuals. Compiled financial projections and analyses. Drafted and issued audit reports on financial statements, internal control, and compliance with federal laws and regulations.

    **Accomplishments:**
* Resolved outstanding conflict, resulting in $89,000 savings for client.
* Developed audit program that increased productivity by 50%.
* Projected water-study evaluation for Black & Vetch, Engineering Firm.
* Assisted KPMG Peat Marwick, CPAs and Cochran & Head, CPAs in performing audits.

Joanne M. Suttington, CPA  
Supervisory Staff Accountant  #JP-02-034-LS  
Attachment 1 (page 4 of 4)  06/18/02

## 8. WORK EXPERIENCE (continued)

5) Summary of positions held more than 10 years ago and various part-time jobs.

    a) **Budget Facilitator** *(part-time)*      From: 10/94 To: 05/95  
        City Mission Vision      Kansas City, KS

Facilitated budget seminars for potential homeowners. Created, designed, and prepared all materials for the workshops. Provided participants with financial guidance and assisted them with personal budget preparations.

    b) **Accounting Team Leader**      From: 06/86 To: 04/88  
        System Telephone Services      Kansas City, MO

Designated as National Account Representative for international and domestic clients. Resolved and researched billing discrepancies. Communicated with National Office about the final resolution of invoice discrepancies. Supervised eight employees.

    c) Completed graduate studies.      From: 08/85 To: 05/86

    d) **Chief Accountant**      From: 05/85 To: 08/85  
        C. L. Fairley Construction Co.      Kansas City, KS

Managed accounting operations with gross receipts in excess of $10 million. Prepared federal, state, local and payroll tax returns. Supervised bookkeeper in maintaining records of subsidiary company.

    e) **TEFRA Coordinator**      From: 05/83 To: 03/85  
        DST, Inc.      Kansas City, MO

Supervised eight staff in tax return preparation. Coordinated with the Internal Revenue Services in implementing policies and procedures. Reconciled and managed money market funds, stocks, and bonds. Facilitated seminars to train management and staff in tax laws and regulations.

    f) Positions held several years ago;      From: 09/71 To: 05/83  
        And during college and high school

Cashier, Special Service Engineer Manager, Library Aide, Meter Reader Clerk, Waitress, Tutor, Switchboard Operator.

EXHIBIT E(6h)  
PAGE 7 OF 30

**Joanne M. Suttington, CPA**  
**Supervisory Staff Accountant**  
Attachment 2 (page 1 of 2)

#JP-02-034-LS  
06/18/02

13. **OTHER QUALIFICATIONS**

**TRAINING:**

| | |
|---|---|
| Providing Superior Customer Service | 1999 |
| Performance Management | 1999 |
| Supervisory Training | 1998 |
| OMB A-133 Revised | 1997 |
| UNIX | 1997 |
| C++ & C Programing | 1997 |
| Powerpoint | 1997 |
| Microsoft Access | 1997 |
| Financial Management | 1996 |
| Effective Writing | 1996 |
| Audit Supervision | 1995 |
| Contract: Claims and Dispute | 1995 |
| Audit Follow-Up | 1995 |
| Fraud, Detection, & Response | 1994 |
| Contract Oversight Management | 1993 |
| Freelance | 1993 |
| Paradox | 1993 |
| Contract Administration | 1993 |
| Fundamentals of Contracting | 1993 |
| Audits for receivership | 1993 |

**SKILLS:**

Current managerial experience and occasional acting director experience.
Familiar with Spanish.
Proficient in operating computers and knowledgeable in Lotus 123, WordPerfect, Oracle, FINCAP, and other software programs.
Trained in developing and designing computer programs for UNIX, C, and Oracle.
Know 10 key by touch.
Type 50 wpm.

**LICENSES:**                                                Certified Public Accountant


EXHIBIT E-6h
PAGE 8 OF 30


**Joanne M. Suttington, CPA**  
**Supervisory Staff Accountant**  
**Attachment 2 (page 2 of 2)**

#JP-02-034-LS  
06/18/02

## HONORS, AWARDS AND SPECIAL ACHIEVEMENTS:

| | | |
|---|---|---|
| Cash Awards - Overall Performances | OJP | 09/00, 10/01 & 05/02 |
| Cash Award - Sustained Superior Performance | OJP | 10/99 |
| Cash Award - Special Project | OJP | 02/98 |
| Cash Award - Performance | OJP | 10/97 |
| Employee of the Month | RTC | 09/94 |
| Special Achievement Award | RTC | 03/94 |
| Most Outstanding Accounting Student | Benedictine College | 09/79 |
| Who's Who Among Outstanding American High School Students | | 05/76 |
| National Honor Society | | 05/70 - 05/76 |
| Miss All Around Junior | | 05/75 |

**Volunteer Work**

Financial Assistant for the District of Columbia Bible Institute
Member of the Principal Advisory Committee
Church Financial Secretary
PTA - City Council member, former
American Institute of Certified Public Accountants - former member
National Association of Black Accountants - former Vice President, Treasurer, and Community Development Chairperson
March of Dimes WalkAmerica - former Team Captain
Junior Achievement - former Teacher/Consultant
YMCA Youth Services - former member of the Board of Directors

EXHIBIT 6-6b
PAGE 9 OF 30