# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

- - - - - - - - - - - - - - x
                            :
ADA GONZALES               :
                            :
         Plaintiff,        :
                            :
    v.                     :
                            :   CIVIL ACTION NO. 07-0676(PLF)
MICHAEL B. MUKSASEY        :
Attorney General of the    :
United States,             :
                            :
         Defendant.        :
                            :
- - - - - - - - - - - - - - x

COPY

Washington, D.C.

Monday, July 21, 2008

Deposition of

MICHAEL WILLIAMS

a witness of lawful age, taken on behalf of the Defendant in the above-entitled action, before Paula J. Homann, Notary Public in and for the District of Columbia, in the law office of Kator, Parks & Weiser, PLLC, 1200 18th Street, N.W., Suite 1000, Washington, D.C. 20036-2506, commencing at 10:16 a.m.

DIVERSIFIED REPORTING SERVICES, INC.

(202) 467-9200

Page 4

1       P R O C E E D I N G S

2   Whereupon,

3                    MICHAEL WILLIAMS

4   a witness, called for examination by counsel for the

5   Plaintiff, was duly sworn, and was examined and testified as

6   follows:

7            THE REPORTER:  Will you please state and spell

8   your full name for the record.

9            THE WITNESS:  My name is Michael Williams.

10  That's M-I-C-H-A-E-L  W-I-L-L-I-A-M-S.

11           THE REPORTER:  Thank you.

12           EXAMINATION BY COUNSEL FOR THE PLAINTIFF

13           BY MR. KATOR:

14       Q   **Mr. Williams, where are you currently employed?**

15       A   I'm currently employed at the office of justice

16  programs in the office of the chief financial officer.

17       Q   **Have you ever been deposed before?**

18       A   No.  Well, explain that to me.  Make sure --

19       Q   **Sat in a deposition like this before?**

20       A   Yes, I have.

21       Q   **Okay.  When was that?**

22       A   Unfortunately, I can't remember the actual date.

1    Q    Okay. So she, Ms. Gonzales, made a decision
2  about the workload and staffing of the office, and you were
3  unhappy with that decision?
4    A    I guess if I was unhappy, I mean she made a
5  decision about the workload in the office, yes.
6    Q    The staffing.
7    A    Yes, the staffing.
8    Q    Someone needed to be there?
9    A    Uh-huh.
10   Q    And she said it doesn't need to be you, but I
11 need somebody?
12   A    No. She told me she needed a trainer and a
13 policy person.
14   Q    Okay.
15   A    Uh-huh.
16   Q    A trainer and a policy person. And so you went
17 to the other trainer and the other trainer said, no, I've got
18 stuff already planned that day?
19   A    She had a ad hoc, another program. She had
20 training also. We called it an ad hoc if it's not ours. If
21 it's for a program office, we normally call it an ad hoc.
22 She was already scheduled to go out and do another training.