# EXHIBIT 21

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

- - - - - - - - - - - - - - x
                            :
ADA GONZALES               :
                            :
            Plaintiff,      :
                            :
      v.                    :
                            : CIVIL ACTION NO. 07-0676(PLF)
MICHAEL B. MUKSASEY         :
Attorney General of the     :
United States,              :
                            :
            Defendant.      :
                            :
- - - - - - - - - - - - - - x

COPY

Washington, D.C.

Monday, July 21, 2008

Deposition of

LARRY HAILES

a witness of lawful age, taken on behalf of the Defendant in the above-entitled action, before Paula J. Homann, Notary Public in and for the District of Columbia, in the law office of Kator, Parks & Weiser, PLLC, 1200 18th Street, N.W., Suite 1000, Washington, D.C. 20036-2506, commencing at 11:40 a.m.

//

```
 1                     P R O C E E D I N G S

 2   Whereupon,

 3                         LARRY HAILES

 4   a witness, called for examination by counsel for the

 5   Plaintiff, was duly sworn, and was examined and testified as

 6   follows:

 7              THE REPORTER:  Will you please state and spell

 8   your full name for the record.

 9              THE WITNESS:  Larry Hailes, L-A-R-R-Y  H-A-I-L-

10   E-S.

11              THE REPORTER:  Thank you.

12           EXAMINATION BY COUNSEL FOR THE PLAINTIFF

13              BY MR. KATOR:

14      Q    Hi, Mr. Hailes.  I'm Mike Kator.

15      A    How are you?

16      Q    How are you today?

17      A    Good, thanks.

18      Q    Sorry to make you wait out there.  We're here to

19   talk about Ada Gonzales.  You know Ada?

20      A    I do.

21      Q    Okay.  Have you been deposed before?

22      A    I have.

23      Q    What circumstances were you deposed before?
```

```
 1    correct.  I think you asked me about complaints from staff

 2    about her.

 3         Q    Yeah.

 4         A    I did not receive any complaints from staff

 5    about her, no.

 6         Q    Well, from anybody else, though?

 7         A    Well, we had a complaint about her performance

 8    from the director of the community-oriented policing services

 9    office because whereas she was assigned to --

10         Q    Who was that?

11         A    That gentleman's name was Ralph Justus.  It was

12    J-U-S-T-U-S.

13         Q    And what was his complaint?

14         A    He met with Ms. Schwimer and myself and he --

15    his complaint was that the work was not being completed

16    timely and again the responsiveness wasn't what it should be,

17    and he requested that we remove her from the position.

18         Q    And when was that?

19         A    The exact month, I can't tell you, but it would

20    have been sometime between March 1999 and March 2000.

21         Q    And what did you do?

22         A    We -- at the time we talked with Mr. Justus and

23    we advised him that we did not wish to remove Ms. Gonzales
```

Page 18

```
 1    from the position at that time, but that I would work more

 2    closely with her to improve her performance.

 3         Q    Well, you told me that during that period of

 4    time that her performance was satisfactory or I didn't

 5    remember your exact words.

 6         A    That's correct.

 7         Q    So was it your view that her performance needed

 8    improvement?

 9         A    Well, my evaluation of her performance was that

10    it was satisfactory.  Mr. Justus's evaluation of her

11    performance was something different.  So when he made his

12    complaints known to myself and Ms. Schwimer, again, our

13    response to that was to have me work more closely with Ms.

14    Gonzales.

15         Q    And in working more closely with Ms. Gonzales,

16    did that change her performance in any way?

17         A    Yes, it did.

18         Q    How so?

19         A    Well, what I did was I met with her more

20    frequently and I actually had her provide, you know, more

21    update in terms of the status of the work to make sure that

22    things were on track.  So by monitoring her performance it

23    did improve some.
```