UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADA GONZALES, </br></br>Plaintiff, </br></br></br></br>MICHAEL B. MUKASEY </br>Attorney General </br>of the United States, </br></br>Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )  Civil Action No. 07–0676 (PLF) |

## ORDER

Upon consideration of the Defendant's Motion for Summary Judgment, the Plaintiff's OppositioN, and the record as a whole, it is hereby

ORDERED that the Defendant's Motion for Summary Judgment is DENIED.

So ORDERED this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE