## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ADA L. GONZALES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0676 (PLF) |
| | ) | |
| **MICHAEL B. MUKASEY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for an enlargement of time until February 20, 2009, to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Defendant's Reply is currently due February 2, 2009.

The additional time is needed because counsel and Agency Counsel have been unable to complete the discussion and coordination necessary for the filing of Defendant's Reply.

Accordingly, it is respectfully requested that Defendant shall have up to and including February 20, 2009, to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
Assistant United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_ /s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224