**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ADA L. GONZALES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-0676 (PLF)** |
| | ) | |
| **MICHAEL B. MUKASEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

  UPON CONSIDERATION of Defendant's Unopposed Motion for Enlargement of Time,

and for good cause shown, it this _____ day of _____, 2009

  ORDERED that Defendant's Unopposed Motion should be, and it hereby is, granted; it is

further

  ORDERED that Defendant shall file its Reply to Plaintiff's Opposition to Defendant's

Motion for Summary Judgment by February 20, 2009.


_____
DATE

_____
UNITED STATES DISTRICT JUDGE


Copies to:

Counsel via ECF