UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADA GONZALES, )<br>　)<br>　Plaintiff )<br>　)<br>　　　v. )<br>　)<br>MICHAEL B. MUKASEY )<br>　Attorney General, )<br>　United States Department of Justice, )<br>　)<br>　Defendant. )<br>　) | Civil Action No. 07–0676 (PLF) |

**NOTICE OF WITHDRAWAL OF COUNSEL ADRIENNE TRANEL**

Please withdraw the appearance of Adrienne Tranel, Bar No, 502502, as Plaintiff's counsel.  Michael Kator and Cathy Harris of this office will continue to represent Plaintiff.

Respectfully submitted,

_____/s/_____
Cathy A. Harris, Bar No. 467206
KATOR, PARKS & WEISER, P.L.L.C.
1200 18th Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 898-4800

Date:  January 29, 2009