## APPENDIX

| | |
|---|---|
| Exhibit 1 | Transcript of April 11, 2005, EEOC Hearing |
| Exhibit 2 | Deposition of Cynthia Schwimer on July 17, 2008 |
| Exhibit 3 | Affidavit of Lisa Shipe |
| Exhibit 4 | Affidavit of Susie Somuah-Gyamfi |