# Exhibit 1

# Transcript of April 11, 2005, EEOC Hearing

BEFORE THE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

- - - - - - - - - - - - - - - - x
                                 :
ADA GONZALES,                    :
                                 :
            Complainant,         : EEOC No. 100-
                                 :    2003-08223X
    v.                           :
                                 : Agency No.
ALBERTO GONZALEZ, ATTORNEY       :   JP-0203
GENERAL, DEPARTMENT OF JUSTICE,  :
                                 :
            Agency.              :
- - - - - - - - - - - - - - - - x



                    EEOC Washington Field Office
                    Suite 200
                    1400 L St., N.W.
                    Washington, D.C.   20005

                    Monday, April 11, 2005


        THE HEARING in the above-entitled matter
commenced at 9:15 a.m., pursuant to notice.


BEFORE:

        GLADYS COLLAZO, Administrative Law Judge

                Diversified Reporting Services, Inc.
                1101 Sixteenth Street, NW  Second Floor
                        Washington, DC  20036
                          (202) 467-9200

2

APPEARANCES:

   On Behalf of Complainant:

       MICHAEL J. KATOR, ESQ.
       SHANA N. BECKER, ESQ.
       Kator, Parks & Weiser, PLLC
       1020 19th Street, N.W., Suite 350
       Washington, D.C.  20036
       (202) 898-4800

   On Behalf of Agency:

       JASON P. COOLEY, ESQ.
       MARIE E. BURKE, ESQ.
       Office of the General Counsel
       Office of Justice Programs
       810 Seventh Street, Fifth Floor
       Washington, D.C.  20531

   Also Present:

       Ingrid Sausjord, Esq., Department of Justice
       Rafael Alberto Madan, Esq., Department of
         Justice
       Jessica Mols, Law Clerk/Intern
       Rosemary Carradini (Agency/training)
       Phillip Merkle (Agency/training)

3

## C O N T E N T S

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Ada Gonzales | 13 | 48 | 71 | -- |
| Patricia Cuffee | 73 | 82 | -- | -- |
| Cynthia Schwimer | 86 | 107 | -- | -- |
| Michael Williams | 121 | 136 | 143 | -- |
| Joanne Suttington (via telephone) | 146 | 151 | 152 | -- |
| Andrea McIntosh | 154 | 157 | -- | -- |

| COMPLAINANT'S EXHIBITS: | MARKED | RECEIVED |
|---|---|---|
| (None.) | | |

| AGENCY EXHIBITS: | | |
|---|---|---|
| 1 - Schwimer email, 5/17/02 | 120 | 120 |

JOINT EXHIBITS:

(None.)

**Diversified Reporting Services, Inc.**
1101 Sixteenth Street, NW  Second Floor
Washington, DC  20036
(202) 467-9200

67

1    manager in training and policy to the Financial

2    Management Division as a branch manager.  Instead, the

3    comptroller transferred me to team supervisor position,

4    which is one level down, to the monitoring division.

5    And while it was the same grade, I felt it was a

6    demotion.

7          It was a demotion, because; I was denied access

8    to systems and meetings and various other things that

9    managers are afforded, and I was not -- at that point I

10   became a team supervisor in training and policy -- in

11   monitoring division.

12        Q    You began the monitoring division in October

13   2003?

14        A    Yes.

15        Q    In that capacity, you supervise other

16   employees?

17        A    Yes.

18        Q    A total of five employees, is that right?

19   Five OJP employees?

20        A    Yes.  Four or five at different times, because

21   one employee left.

22        Q    Okay.  And one of those employees is Andrea

68

1    McIntosh?

2        A    Yes.

3        Q    Okay.   So you became her supervisor in October

4    of 2003, is that right?

5        A    Yes.

6        Q    Okay.   Before that you had not supervised her?

7        A    No.

8        Q    If we can just go back to the issue of
9    performance evaluations for a moment.

10            When Travis McCrory compiled a performance

11   evaluation and gave you results achieved in every

12   category, you refused to sign that evaluation, is that

13   right?

14       A    Yes.

15       Q    Okay.   And you don't think that Joanne

16   Suttington fairly assessed your abilities, either, did

17   you?

18            JUDGE COLLAZO:   I'm sorry.   What's the

19   question?

20            MS. BURKE:   The question is whether Ms.

21   Gonzales believed that Joanne Suttington fairly

22   assessed her abilities.