# Exhibit 2

# Deposition of Cynthia Schwimer on July 17, 2008

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
                    CIVIL DIVISION


- - - - - - - - - - - - - - x
                            :
ADA GONZALES                :
                            :
          Plaintiff,        :
                            :
     v.                     :
                            : CIVIL ACTION NO. 07-0676(PLF)
MICHAEL B. MUKSASEY         :
Attorney General of the     :
United States,              :
                            :
          Defendant.        :
                            :
- - - - - - - - - - - - - - x
```

Washington, D.C.

Thursday, July 17, 2008

Deposition of

CYNTHIA SCHWIMER

a witness of lawful age, taken on behalf of the Defendant in the above-entitled action, before Paula J. Homann, Notary Public in and for the District of Columbia, in the law office of Kator, Parks & Weiser, PLLC, 1200 18th Street, N.W., Suite 1000, Washington, D.C. 20036-2506, commencing at 10:40 a.m.

APPEARANCES:

DIVERSIFIED REPORTING SERVICES, INC.

(202) 467-9200

1   Travis Mc --

2   A   McCrory.

3   Q   McCrory.

4   A   M-C-C-R-O-R-Y.

5   Q   About Ada?

6   A   Correct.

7   Q   As he is her supervisor, she is his subordinate?

8   A   Right.

9   Q   Do you recall anything specifically?

10  A   No, I'm sorry.

11  Q   And Elliott Brown, who is he?

12  A   He was my executive assistant and for a period
13  of time he acted in the director role.

14  Q   Acting director of?

15  A   Training and policy division.

16  Q   And what did he say?

17  A   I don't recall.

18  Q   Nothing specific or --

19  A   Not that I recall.

20  Q   All right. Now so I think I asked you if
21  Suttington had ever been acting director. You said no.

22  A   I'm not sure if she has or not.

23  Q   Okay. And Ada was also a branch manager at

1    A    Not by me.

2    Q    Okay.

3    A    I do not retaliate.  That's not who I am.

4    Q    Okay.  I appreciate that.  That may or may not

5 end up being the case, but I appreciate that that's your

6 statement.

7    A    Well, it is the truth.

8    Q    Okay.

9    A    It is the truth.

10    Q    Okay.

11    A    That's not who I am personally or

12 professionally.

13    Q    All right.

14    A    I respect people's rights.

15    Q    You said that Elliott Brown, you assigned him as

16 acting director; isn't that what you just said?

17    A    I believe he was acting director for a period of

18 time, yes.

19    Q    But he was not an accountant, was he?

20    A    I don't think so.

21    Q    In the 510 series, is that the accounting

22 series; do you know?

23    A    Right.  I don't believe he was a 510.

Page 39

1  Q    So he was as an acting director, he was
2  supervising other accountants but he himself was not an
3  accountant?

4  A    It was on a temporary basis. I'm not exactly
5  sure what the situation was. I just recall that he was
6  acting for a period of time.

7  Q    Okay. And in terms of -- I know I asked you
8  before about the, you know, the process and your involvement
9  -- who determined the area of consideration for the
10 selection?

11 A    I did.

12 Q    Okay. And why is it that you said just OJP-
13 wide?

14 A    Because I believe we had qualified candidates
15 within OJP.

16 Q    Was there an issue with FTEs?

17 A    Yes, I believe at that point in time, there
18 could have been an issue with regard to FTEs.

19 Q    What do you mean there could have been?

20 A    I don't recall the exact situation.

21 Q    Before you received the cert list, did you know
22 who at OJP had applied or in the office?

23 A    I don't believe so.

Page 40

1  Q    Was anybody other than office of comptroller
2  applying for that position?

3  A    I don't believe anybody but the office of the
4  comptroller people were on the cert.

5  Q    Right. You made it OJP-wide. Is that the
6  narrowest area of consideration it could have been?

7  A    Yes.

8  Q    Okay. But you don't know who had applied prior
9  to receiving the cert?

10 A    No.

11 Q    Do you know who applied who didn't make the
12 cert?

13 A    No.

14 Q    Do you know of anyone that didn't --

15 A    I don't know.

16 Q    In 2000 had McCrory applied and been on the
17 cert?

18 A    No, he wouldn't have needed -- well, I guess he
19 could have applied. I don't know that he applied. No, I'm
20 almost sure he didn't apply.

21 Q    So why was it then that you asked that he be
22 lateralled into the position?

23 A    Because he wanted experience and training in the

Page 41

1  policy division.  He had been director of monitoring for a
2  period of time and wanted the experience there.  He actually
3  wanted to be the director of each one of the divisions within
4  OC.

5   Q   Do you recall that Dudley Cutshaw's complaint
6  had something to do with hiring of sign language
7  interpreters?  Does that ring a bell?

8   A   That might have been.  Uh-huh.

9   Q   What was your involvement of hiring of sign
10 language interpreters?

11  A   I'm not sure.

12  Q   Would you have had any involvement in that?

13  A   I recall having a lot of involvement in sign
14 language interpreters in terms of who was going to -- you
15 know, making sure that we had accessibility for my employees
16 that had -- that were hearing impaired.  It was very
17 important to me to have those sign language interpreters
18 available.

19  Q   You said that Elliott Brown and McCrory had
20 these vague concerns about Ada.  Did you ever talk to Ada
21 about that?

22  A   I don't recall.

23  Q   Do you know if they ever talked to Ada about

Page 44

1     Q    Had you given any thought prior to the
2 certificate arriving as who you wanted to put in that
3 position?

4     A    I would have liked to have seen Maureen Smythe.

5     Q    She was on the certificate?

6     A    Yes.

7     Q    But you chose not to appoint her?

8     A    Correct.

9     Q    And why?

10     A    Because there were other more qualified people
11 on the list.

12     Q    Why did you think that -- well, did you think
13 that she was better qualified than Ada, Smythe?

14     A    I don't recall.  She wasn't the best qualified.
15 Joanne in my view was the best qualified for the reasons I've
16 already stated.

17     Q    Now you said that Ada's supervisors had kind of
18 made these vague comments about her, correct?

19     A    Correct.

20     Q    And but her performance appraisals were always
21 uniformly positive, weren't they?

22     A    I don't recall.

23     Q    You don't recall?