# Exhibit 3

# Affidavit of Lisa Shipe

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADA L. GONZALES,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL B. MUKASEY,<br>Attorney General,<br>United States Department of Justice,<br><br>    Defendant. | Civil Action No. 07-0676 (PLF) |

## AFFIDAVIT OF LISA SHIPE

I, Lisa Shipe, do hereby state the following:

1. I am an Employee Relations Specialist with the Defense Threat Reduction Agency, Department of Defense. I have been employed as a personnel specialist in the Federal government for twenty-four (24) years.

2. From March 2002 until August 2003, I was a Human Resources Specialist in the Office of Personnel in the Office of Justice Programs ("OJP"), Department of Justice.

3. In 2002, I was the Human Resources Specialist assigned to assist OJP's Office of the Comptroller with the hiring process related to vacancy announcement JP-02-034-LS.

4. I have been asked to review the Request for Personnel Action (SF-52) created for that hiring process and explain how Joanne Suttington's name and

information came to be on that form. For the sake of clarity, I attach to this affidavit a copy of the SF-52 that I reviewed.

5. At the time of the hiring process related to JP-02-034-LS, the practice at OJP was for the hiring official to sign a blank SF-52 and submit it to the Office of Personnel at or near the time that the related vacancy announcement was posted for public review. The signed, blank SF-52 served as a certification to the Office of Personnel that the hiring official actually had a vacant position to be filled. After the Office of Personnel was advised of the hiring official's selection of the candidate to fill the vacancy, the Human Resources Specialist was responsible for completing the information in Part B of the SF-52.

6. When I initially received the attached SF-52, it had been dated and signed by Cynthia Schwimer. It did not contain any of the information that now is contained in Part B. Part B was blank. Only after I learned of Ms. Schwimer's selection of Ms. Suttington did I, on August 5, 2002, personally fill-in the information in Part B. Prior to August 5, 2002, the attached SF-52 did not contain the name of, or information about, Joanne Suttington.

I, Lisa Shipe, declare under penalty of perjury that the foregoing is true and correct.

_____     ___February 17, 2009___
LISA SHIPE                                              Date Executed

___Juanita Y. Gaines___(Notarial Seal) __2/17/2009__
Notary Public                                                Date

My Commission expires: __12/31/2012__



Juanita Y. Gaines
Commonwealth of Virginia
Notary Public
Commission No. 7178706
My Commission Expires 12/31/2012

Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

## PART A - Requesting Office (Also complete Items 1, 7-22, 32, 33, 36 and 39.)

**1. Actions Requested**
Recruitment - Supervisory Staff Accountant, GS-510-15 - OJP-wide only

RECEIVED
JUN 4 PERSONNEL

**2. Request Number**

Additional Information Call (Name and Telephone Number)
Linda C. Jacobs   7-0625

MH A 9:40

**4. Proposed Effective Date**

**5. Action Requested By (Typed Name, Title, Signature, and Request Date)**
Cynthia J. Schwimer
Comptroller

**6. Action Authorized By (Typed Name, Title, Signature, and Concurrence Date)**
Cynthia J. Schwimer
Comptroller    1/7/02

## PART B - For Preparation of SF 50 (Use only codes in FPM Supplement 292-1. Show all dates in month-day-year order.)

**1. Name (Last, First, Middle)**
Skottington, Joann M.

**2. Social Security Number**

**3. Date of Birth**

**4. Effective Date**
8/11/02

### FIRST ACTION
**5-A. Code** 703
**5-B. Nature of Action** Promotion NTE 8/11/04
**5-C. Code** N3M
**5-D. Legal Authority** Reg 335.102 Comp.
**5-E. Code**
**5-F. Legal Authority**

### SECOND ACTION
**6-A. Code**
**6-B. Nature of Action**
**6-C. Code**
**6-D. Legal Authority**
**6-E. Code**
**6-F. Legal Authority**

**7. FROM: Position Title and Number**
Supervisory Staff Accountant
EJ245

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 510 | 14 | 04 | 86,090 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| 77,225 | 8,865 | 86,090 | $0 |

**14. Name and Location of Position's Organization**
DOJ OJP AG OC
Financial Management Division
OSP Financial Services Branch

**15. TO: Position Title and Number**
Supervisory Staff Accountant
JJ021

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 510 | 15 | 01 | $92,060 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $82,580 | $9,480 | $92,060 | $0 |

**22. Name and Location of Position's Organization**
Office of the Assistant Attorney General
Office of the Comptroller
Training and Policy Division
JP0304 600000000

### EMPLOYEE DATA

**23. Veterans Preference**
1 - None  3 - 10-Point/Disability  5 - 10-Point/Other
2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30%
[1]

**24. Tenure**  0 - None  1 - Permanent  2 - Conditional  3 - Indefinite
[1]

**25. Agency Use**

**26. Veterans Preference for RIF**  YES [ ]  NO [X]

**27. FEGLI** 25 Basic Standard + Scaddling

**28. Annuitant Indicator**

**29. Pay Rate Determinant**

**30. Retirement Plan** K Fers + FICA

**31. Service Comp. Date (Leave)** 9/11/93

**32. Work Schedule** F

**33. Part-Time Hours Per Biweekly Pay Period**

### POSITION DATA

**34. Position Occupied**
1 - Competitive Service  3 - SES General
2 - Excepted Service  4 - SES Career Reserved
[1]

**35. FLSA Category**  E - Exempt  N - Nonexempt
[E]

**36. Appropriation Code**

**37. Bargaining Unit Status** 8888

**38. Duty Station Code** 11-0010-001

**39. Duty Station (City - County - State or Overseas Location)** Washington DC

**40. Agency Data**  41.  42.  43.  44.

**45. Educational Level** 17
**46. Year Degree Attained** 1986
**47. Academic Discipline** 520361
**48. Functional Class** 00
**49. Citizenship** 1 - USA  8 - Other [1]
**50. Veterans Status**
**51. Supervisory Status**

## PART C - Reviews and Approvals (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. 706 | CMH | 6-4-02 | D. | | |
| B. Training | JME | 6/5/02 | E. | | |
| C. | | | F. | | |

EXHIBIT E-6B
PAGE 2 OF 3

**2. Approval:** I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

**Signature**

**Approval Date** 8/5/02

**CONTINUED ON REVERSE SIDE**

This form was electronically produced by Elite Federal Forms, Inc.   Editions Prior To 7/91 Are Not Usable After 6/30/93