# Exhibit 4

# Affidavit of Susie Somuah-Gyamfi

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADA L. GONZALES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-0676 (PLF) |
| v. | ) | |
| | ) | |
| ERIC H. HOLDER, Attorney General | ) | |
| United States Department of Justice | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF SUSIE SOMUAH-GYAMFI

I, Susie Somuah-Gyamfi, do hereby state the following:

1.  I am the Associate Director, Benefits, Compensation and Data Management in the Human Resources Division at the Office of Justice Programs ("OJP"), Department of Justice. In that capacity, I am the custodian of OJP's personnel records.

2.  I have examined the original Request for Personnel Action (SF-52) that promoted Joanne Suttington from Supervisory Staff Accountant, GS-14 Step 4, to Supervisory Staff Accountant, GS-15 Step 1 effective August 11, 2002 (a copy of which is attached as Exhibit 6 to the Plaintiff's Opposition to Defendant' Motion for Summary Judgment). That SF-52 contains the date June 3, 2002, immediately above the signature of Cynthia J. Schwimer.

I, Susie Somuah-Gyamfi, declare under penalty of perjury that the foregoing is true and correct.

Susie Somuah-Gyamfi

Date Executed __2/20/2009__

Notary Public _____ (Notarial Seal) Date __2/20/2009__

My Commission expires: _____

ROSA M. WASHINGTON
Notary Public, District of Columbia
My Commission Expires August 14, 2013