UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADA GONZALES,

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　　　Civil Action No. 07-0676 (PLF)

ERIC H. HOLDER, JR., Attorney General,
United States Department of Justice,[1]

　　　　Defendant.

ORDER AND JUDGMENT

Upon consideration of the arguments of the parties and the entire record herein, and for the reasons given in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion for summary judgment is GRANTED; it is

FURTHER ORDERED that JUDGMENT is entered for defendant; it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case.  This is a final appealable order.  See Fed. R. App. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 22, 2009

---

[1] The complaint named Alberto Gonzales, former Attorney General, as the defendant in this case.  The Court now substitutes Eric H. Holder, Jr., the current Attorney General, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.